## Notice of Transfer of Case to Electronic Case Filing System

Effective July 29,1998, this case is on the Electronic Case Filing System and is no longer docketed on BANCAP, the previously used docketing system. Entries made up until the conversion can be viewed on PACER. Attorneys must comply with General Order #192 and file all new documents on the Electronic Case Filing System.

The BANCAP docket is entered as Document #1 on the Electronic Case Filing System and *SELECTED* documents from the case file may have been entered in their entirety on ECF. However, the docket numbers for those documents on the BANCAP docket *DO NOT MATCH* the numbers assigned in the Electronic Case Filing System.

If you are filing a document that references one of the documents transferred to the Electronic Case Filing System, use the document number assigned in ECF. Otherwise, reference the BANCAP # and annotate it as follows:

"#____ BANCAP (SEE DOCUMENT #1)"

For questions regarding submitting or linking a document, call the court at (212)668-2870, Ext. 3500. Provide the case name, number and judge assigned to the case, and ask to speak with a case administrator. For Technical Assistance ONLY, call (212)668-2870, Ext. 3522.

U.S. Bankruptcy Court
Southern District of New York (NY City)

Bankruptcy Petition #: 94-41683

Date filed: 4/7/94
Assigned to: Stuart M. Bernstein
Chapter 11    voluntary    partnership    asset

=======================    * Attorneys *

GRANITE PARTNERS, L.P.           Laurence J. Kaiser
420 Lexington Avenue             Laurence J. Kaiser
8th Floor                        Lord Day & Lord, Barrett Smith
New York, NY 10170               1675 Broadway
Tax ID:    04-3171055            New York, NY 10019
       * Debtor *                212-969-6000


------------------------

ARTHUR J. GONZALEZ
       * United States Trustee *

HARRISON J. GOLDIN, Trustee      Myron Trepper
Goldin Associates, L.P.          One Citicorp Center
767 Fifth Avenue - 28th Floor    153 East 53rd Street
New York, NY 10153               New York, NY 10022
       * Trustee *               212-935-8000

HARRISON J. GOLDIN, Trustee      Myron Trepper
Goldin Associates, L.P.          (See above)
767 Fifth Avenue - 28th Floor
New York, NY 10153
       * Trustee *

UNITED STATES TRUSTEE
80 Broad Street
New York, NY 10004-1408
       * United States Trustee *


---------------------------------------------------
Proceedings include events between 1/1/94 and 7/29/98.

3/17/94          Monthly Operating Report For The Month Ended January, 1995
                 (EOD Date: 3/20/95. Doc. No: 154) (ld) [EOD 03/20/95]
                 [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                                    HOLD$$ LEAD

| | |
|---|---|
| 4/7/94 | Voluntary Petition missing documents: Equity Security Holders Stmt of Executory Contracts Schedules A - J Statement of Financial Affairs Due on 4/22/94 , Disclosure statement due 8/5/94 Chapter 11 Plan due 8/5/94 ( Filing Fee $ 800.00 Receipt # 16597) (EOD Date: 4/8/94. Doc. No: 1) (ms) [EOD 04/08/94] [94-41683] |
| 4/8/94 | Application By Debtor Granite Partners, L.P. To Employ Lord Day & Lord, Barrett Smith with Attached Notice of Proposed Order. (EOD Date: 4/13/94. Doc. No: 2) (ld) [EOD 04/13/94] [Edit date 04/13/94] [94-41683] |
| 4/8/94 | Order   Signed On: 4/8/94 Granting [2-1] Application To Employ Lord Day & Lord, Barrett Smith by Granite Partners, L.P. . (EOD Date: 4/13/94. Doc. No: 3) (ld) [EOD 04/13/94] [94-41683] |
| 4/11/94 | Objection By    Creditor Kidder, Peabody & Co., Inc. To [5-1] Motion Compelling Production of Documents and Examination Pursuant to Bankruptcy Rule 2004      by Granite Partners, L.P. (EOD Date: 4/13/94. Doc. No: 8) (pm) [EOD 04/13/94] [94-41683] |
| 4/11/94 | Objection By    Creditor UBS Securities, Inc. To [5-1] Motion Compelling Production of Documents and Examination Pursuant to Bankruptcy Rule 2004      by Granite Partners, L.P. (EOD Date: 4/13/94. Doc. No: 9) (pm) [EOD 04/13/94] [94-41683] |
| 4/11/94 | Memorandum ByCreditor Lehman Brothers Special Financing, Inc., Creditor Lehman Government Securities, Inc. In Opposition To [5-1] Motion Compelling Production of Documents and Examination Pursuant to Bankruptcy Rule 2004 by Granite Partners, L.P. (EOD Date: 4/13/94. Doc. No: 10) (pm) [EOD 04/13/94] [94-41683] |
| 4/11/94 | Memorandum of J.P. Morgan Securities, Inc. In Opposition To [5-1] Motion Compelling Production of Documents and Examination Pursuant to Bankruptcy Rule 2004 (Returnable: 10:00 4/12/94 Rm. 627 U.S. Customs House ) (Last Day For Objections to Motion: 5:30 4/11/94 ) by Granite Partners, L.P. (EOD Date: 4/15/94. Doc. No: 14) (ld) [EOD 04/15/94] [94-41683] |
| 4/12/94 | Response By creditor Bear, Stearns & Co., Inc. To [5-1] Motion Compelling Production of Documents and Examination Pursuant to Bankruptcy Rule 2004 by Granite Partners, L.P. (EOD Date: 4/13/94. Doc. No: 11) (pm) [EOD 04/13/94] [94-41683] |
| 4/12/94 | Affidavit Of Service Of Elizabeth Dalzell of [9-1] Objection by UBS Securities, Inc. (EOD Date: 4/15/94. Doc. No: 12) (ld) [EOD 04/15/94] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                              HOLD$$ LEAD

4/12/94          Response of Solomon Brothers Inc. To [5-1] Motion
                 Compelling Production of Documents and Examination Pursuant
                 to Bankruptcy Rule 2004 (Returnable: 10:00 4/12/94 Rm. 627
                 U.S. Customs House ) (Last Day For Objections to Motion:
                 5:30 4/11/94 ) by Granite Partners, L.P. (EOD Date:
                 4/15/94. Doc. No: 13) (ld) [EOD 04/15/94] [94-41683]

4/12/94          Affidavit Of Service Of Jennifer Greaux RE: [6-1]Order To
                 Show Cause (Motion) (EOD Date: 4/19/94 Doc. No: 16) (ms)
                 [EOD 04/19/94] [94-41683]

4/12/94          Affidavit Of Service Of Jennifer Greaux RE: [6-1] Order To
                 Show Cause (Motion)    (EOD Date: 4/19/94 Doc. No: 17) (ms)
                 [EOD 04/19/94] [94-41683]

4/12/94          Hearing Re: [6-1] Order To Show Cause (Motion) Adjourned
                 For 10:00 5/20/94 at Courtroom 621(SMB) (EOD Date: 4/19/94)
                 (ms) [EOD 04/19/94] [94-41683]

4/13/94          Order Signed On: 4/8/94, Directing        Joint Administration
                 of Cases 94B41683 Thru 94B41684 Application Not On File .
                 (EOD Date: 4/13/94. Doc. No: 4) (ld) [EOD 04/13/94]
                 [94-41683]

4/13/94          Motion By Debtor Granite Partners, L.P. Compelling
                 Production of Documents and Examination Pursuant to
                 Bankruptcy Rule 2004 (Returnable: 10:00 4/12/94 Rm. 627
                 U.S. Customs House ) (Last Day For Objections to Motion:
                 5:30 4/11/94 ) (EOD Date: 4/13/94. Doc. No: 5) (pm)
                 [EOD 04/13/94] [94-41683]

4/13/94          OSC Signed On: 4/08/94 RE: [5-1] Motion Compelling
                 Production of Documents and Examination Pursuant to
                 Bankruptcy Rule 2004 (Returnable: 10:00 4/12/94 Rm. 627
                 U.S. Customs House ) (Last Day For Objections to Motion:
                 5:30 4/11/94 ) by Granite Partners, L.P. (EOD Date:
                 4/13/94. Doc. No: 6) (pm) [EOD 04/13/94] [94-41683]

4/13/94          Order Signed On: 4/12/94 Granting [5-1] Motion Compelling
                 Production of Documents and Examination Pursuant to
                 Bankruptcy Rule 2004    by Granite Partners, L.P. . (EOD
                 Date: 4/13/94. Doc. No: 7) (pm) [EOD 04/13/94]
                 [94-41683]

4/15/94          Affidavit Of Service Of Michael R. Hobbie, Esq. [7-1] Order
                 (EOD Date: 4/18/94. Doc. No: 15) (ld) [EOD 04/18/94]
                 [94-41683]

4/15/94          Affidavit Of Service Of Michael R. Hobbie, Esq. RE: [7-1]
                 Order (EOD Date: 4/20/94 Doc. No: 19) (ms) [EOD 04/20/94]
                 [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                                    HOLD$$ LEAD

4/18/94          Verified Report Of UBS Securities, Inc. Concerning
                 Transactions With The Debtors (EOD Date: 4/20/94 Doc. No:
                 18) (ms) [EOD 04/20/94] [94-41683]

4/20/94          Application By Official Committee Of Unsecured Creditors
                 For An Ex Parte Order Compelling Production Of Documents
                 And Examination Pursuant To Bankruptcy Rule 2004 (EOD
                 Date: 4/20/94 Doc. No: 20) (ms) [EOD 04/20/94]
                 [94-41683]

4/20/94          Unsigned Order RE: [20-1] Application Compelling Production
                 Of Documents And Examination Pursuant To Bankruptcy Rule
                 2004 by Official Committee Of Unsecured Creditor (EOD Date:
                 4/20/94. Doc. No: 21) (ms) [EOD 04/20/94] [94-41683]

4/20/94          Notice Of Appointment Of Committee Of Unsecured Creditors.
                 (EOD Date: 4/20/94 Doc. No: 22) (ms) [EOD 04/20/94]
                 [94-41683]

4/20/94          Consent Order Signed On: 4/19/94 By And Between Thomas J.
                 Moloney For Kidder, Peabody Inc. And Laurence J. Kaiser For
                 Debtor RE: [20-1] Application Compelling Production Of
                 Documents And Examination Pursuant To Bankruptcy Rule 2004
                 by Official Committee Of Unsecured Creditor. (EOD Date:
                 4/20/94 Doc. No: 23) (ms) [EOD 04/20/94] [94-41683]

4/20/94          Unsigned Ex Parte Order RE: [20-1] Application Compelling
                 Production Of Documents And Examination Pursuant To
                 Bankruptcy Rule 2004 by Official Committee Of Unsecured
                 Creditors (EOD Date: 4/22/94 Doc. No: 25) (ms)
                 [EOD 04/22/94] [94-41683]

4/21/94          Affidavit Of Service Of John E. Smith RE: [23-1] Order (EOD
                 Date: 4/22/94 Doc. No: 24) (ms) [EOD 04/22/94]
                 [94-41683]

4/22/94          Application By Debtor Granite Partners, L.P. For An Order
                 Approving Retention Of Askin Capital Management, L.P. As
                 Consultant To The Debtors (Last Day For Objections: 5:00
                 4/22/94) (EOD Date: 4/22/94 Doc. 26) (ms) [EOD 04/22/94]
                 [94-41683]

4/22/94          Order   Signed On: 4/20/94 RE: Order to Set Hearing RE:
                 [26-1] Application Approving Retention Of Askin Capital
                 Management, L.P. As Consultant To The Debtors by Granite
                 Partners, L.P. Scheduled For 2:00 4/25/94 at Courtroom
                 621(SMB) (EOD Date: 4/22/94 Doc. No: 27) (ms) [EOD 04/22/94]
                 [94-41683]

4/22/94          Application By Debtor Granite Partners, L.P. For An Order
                 Approving Employment Of Clinton Group, Inc. As Investment
                 Advisor To The Debtors (Last Day For Objections: 4/22/94)
                 (EOD Date: 4/22/94 Doc. No: 28) (ms) [EOD 04/22/94]
                 [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                                HOLD$$ LEAD

| | |
|---|---|
| 4/22/94 | Order  Signed On: 4/20/94 RE: Order to Set Hearing RE: [28-1] Application Approving Employment Of Clinton Group, Inc. As Investment Advisor To The Debtors by Granite Partners, L.P. Scheduled For 2:00 4/25/94 at Courtroom 621(SMB) (EOD Date: 4/22/94 Doc. No: 29) (ms) [EOD 04/22/94] [94-41683] |
| 4/22/94 | Application By Debtor Granite Partners, L.P. For An Order Authorizing The Establishment Of Debtor In Possession Bank Accounts (Last Day For Objections: 4/22/94) (EOD Date: 4/22/94 Doc. No: 30) (ms) [EOD 04/22/94] [94-41683] |
| 4/22/94 | Order  Signed On: 4/20/94 RE: Order to Set Hearing RE: [30-1] Application Authorizing The Establishment Of Debtor In Possession Bank Accounts by Granite Partners, L.P. Scheduled For 2:00 4/25/94 at Courtroom 621(SMB) (EOD Date: 4/22/94 Doc. No: 31) (ms) [EOD 04/22/94] [94-41683] |
| 4/22/94 | Application By Debtor Granite Corporation For An Order Authorizing The Employment Of Maples & Calder As Special Counsel To Granite Corp. And Quartz Hedge Fund (Last Day For Objections: 4/22/94) (EOD Date: 4/22/94 Doc. No: 32) (ms) [EOD 04/22/94] [94-41683] |
| 4/22/94 | Order  Signed On: 4/20/94 RE: Order to Set Hearing RE: [32-1] Application Employment Of Maples & Calder As Special Counsel To Granite Corp. And Quartz Hedge Fund by Granite Corp. Scheduled For 2:00 4/25/94 at Courtroom 621(SMB) (EOD Date: 4/22/94 Doc. No: 33) (ms) [EOD 04/22/94] [94-41683] |
| 4/22/94 | Application By Debtor Granite Partners, L.P. For An Order Approving Employment Of Price Waterhouse As Accountants For The Debtors (Last Day For Objections: 4/22/94) (EOD Date: 4/22/94 Doc. No: 34) (ms) [EOD 04/22/94] [94-41683] |
| 4/22/94 | Order  Signed On: 4/20/94 RE: Order to Set Hearing RE: [34-1] Application Employment Of Price Waterhouse As Accountants For The Debtors by Granite Partners, L.P. Scheduled For 2:00 4/25/94 at Courtroom 621(SMB) (EOD Date: 4/22/94 Doc. No: 35) (ms) [EOD 04/22/94] [94-41683] |
| 4/22/94 | Motion By Debtor Granite Partners, L.P. For An Order To Extend Time To File Schedules And Statement Of Financial Affairs (EOD Date: 4/22/94 Doc. No: 36) (ms) [EOD 04/22/94] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

4/22/94          Order    Signed On: 4/20/94 RE: Order to Set Hearing RE:
                 [36-1] Motion To Extend Time To File Schedules And
                 Statement Of Financial Affairs by Granite Partners, L.P.
                 Scheduled For 2:00 4/25/94 at Courtroom 621(SMB) (Last Day
                 For Objections To Motion: 4/22/94) (EOD Date: 4/22/94 Doc.
                 No: 37) (ms) [EOD 04/22/94] [94-41683]

4/22/94          Motion By Supplemental Affidavit Of Laurence J. Kaiser for
                 Debtor To Retain Lord Day & Lord, Barrett Smith As
                 Attorneys For The Debtors (Last Day For Objections:
                 4/22/94) (EOD Date: 4/22/94 Doc. No: 38) (ms) [EOD 04/22/94]
                 [94-41683]

4/22/94          Order    Signed On: 4/20/94 RE: Order to Set Hearing RE:
                 [38-1] Motion To Retain Lord Day & Lord, Barrett Smith As
                 Attorneys For The Debtors by Laurence J. Kaiser Scheduled
                 For 2:00 4/25/94 at Courtroom 621(SMB) (EOD Date: 4/22/94.
                 Doc. No: 39) (ms) [EOD 04/22/94] [94-41683]

4/22/94          Affidavit Of Service Of Marc Isserles RE: [27-1] Set
                 Hearing Order, [29-1] Set Hearing Order, [31-1] Set Hearing
                 Order, [33-1] Set Hearing Order, [35-1] Set Hearing Order,
                 [37-1] Set Hearing Order, [39-1] Set Hearing Order (EOD
                 Date: 4/25/94 Doc. No: 40) (ms) [EOD 04/25/94]
                 [94-41683]

4/22/94          Omnibus Objection By Official Committee Of Unsecured
                 Creditors To [38-1] Motion To Retain Lord Day & Lord,
                 Barrett Smith As Attorneys For The Debtors by Laurence J.
                 Kaiser, [36-1] Motion To Extend Time To File Schedules And
                 Statement Of Financial Affairs by Granite Partners, L.P.,
                 [34-1] Application Employment Of Price Waterhouse As
                 Accountants For The Debtors by Granite Partners, L.P.,
                 [32-1] Application Employment Of Maples & Calder As Special
                 Counsel To Granite Corp. And Quartz Hedge Fund by Granite
                 Partners, L.P., [28-1] Application Approving Employment Of
                 Clinton Group, Inc. As Investment Advisor To The Debtors by
                 Granite Partners, L.P., [26-1] Application Approving
                 Retention Of Askin Capital Management, L.P. As Consultant
                 To The Debtors by Granite Partners, L.P. (EOD Date:
                 4/25/94. Doc. No: 41) (ms) [EOD 04/25/94] [94-41683]

4/25/94          Hearing Re: [36-1] Motion To Extend Time To File Schedules
                 And Statement Of Financial Affairs by Granite Partners,
                 L.P. Adjourned For 2:00 5/2/94 at Courtroom 621(SMB)          (EOD
                 Date: 4/25/94) (ms) [EOD 04/25/94] [94-41683]

4/25/94          Hearing Re: [26-1] Application Approving Retention Of Askin
                 Capital Management, L.P. As Consultant To The Debtors by
                 Granite Partners, L.P. Adjourned For 2:00 5/2/94 at
                 Courtroom 621(SMB)  (EOD Date: 4/25/94) (ms) [EOD 04/25/94]
                 [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

| 4/25/94 | Hearing Re: [28-1] Application Approving Employment Of Clinton Group, Inc. As Investment Advisor To The Debtors by Granite Partners, L.P. Adjourned For 2:00 5/2/94 at Courtroom 621(SMB)  (EOD Date: 4/25/94) (ms) [EOD 04/25/94] [94-41683] |
|---|---|
| 4/25/94 | Hearing Re: [32-1] Application Employment Of Maples & Calder As Special Counsel To Granite Corp. And Quartz Hedge Fund by Granite Partners, L.P. Adjourned For 2:00 5/2/94 at Courtroom 621(SMB)  (EOD Date: 4/25/94) (ms) [EOD 04/25/94] [94-41683] |
| 4/25/94 | Hearing Re: [34-1] Application Employment Of Price Waterhouse As Accountants For The Debtors by Granite Partners, L.P. Adjourned For 2:00 5/2/94 at Courtroom 621(SMB)  (EOD Date: 4/25/94) (ms) [EOD 04/25/94] [94-41683] |
| 4/25/94 | Hearing Re: [30-1] Application Authorizing The Establishment Of Debtor In Possession Bank Accounts by Granite Partners, L.P. Adjourned For 2:00 5/2/94 at Courtroom 621(SMB)  (EOD Date: 4/25/94) (ms) [EOD 04/25/94] [94-41683] |
| 4/25/94 | Order   Signed On: 4/25/94 Granting [38-1] Motion To Retain Lord Day & Lord, Barrett Smith As Attorneys For The Debtors By Laurence J. Kaiser. (EOD Date: 4/25/94 Doc. No: 42) (ms) [EOD 04/25/94] [94-41683] |
| 4/25/94 | Objection By United States Trustee To [34-1] Application Employment Of Price Waterhouse As Accountants For The Debtors by Granite Partners, L.P., [32-1] Application        RE: Employment Of Maples & Calder As Special Counsel To Granite Corp. And Quartz Hedge Fund by Granite Partners, L.P., [28-1] Application Approving Employment Of Clinton Group, Inc. As Investment Advisor To The Debtors by Granite Partners, L.P., [26-1] Application Approving Retention Of Askin Capital Management, L.P. As Consultant The Debtors by Granite Partners, L.P. (EOD Date: 4/29/94 Doc. No: 44) (ms) [EOD 04/29/94] [94-41683] |
| 4/25/94 | Affidavit Of Service Of Eric Pokross RE: [41-1] Omnibus Objection by Official Committee Of Unsecured Creditors (EOD Date: 5/4/94 Doc. No: 53) (ms) [EOD 05/04/94] [94-41683] |
| 4/26/94 | Order On Consent Signed On: 4/25/94 By And Between Michele A. Connaughton For Debtors And Wilbur F. Foster, Jr. For UBS Securities (Swaps) Inc. RE: [5-1] Motion Compelling Production of Documents and Examination Pursuant to Bankruptcy Rule 2004 By Granite Partners, L.P. (EOD Date: 4/26/94 Doc. No: 43) (ms) [EOD 04/26/94] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

4/28/94          Supplementary Response By Kidder, Peabody & Co., Inc. In
                 Opposition To [26-1] Application Approving Retention Of
                 Askin Capital L.P. As Consultant To The Debtors by Granite
                 Partners, And In Support Of [45-1] Application Appointing
                 Trustee by Official Committee Of Unsecured Creditors,
                 [45-2] Application Converting Cases From Chapter 11 To
                 Chapter 7 Cases by Official Committee Of Unsecured
                 Creditors (EOD Date: 5/4/94 Doc. No: 51) (ms) [EOD 05/04/94]
                 [94-41683]

4/28/94          Affidavit Of Service Of Roddie Don Daniels RE: [41-1]
                 Objection By Official Committee Of Unsecured Creditors (EOD
                 Date: 5/9/94 Doc. No: 56) (ms) [EOD 05/09/94]
                 [94-41683]

4/29/94          Application By The Official Committee Of Unsecured
                 Creditors For Entry Of An Order Appointing Trustee Or,
                 Alternatively Converting Cases From Chapter 11 To Chapter
                 7 Cases (EOD Date: 4/29/94 Doc. No: 45) (ms) [EOD 04/29/94]
                 [94-41683]

4/29/94          Order    Signed On: 4/26/94 RE: Order to Set Hearing RE:
                 [45-1] Application Appointing Trustee by Official Committee
                 Of Unsecured Creditors, [45-2] Application Converting Cases
                 From Chapter 11 To Chapter 7 Cases by Official Committee Of
                 Unsecured Creditors Scheduled For 10:00 5/13/94 at
                 Courtroom 621(SMB) (Last Day For Objections: 5:00 5/9/94)
                 (EOD Date: 4/29/94 Doc. No: 46) (ms) [EOD 04/29/94]
                 [94-41683]

4/29/94          Memorandum of Law By The Official Committee Of Unsecured
                 Creditors In Support of [45-2] Application Converting Cases
                 From Chapter 11 To Chapter 7 Cases by Official Committee Of
                 Unsecured Creditor, [45-1] Appointing Trustee by Official
                 Committee Of Unsecured Creditors (EOD Date: 4/29/94 Doc.
                 No: 47) (ms) [EOD 04/29/94] [94-41683]

5/2/94           Memorandum By Creditor Solomon Brothers Inc. In Support Of
                 [45-1] Application Appointing Trustee by Committee Of
                 Unsecured Creditors, [45-2] Application Converting Cases
                 From Chapter 11 To Chapter 7 Cases by Official Committee Of
                 Unsecured Creditors And In Opposition To [26-1] Application
                 Re: Retention Of Askin Capital Management (EOD Date: 5/3/94
                 Doc. No: 48) (ms) [EOD 05/03/94] [94-41683]

5/2/94           Affidavit Of John J. Bonacum III RE: [28-1] Application
                 Approving Employment Of Clinton Group, Inc. As Investment
                 Advisor To The Debtors by Granite Partners, L.P., [26-1]
                 Application Approving Retention Of Askin Capital
                 Management, L.P. As Consultant To The Debtors by Granite
                 Partners, L.P. (EOD Date: 5/3/94 Doc. No: 49) (ms)
                 [EOD 05/03/94] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683         In re: Granite Partners, L.P.                              HOLD$$ LEAD

5/2/94          Reply Memorandum By Debtor Granite Partners, L.P. in
                Support of [26-1] Application Approving Retention Of Askin
                Capital Management, L.P. As Consultant To The Debtors by
                Granite Partners, L.P., [28-1] Application Approving
                Employment Of Clinton Group, Inc. As Investment Advisor To
                The Debtors by Granite Partners, L.P., [32-1] Application
                Employment Of Maples & Calder As Special Counsel To Granite
                Corp. And Quartz Hedge Fund by Granite Partners, L.P. (EOD
                Date: 5/3/94 Doc. No: 50) (ms) [EOD 05/03/94]
                [94-41683]

5/2/94          Supplemental Affidavit Of David J. Askin RE: [26-1]
                Application Approving Retention Of Askin Capital L.P. As
                Consultant To The Debtors by Granite Partners, L.P. (EOD
                Date: 5/4/94 Doc. No: 52) (ms) [EOD 05/04/94]
                [94-41683]

5/2/94          Application By Debtor Granite Partners, L.P. For And Order
                Approving Employment Of Ernst & Young As Accountants For
                The Debtors. (COPY OF DOCUMENT). (EOD Date: 6/7/94 Doc.
                No: 79) (ms) [EOD 06/07/94] [94-41683]

5/2/94          Affidavit Of Michael F. Gries RE: [79-1] Application
                Authorizing Employment Of Ernst & Young As Accountants For
                The Debtors. (COPY OF DOCUMENT). (EOD Date: 6/7/94 Doc. No:
                80) (ms) [EOD 06/07/94] [94-41683]

5/2/94          Affidavit Of Service Of Michael J. McCarthy RE: [79-1]
                Application Authorizing Employment Of Ernst & Young As
                Accountants For The Debtors. (COPY OF DOCUMENT). by Granite
                Partners, L.P. (EOD Date: 6/7/94. No: 81) (ms)
                [EOD 06/07/94] [94-41683]

5/5/94          Transcript of Hearing Held on 4/12/94      RE: [6-1] Show Cause
                (Motion) Order (EOD Date: 5/5/94. Doc. No: 54) (ld)
                [EOD 05/05/94] [94-41683]

5/5/94          Transcript of Hearing Held on 4/25/94      RE: [39-1] Set
                Hearing Order, [36-1] Motion To Extend Time To File
                Schedules And Statement Of Financial Affairs by Granite
                Partners, L.P., [27-1] Set Hearing Order (EOD Date: 5/5/94.
                Doc. No: 55) (ld) [EOD 05/05/94] [94-41683]

5/9/94          Statement by Creditor Greenwich Capital Markets, Inc. In
                Support Of [45-1], [45-2] Creditors' Committee's
                Application For Entry Of An Order Appointing Chapter 11
                Trustee, Or, Alternatively, Converting Chapter 11 Cases To
                Chapter 7 (EOD Date: 5/9/94 Doc. No: 57) (ms) [EOD 05/09/94]
                [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683         In re: Granite Partners, L.P.                              HOLD$$ LEAD

5/9/94          Affidavit of Michele A. Connaughton, Attorneys for Debtor
                in Opposition to: [45-1] Application Appointing Trustee and
                in Support of Appointment of an Examiner by Official
                Committee Of Unsecured Creditor (EOD Date: 5/12/94. Doc.
                No: 60) (mg) [EOD 05/12/94] [94-41683]

5/9/94          Memorandum of Law By Laurence J. Kaiser Attorneys for
                Debtor Granite L.P. in Support of Appointment of Examiner
                and in Opposition to the Appointment of a Trustee. RE:
                [60-1] Affidavit       by Michele A. Connaughton (EOD Date:
                5/12/94. Doc. No: 61) (mg) [EOD 05/12/94] [94-41683]

5/9/94          Statement of Greenwich Capital Markets, Inc. in Support of
                RE: [45-2] Application Converting Cases From Chapter 11 To
                Chapter 7 Cases by Official Committee Of Unsecured
                Creditor, [45-1] Application Appointing Trustee by Official
                Committee Of Unsecured Creditor (EOD Date: 5/12/94. Doc.
                No: 62) (mg) [EOD 05/12/94] [94-41683]

5/10/94         Motion By The Official Committee Of Unsecured Creditors
                For The Issuance Of A Protective Order (Returnable: 10:00
                5/20/94 Courtroom 621(SMB) ) (EOD Date: 5/11/94 Doc. No:
                58) (ms) [EOD 05/11/94] [94-41683]

5/10/94         Affidavit Of Susan F. Dicicco RE: [58-1] Motion For The
                Issuance Of A Protective Order By Official Committee Of
                Unsecured Creditor (EOD Date: 5/11/94 Doc. No: 59) (ms)
                [EOD 05/11/94] [94-41683]

5/11/94         Affidavit Of Service by Richard V. Conza [62-1] Statement
                by Greenwich Capital Markets, Inc. (EOD Date: 5/12/94. Doc.
                No: 63) (mg) [EOD 05/12/94] [94-41683]

5/12/94         Affidavit Of Service Of Roddie Don Daniels RE: [58-1]
                Motion For The Issuance Of A Protective Order (Returnable:
                10:00 5/20/94 Courtroom 621(SMB) ) by Official Committee Of
                Unsecured Creditor (EOD Date: 5/16/94. Doc. No: 64) (ms)
                [EOD 05/16/94] [94-41683]

5/12/94         Affidavit Of Service Of Roddie Don Daniels RE: [59-1]
                Affidavit (EOD Date: 5/16/94. Doc. No: 65) (ms)
                [EOD 05/16/94] [94-41683]

5/12/94         Affidavit Of Service Of Clinton Engram RE: [10-1]
                Opposition Brief/Memorandum by Lehman Government
                Securities, Inc., Lehman Brothers Special Financing, Inc.
                (EOD Date: 5/16/94. Doc. No: 66) (ms) [EOD 05/16/94]
                [94-41683]

5/12/94         Schedules A-J, Statement Of Executory Contracts And
                Statement Of Financial Affairs (EOD Date: 5/17/94 Doc. No:
                67) (ms) [EOD 05/17/94] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

5/12/94          (94B41684) Schedules A-J, Equity Security Holders Statement
                 Of Executory Contracts And Statement Of Financial Affairs
                 (EOD Date: 5/17/94 Doc. No: 68) (ms) [EOD 05/17/94]
                 [94-41683]

5/12/94          (94B41685) Schedules A-J, Equity Security Holders Statement
                 Of Executory Contracts And Statement Of Financial Affairs
                 (EOD Date: 5/17/94 Doc. No: 69) (ms) [EOD 05/17/94]
                 [94-41683]

5/13/94          Complaint (94-8338) Granite Partners, L.P.          vs. Marion
                 Merrell Dow Inc. . NOS 434 Injunctive Relief . ( Filing
                 Fee $ 120.00 Receipt # 18220) (EOD Date: 5/17/94. Doc. No:
                 1A) (ms) [EOD 05/17/94] [94-8338]

5/17/94          Consent Order Signed On: 5/13/94 Granting [45-1]
                 Application Appointing Trustee On Or Before 5/27/94 by
                 Official Committee Of Unsecured Creditors. (EOD Date:
                 5/17/94 Doc. No: 70) (ms) [EOD 05/17/94] [94-41683]

5/18/94          Order    Signed On: 5/17/94 Granting [30-1] Application
                 Authorizing The Establishment Of Debtor In Possession Bank
                 Accounts by Granite Partners, L.P. (EOD Date: 5/18/94 Doc.
                 No: 71) (ms) [EOD 05/18/94] [94-41683]

5/18/94          Notice of Withdrawal Filed by Lehman Brothers Special
                 Financing, Inc., And Lehman Government Securities, Inc. RE:
                 [58-1] Motion For The Issuance Of A Protective Order By
                 Official Committee Of Unsecured Creditors. (EOD Date:
                 5/23/94 Doc. No: 72) (ms) [EOD 05/23/94] [94-41683]

5/19/94          Affidavit Of Service Of Jana Ernakovich RE: [43-1] Order
                 (EOD Date: 5/23/94 Doc. No: 73) (ms) [EOD 05/23/94]
                 [94-41683]

5/26/94          Affidavit Of Service Of Michael J. McCarthy RE: [74-1]
                 Application Approving The Appointment Of Chapter 11 Trustee
                 By Arthur J. Gonzalez. Notice Of Proposed Order Attached
                 (EOD Date: 6/3/94 Doc. No: 77) (ms) [EOD 06/03/94]
                 [94-41683]

5/27/94          Affidavit Of Service Of Michael J. McCarthy RE: Order To
                 Show Cause DOC# 2A, And Memorandum Of Law In Support Of
                 Debtors' Motion DOC# 3A. Filed In Adversary Proceeding
                 94-8338. (EOD Date: 6/7/94 Doc. No: 78) (ms) [EOD 06/07/94]
                 [94-41683]

6/1/94           Notice of Approval Of Appointment of Trustee, Harrison
                 Goldin By UST Arthur J. Gonzalez (EOD Date: 6/3/94 Doc. No:
                 76) (ms) [EOD 06/03/94] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                              HOLD$$ LEAD

6/3/94          Application By United States Trustee Arthur J. Gonzalez For
                An Order Approving The Appointment Of Chapter 11 Trustee.
                Notice Of Proposed Order Attached (EOD Date: 6/3/94 Doc.
                No: 74) (ms) [EOD 06/03/94] [94-41683]

6/3/94          Order   Signed On: 5/27/94 Granting [74-1] Application
                Approving The Appointment Of Chapter 11 Trustee by Arthur
                J. Gonzalez; Trustee, Harrison Goldin Appointed. (EOD Date:
                6/3/94 Doc. No: 75) (ms) [EOD 06/03/94] [94-41683]

6/7/94          Amended Consent Order  Signed On: 6/7/94 Granting [45-1]
                Application Appointing Trustee by Official Committee Of
                Unsecured Creditors. (EOD Date: 6/7/94. Doc. 82) (ms)
                [EOD 06/07/94] [94-41683]

6/8/94          Transcript of Hearing Held on 5/13/94        RE: [45-2]
                Application Converting Cases From Chapter 11 To Chapter 7
                Cases by Official Committee Of Unsecured Creditors, [45-1]
                Application Appointing Trustee by Official Committee Of
                Unsecured Creditors (EOD Date: 6/8/94 Doc. No: 83) (ms)
                [EOD 06/08/94] [94-41683]

6/8/94          Transcript of Hearing Held on 5/2/94         RE: [26-1]
                Application Approving Retention Of Askin Capital
                Management, L.P. As Consultant To The Debtors by Granite
                Partners, L.P., [28-1] Application Approving Employment Of
                Clinton Group, Inc. As Investment Advisor To The Debtors by
                Granite Partners, L.P., [30-1] Application Authorizing The
                Establishment Of Debtor In Possession Bank Accounts by
                Granite Partners, L.P., [32-1] Application Employment Of
                Maples & Calder As Special Counsel To Granite Corp. And
                Quartz Hedge Fund by Granite Partners, L.P., [34-1]
                Application Employment Of Price Waterhouse As Accountants
                For The Debtors by Granite Partners, L.P., [36-1] Motion To
                Extend Time To File Schedules And Statement Of Financial
                Affairs by Granite Partners, L.P. (EOD Date: 6/8/94 Doc.
                No: 84) (ms) [EOD 06/08/94] [94-41683]

6/20/94         Application By Trustee Harrison J. Goldin To Employ And
                Retain Kenneth Leventhal & Company As Accountants To
                Harrison J. Goldin, Trustee For Debtors (Last Day For
                Objections to Application: 11:30 6/23/94). Presentment
                Date: 6/23/94 @ 12:00. Notice Of Proposed Order Attached
                (EOD Date: 6/21/94 Doc. No: 85) (ms) [EOD 06/21/94]
                [94-41683]

6/20/94         Application By Trustee Harrison J. Goldin For An Order
                Authorizing Retention Of Goldin Associates, L.P. As
                Management Consultant And Financial Advisor To The Trustee
                For The Debtors Nunc Pro Tunc As Of June 6, 1994 (Last Day
                For Objections to Application: 11:30 6/23/94). Presentment
                Date: 6/23/94 @ 12:00. Notice Of Proposed Order Attached
                (EOD Date: 6/21/94 Doc. No: 86) (ms) [EOD 06/21/94]
                [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

| | |
|---|---|
| 6/20/94 | Application By Trustee Harrison J. Goldin To Employ And Retain Willkie Farr & Gallagher As Attorneys To Harrison J. Goldin, Trustee For The Debtors, Nunc Pro Tunc As Of June 14, 1994 (Last Day For Objections to Application: 11:30 6/23/94). Presentment Date: 6/23/94 @ 12:00. Notice Of Proposed Order Attached (EOD Date: 6/21/94 Doc. No: 87) (ms) [EOD 06/21/94] [94-41683] |
| 6/24/94 | Objection By United States Trustee Arthur J. Gonzalez To [86-1] Application Retention Of Goldin Associates, L.P. As Management Consultant And Financial Advisor To The Trustee For The Debtors Nunc Pro Tunc As Of June 6, 1994 (Last Day For Objections to Application: 11:30 6/23/94). Presentment Date: 6/23/94 @ 12:00. Notice Of Proposed Order Attached by Harrison J. Goldin (EOD Date: 6/24/94 Doc. No: 88) (ms) [EOD 06/24/94] [94-41683] |
| 6/28/94 | Bond Of Trustee And Approval In Amount of $ 28,000,000.00 With Fidelity & Deposit Co. Of Maryland As Surety. (EOD Date: 6/29/94 Doc. No: 89) (ms) [EOD 06/29/94] [94-41683] |
| 7/13/94 | Hearing RE: [86-1] Application For Retention Of Goldin Associates, L.P. As Management Consultant And Financial Advisor To The Trustee For The Debtors Nunc Pro Tunc As Of June 6, 1994 (Last Day For Objections to Application: 11:30 6/23/94). Presentment Date: 6/23/94 @ 12:00. Notice Of Proposed Order Attached by Harrison J. Goldin Adjourned For 2:00 7/14/94 at Courtroom 621(SMB)     (EOD Date: 7/13/94) (ms) [EOD 07/13/94] [94-41683] |
| 7/13/94 | Hearing Re:     (EOD Date: 7/13/94) (ms) [EOD 07/13/94] [94-41683] |
| 7/13/94 | Hearing RE: [87-1] Application To Employ And Retain Willkie Farr & Gallagher As Attorneys To Harrison J. Goldin, Trustee For The Debtors, Nunc Pro Tunc As Of June 14, 1994 (Last Day For Objections to Application: 11:30 6/23/94). Presentment Date: 6/23/94 @ 12:00. Notice Of Proposed Order Attached by Harrison J. Goldin Adjourned For 2:00 7/14/94 at Courtroom 621(SMB)    (EOD Date: 7/13/94) (ms) [EOD 07/13/94] [94-41683] |
| 7/13/94 | Hearing RE: [85-1] Application To Employ And Retain Kenneth Leventhal & Company As Accountants To Harrison J. Goldin, Trustee For Debtors (Last Day For Objections to Application: 11:30 6/23/94). Presentment Date: 6/23/94 @ 12:00. Notice Of Proposed Order Attached by Harrison J. Goldin Adjourned For 2:00 7/14/94 at Courtroom 621(SMB) (EOD Date: 7/13/94) (ms) [EOD 07/13/94] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683         In re: Granite Partners, L.P.                                    HOLD$$ LEAD

| | |
|---|---|
| 7/15/94 | Application By Trustee Harrison J. Goldin For An Order Authorizing And Directing Production Of Documents Designated As Confidential (Last Day For Objections to Application: 11:30 7/20/94). Presentment Date: 7/20/94 @ 12:00. Notice Of Proposed Order Attached (EOD Date: 7/18/94 Doc. No: 90) (ms) [EOD 07/18/94] [94-41683] |
| 7/20/94 | Order   Signed On: 7/19/94 Granting [85-1] Application To Employ And Retain Kenneth Leventhal & Company As Accountants To Harrison J. Goldin, Trustee For Debtors By Harrison J. Goldin. (EOD Date: 7/20/94 Doc. No: 91) (ms) [EOD 07/20/94] [94-41683] |
| 7/20/94 | Notice Of Settlement Of Proposed Order. Filed By Myron Trepper Attorney For Trustee RE: Authorizing Retention Of Willkie Farr & Gallagher As Attorneys To Harrison J. Goldin, Trustee, Nunc Pro Tunc As Of June 14, 1994 Presentment Date: 7/22/94 @ 12:00 (EOD Date: 7/21/94 Doc. No: 92) (ms) [EOD 07/21/94] [94-41683] |
| 7/20/94 | Notice Of Settlement Of Proposed Order. Filed By Myron Trepper Attorney For The Trustee RE: Authorizing Retention Of Goldin Associates, L.P. As Management Consultant And Financial Advisor To The Trustee, Nunc Pro Tunc As Of June 1, 1994, And Granting Related Relief. Presentment Date: 7/22/94 @ 12:00 (EOD Date: 7/21/94 Doc. No: 93) (ms) [EOD 07/21/94] [94-41683] |
| 7/21/94 | Affidavit Of Service Of Maureen A. Baksh RE: [92-1] Notice Of Settlement Of Proposed Order, [93-1] Notice Of Settlement Of Proposed Order (EOD Date: 7/22/94 Doc. 95) (ms) [EOD 07/22/94] [94-41683] |
| 7/22/94 | Order   Signed On: 7/21/94 Granting [90-1] Application Authorizing And Directing Production Of Documents Designated As Confidential By Harrison J. Goldin. (EOD Date: 7/22/94 Doc. No: 94) (ms) [EOD 07/22/94] [94-41683] |
| 7/26/94 | Order   Signed On: 7/22/94 Granting [87-1] Application To Employ And Retain Willkie Farr & Gallagher As Attorneys To Harrison J. Goldin, Trustee For The Debtors, Nunc Pro Tunc As Of June 14, 1994 By Harrison J. Goldin. (EOD Date: 7/26/94 Doc. No: 96) (ms) [EOD 07/26/94] [94-41683] |
| 7/26/94 | Order   Signed On: 7/22/94 Granting [86-1] Application For The Retention Of Goldin Associates, L.P. As Management Consultant And Financial Advisor To The Trustee For The Debtors Nunc Pro Tunc As Of June 6, 1994 By Harrison J. Goldin. (EOD Date: 7/26/94 Doc. No: 97) (ms) [EOD 07/26/94] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                                    HOLD$$ LEAD

8/5/94          Outline of the Scope of Investigation of the Debtors and
                Proposed Budget By Trustee Harrison J. Goldin, RE: [90-1]
                Application Authorizing And Directing Production Of
                Documents Designated As Confidential by Harrison J. Goldin
                (EOD Date: 8/5/94. Doc. No: 98) (pm) [EOD 08/05/94]
                [94-41683]

10/12/94        Statement Of Operations Filed by Debtor for the the Period
                Ended June, 1994 to (EOD Date: 10/14/94. Doc. No: 99) (mg)
                [EOD 10/14/94] [94-41683]

10/12/94        Monthly Operating Report for the Month of July, 1994 Filed
                by Attorneys for Debtor (EOD Date: 10/14/94. Doc. No: 100)
                        (mg) [EOD 10/14/94] [94-41683]

10/12/94        Monthly Operating Report for the Month of August, 1994
                Filed by Attorneys for Debtor (EOD Date: 10/14/94. Doc. No:
                101) (mg) [EOD 10/14/94] [94-41683]

11/7/94         First Application of Willkie Farr & Gallagher as Attorney
                for the Trustee For The Debtors For Compensation ( Fees: $
                498,445.00, Expenses: $ 92,432.11) Incurred From June 14,
                1994 through September 30, 1994, Inclusive . (EOD Date:
                11/10/94. Doc. No: 102) (ld) [EOD 11/10/94] [94-41683]

11/7/94         First Application of Goldin Associates, L.P. as Management
                Consultant and Financial Advisor to the Trustee For (a)
                Compensation ( Fees: $ 251,065.00, (b)          Expenses: $
                1,452.62) (c) Order Extending Goldin Associates' Retention
                (EOD Date: 11/10/94. Doc. No: 103) (ld) [EOD 11/10/94]
                [94-41683]

11/7/94         Application of Lord Day & Lord, Barrett Smith For
                Compensation ( Fees: $ 405,000.00,      Expenses: $ 70,000.00)
                . (EOD Date: 11/10/94. Doc. No: 104) (ld) [EOD 11/10/94]
                [94-41683]

11/7/94         Notice of Hearing RE: [105-1] Application For Compensation
                ( Fees: $ 351,590.50, Expenses: $ 4,478.00) incurred from
                June 16, 1994 through September 30, 1994, inclusive by
                Kenneth Leventhal & Co. scheduled For 10:00 11/30/94 at Rm.
                627 U.S. Customs House, [104-1] Application For
                Compensation ( Fees: $ 405,000.00,      Expenses: $ 70,000.00)
                by Lord Day & Lord, Barrett Smith scheduled For 10:00
                11/30/94 at Rm. 627 U.S. Customs House, [103-1] Application
                For (a) Compensation ( Fees: $ 251,065.00, (b)        Expenses: $
                1,452.62) (c) Order Extending Goldin Associates' Retention
                by Goldin Associates, L.P. scheduled For 10:00 11/30/94 at
                Rm. 627 U.S. Customs House, [102-1] Application For
                Compensation ( Fees: $ 498,445.00, Expenses: $ 92,432.11)
                Incurred From June 14, 1994 through September 30, 1994,
                Inclusive by Willkie Farr & Gallagher scheduled For 10:00
                11/30/94 at Rm. 627 U.S. Customs House (EOD Date: 11/10/94.
                Doc. No: 106) (ld) [EOD 11/10/94] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683         In re: Granite Partners, L.P.                                    HOLD$$ LEAD

| | |
|---|---|
| 11/9/94 | First Application of Kenneth Leventhal & Co. as Accountants for the Trustee for the Debtors For Compensation ( Fees: $ 351,590.50, Expenses: $ 4,478.00) incurred from June 16, 1994 through September 30, 1994, inclusive (EOD Date: 11/10/94. Doc. No: 105) (ld) [EOD 11/10/94] [94-41683] |
| 11/14/94 | Application By    Trustee Harrison J. Goldin For Order To Set Bar Date for Filing Proofs of Claim (Last Day For Objections to Application: 11:30 11/18/94 ) PRESENTMENT DATE: 11/18/94 at 12:00NOON (Notice of Proposed Order Attached) (EOD Date: 11/16/94. Doc. No: 107) (pm) [EOD 11/16/94] [94-41683] |
| 11/28/94 | Objection By United States Trustee Arthur J. Gonzalez    To [105-1] Application For Compensation ( Fees: $ 351,590.50, Expenses: $ 4,478.00) incurred from June 16, 1994 through September 30, 1994, inclusive by Kenneth Leventhal & Co., [104-1] Application For Compensation ( Fees: $ 405,000.00, Expenses: $ 70,000.00) by Lord Day & Lord, Barrett Smith, [103-1] Application For (a) Compensation ( Fees: $ 251,065.00, (b)    Expenses: $ 1,452.62) (c) Order Extending Goldin Associates' Retention by Goldin Associates, L.P., [102-1] Application For Compensation ( Fees: $ 498,445.00, Expenses: $ 92,432.11) Incurred From June 14, 1994 through September 30, 1994, Inclusive by Willkie Farr & Gallagher; RET: 11/30/94 at 10:00AM (EOD Date: 11/29/94. Doc. No: 108)    (pm) [EOD 11/29/94] [94-41683] |
| 11/28/94 | Application By    Trustee Harrison J. Goldin For Order Governing Disclosure of Confidential Information by the Trustee; PRESENTMENT DATE: 12/02/94 at 12:00NOON (Notice of Proposed Order Attached) (EOD Date: 11/30/94. Doc. No: 109) (pm) [EOD 11/30/94] [94-41683] |
| 11/29/94 | Supplemental Statement By consultant Goldin Associates, L.P. Re: in Support of [103-1] Application For (a) Compensation ( Fees: $ 251,065.00, (b) Expenses: $ 1,452.62) (c) Order Extending Goldin Associates' Retention by Goldin Associates, L.P.; RET: 11/30/94 at 10:00AM (EOD Date: 12/1/94 Doc. No: 110) (pm) [EOD 12/01/94] [94-41683] |
| 11/29/94 | Affidavit Of Service by Joseph A. Capella, Jr. Of [103-1] Application For (a) Compensation ( Fees: $ 251,065.00, (b) Expenses: $ 1,452.62) (c) Order Extending Goldin Associates' Retention by Goldin Associates, L.P. (EOD Date: 12/1/94. Doc. No: 111) (pm) [EOD 12/01/94] [94-41683] |
| 11/29/94 | Affidavit Of Service by Joseph A. Capella, Jr. Of [105-1] Application For Compensation ( Fees: $ 351,590.50, Expenses: $ 4,478.00) incurred from June 16, 1994 through September 30, 1994, inclusive by Kenneth Leventhal & Co. (EOD Date: 12/1/94. Doc. No: 112) (pm) [EOD 12/01/94] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                            HOLD$$ LEAD

                [94-41683]

11/29/94        Affidavit Of Service by Joseph A. Capella, Jr. Of [102-1]
                Application For Compensation ( Fees: $ 498,445.00,
                Expenses: $ 92,432.11) Incurred From June 14, 1994 through
                September 30, 1994, Inclusive by Willkie Farr & Gallagher
                (EOD Date: 12/1/94. Doc. No: 113) (pm) [EOD 12/01/94]
                [94-41683]

11/29/94        Affidavit Of Service by Joseph A. Capella, Jr. Of [107-1]
                Application To Set Bar Date for Filing Proofs of Claim by
                Harrison J. Goldin (EOD Date: 12/2/94. Doc. No: 114) (pm)
                [EOD 12/02/94] [94-41683]

11/29/94        Affidavit Of Service by Joseph A. Capella, Jr. Of [106-1]
                Notice of Hearing (EOD Date: 12/2/94. Doc. No: 115) (pm)
                [EOD 12/02/94] [94-41683]

11/30/94        Hearing Re: [104-1] Application For Compensation ( Fees: $
                405,000.00,    Expenses: $ 70,000.00) by Lord Day & Lord,
                Barrett Smith Adjourned For 10:00 1/17/95 at Rm. 627 U.S.
                Customs House  (EOD Date: 12/1/94) (pm) [EOD 12/01/94]
                [94-41683]

12/1/94         Affidavit Of Service by Maureen A. Baksh Of [107-1]
                Application To Set Bar Date for Filing Proofs of Claim by
                Harrison J. Goldin (EOD Date: 12/2/94. Doc. No: 116) (pm)
                [EOD 12/02/94] [94-41683]

12/7/94         Declaration by Attorney John R. Oller in Support of,
                [109-1] Trustee's Application for Order Governing
                Disclosure of Confidential Information by the Trustee (EOD
                Date: 12/14/94. Doc. No: 119) (pm) [EOD 12/14/94]
                [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                          HOLD$$ LEAD

| | |
|---|---|
| 12/8/94 | Order   Signed On: 12/06/94 Awarding First Interim Allowance of Compensation; Granting [105-1] Application For Compensation ( Fees: $ 351,590.50, Expenses: $ 4,478.00) incurred from June 16, 1994 through September 30, 1994, inclusive by Kenneth Leventhal & Co. payment to        Kenneth Leventhal & Co. of $263692.87 in fees and $4478.00 in expenses Granting [104-1] Application For Compensation ( Fees: $ 405,000.00,     Expenses: $ 70,000.00) by Lord Day & Lord, Barrett Smith payment to        Lord Day & Lord, etc. of $70000.00 expenses Granting [103-1] Application For (a) Compensation ( Fees: $ 251,065.00, (b)       Expenses: $ 1,452.62) (c) Order Extending Goldin Associates' Retention by Goldin Associates, L.P. payment to        Goldin Associates, L.P. of $202615.00 in fees and $1452.62 in expenses Granting [102-1] Application For Compensation ( Fees: $ 498,445.00, Expenses: $ 92,432.11) Incurred From June 14, 1994 through September 30, 1994, Inclusive by Willkie Farr & Gallagher payment to        Willkie Farr & Gallagher of $321868.48 in fees and $92432.11 in expenses . (EOD Date: 12/8/94. Doc. No: 117) (pm) [EOD 12/08/94] [94-41683] |
| 12/8/94 | Hold Back Flag Applied, RE: [117-1] Order       by Willkie Farr & Gallagher- HOLDBACK = $107,289.49, Kenneth Leventhal & Co.- HOLDBACK = $87,897.63 for Compensation. (EOD Date: 12/8/94.) (pm) [EOD 12/08/94] [94-41683] |
| 12/9/94 | Order Signed On: 12/07/94 Granting [109-1] Application Governing Disclosure of Confidential Information by the Trustee by J. Goldin . (EOD Date: 12/9/94. Doc. No: 118) (pm) [EOD 12/09/94] [94-41683] |
| 1/4/95 | So Ordered Stipulation and Order       Signed 12/30/94, by and between Counsel for "Investors", and Counsel for Trustee To Extend Bar Date for the Investors and their customers and clients, from 1/04/95 at 5:00PM until 2/06/94 at 5:00PM  Re: (EOD Date: 1/4/95. Doc. No: 120) (pm) [EOD 01/04/95] [94-41683] |
| 1/9/95 | Letter to Judge Bernstein, dated 12/20/94 Filed by Laurence J. Kaiser for Debtor Granite Partners, L.P., Debtor Granite Partners, L.P.     Re: [104-1] Application For Compensation ( Fees: $ 405,000.00, Expenses: $ 70,000.00) by Lord Day & Lord, Barrett Smith; RET: 1/31/95 at 10:00AM (EOD Date: 1/9/95. Doc. No: 121) (pm) [EOD 01/09/95] [94-41683] |
| 1/11/95 | Application By     Trustee Harrison J. Goldin Directing Examination of, and Production of Documents by, George E. Hall of Clinton Group, Inc., Pursuant to FRBP Rule 2004. on: 2/05/95 at 10:00AM at the Offices of Willkie Farr & Gallagher.; PRESENTMENT DATE: 1/19/95 at 12:00PM (Last Day For Objections to Application: 11:30 1/19/95 ) (Notice of Presentment of Proposed Order Attached) (EOD Date: 1/12/95. Doc. No: 122) (pm) [EOD 01/12/95] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                              HOLD$$ LEAD

| | |
|---|---|
| 1/11/95 | Affidavit Of Service by Maureen A. Baksh Of [122-1] Application Directing Examination of, and Production of Documents by, George E. Hall of Clinton Group, Inc., Pursuant to FRBP Rule 2004. on: 2/05/95 at 10:00AM at the Offices of Willkie Farr & Gallagher.; PRESENTMENT DATE: 1/19/95 at 12:00PM (Last Day For Objections to Application: 11:30 1/19/95 ) by Harrison J. Goldin (EOD Date: 1/12/95. Doc. No: 123) (pm) [EOD 01/12/95] [94-41683] |
| 1/18/95 | Affidavit Of Service by Maureen A. Baksh Of Notice of Last Date for the Filing of Certain Proofs of Claim and Proof of Claim Form, RE: [107-1] Application To Set Bar Date for Filing Proofs of Claim by Harrison J. Goldin (EOD Date: 1/26/95. Doc. No: 124) (pm) [EOD 01/26/95] [94-41683] |
| 1/18/95 | Notice of Hearing RE: [122-1] Application Directing Examination of, and Production of Documents by, George E. Hall of Clinton Group, Inc., Pursuant to FRBP Rule 2004. on: 2/05/95 at 10:00AM at the Offices of Willkie Farr & Gallagher.; by Harrison J. Goldin Adjourned For 12:00 2/27/95 at Rm. 627 U.S. Customs House (EOD Date: 2/17/95. Doc. No: 132) (pm) [EOD 02/17/95] [94-41683] |
| 1/27/95 | Statement Of Operations     from 10/01/94 to 11/30/94 (EOD Date: 1/31/95. Doc. No: 125) (pm) [EOD 01/31/95] [94-41683] |
| 2/1/95 | [ DOCKETED AS ORIGINAL ] Supplemental By Attorney Lord Day & Lord, Barrett Smith Re: [104-1] Application For Compensation ( Fees: $ 405,000.00, Expenses: $ 70,000.00) by Lord Day & Lord, Barrett Smith (EOD Date: 2/1/95 Doc. No: 126) (pm) [EOD 02/01/95] [94-41683] |
| 2/2/95 | Transcript of Hearing Held on 11/30/94          RE: [105-1] Application For Compensation ( Fees: $ 351,590.50, Expenses: $ 4,478.00) incurred from June 16, 1994 through September 30, 1994, inclusive by Kenneth Leventhal & Co., [104-1] Application For Compensation ( Fees: $ 405,000.00, Expenses: $ 70,000.00) by Lord Day & Lord, Barrett Smith, [103-1] Application For (a) Compensation ( Fees: $ 251,065.00, (b)      Expenses: $ 1,452.62) (c) Order Extending Goldin Associates' Retention by Goldin Associates, L.P., [102-1] Application For Compensation ( Fees: $ 498,445.00, Expenses: $ 92,432.11) Incurred From June 14, 1994 through September 30, 1994, Inclusive by Willkie Farr & Gallagher (EOD Date: 2/6/95. Doc. No: 127) (pm) [EOD 02/06/95] [94-41683] |
| 2/3/95 | Notice of Presentment of Proposed Stipulation and Order. Filed By Myron Trepper for Trustee Harrison J. Goldin, Trustee Harrison J. Goldin RE: Certain Cash Now Held by Bear Stearns; Presentment date: 2/10/95 at 12:00NOON (EOD Date: 2/6/95. Doc. No: 128) (pm) [EOD 02/06/95] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                                    HOLD$$ LEAD

| | |
|---|---|
| 2/3/95 | Notice of Hearing RE: [96-1] Order ; Status Conference Set For 2:30 2/8/95 at Rm. 627 U.S. Customs House (EOD Date: Doc. No: 129) (pm) [EOD 02/07/95] [94-41683] |
| 2/14/95 | Statement by Creditor Unofficial Committee of Investors Re: Pursuant to Bankruptcy Rule 2019 (EOD Date: 2/16/95. Doc. No: 131) (pm) [EOD 02/16/95] [94-41683] |
| 2/15/95 | So Ordered Stipulation and Order Signed 2/15/95, by and between Trustee, and Bear, Stearns & Co., Inc. Regarding Cash Now Held by Bear Stearns (EOD Date: 2/15/95. Doc. No: 130) (pm) [EOD 02/15/95] [94-41683] |
| 2/17/95 | Notice of Withdrawal Filed by Trustee Harrison J. Goldin RE: [122-1] Application Directing Examination of, and Production of Documents by, George E. Hall of Clinton Group, Inc., Pursuant to FRBP Rule 2004. on: 2/05/95 at 10:00AM at the Offices of Willkie Farr & Gallagher.          by Harrison J. Goldin . (EOD Date: 2/17/95. Doc. No: 133) (pm) [EOD 02/17/95] [94-41683] |
| 2/17/95 | Notice of Hearing RE: [126-1] Supplemental Application for Interim Compensation by Lord Day & Lord, Barrett Smith Scheduled For 10:00 3/14/95 at Rm. 627 U.S. Customs House (EOD Date: 2/21/95. Doc. No: 134) (pm) [EOD 02/21/95] [94-41683] |
| 2/28/95 | Application By     Trustee Harrison J. Goldin To Employ and Retain Gifford Fong Associates as Consultant for Harrison J. Goldin, Trustee for Above-Captioned Debtors (Last Day For Objections to Application: 11:30 3/7/95 ) (Notice of Proposed Order Attached) (EOD Date: 3/1/95. Doc. No: 135) (pm) [EOD 03/01/95] [94-41683] |
| 2/28/95 | Application By     Trustee Harrison J. Goldin For Order Increasing Maximum Compensation Payable to Kenneth Leventhal & Co. as Accountants for Trustee (Last Day For Objections to Application: 12:00 3/7/95 ) PRESENTMENT DATE: 3/07/95 at 12:00NOON (Notice of Proposed Order Attached) (EOD Date: 3/1/95. Doc. No: 136) (pm) [EOD 03/01/95] [94-41683] |
| 2/28/95 | Application By     Trustee Harrison J. Goldin To Employ and Retain Whitestone Capital Group, Inc., NUNC PRO TUNC as of 1/12/95, as Capital Markets Expert for Harrison J. Goldin, Trustee for Above-Captioned Debtors (Last Day For Objections to Application: 11:30 3/7/95 ) PRESENTMENT DATE: 3/07/95 at 12:00NOON (Notice of Proposed Order Attached) (EOD Date: 3/1/95. Doc. No: 137) (pm) [EOD 03/01/95] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                                    HOLD$$ LEAD

3/7/95          Response By Creditor Unofficial Committee of Investors          To
                [137-1] Application To Employ and Retain Whitestone Capital
                Group, Inc., NUNC PRO TUNC as of 1/12/95, as Capital
                Markets Expert for Harrison J. Goldin, Trustee for
                Above-Captioned Debtors by Harrison J. Goldin, [135-1]
                Application To Employ and Retain Gifford Fong Associates as
                Consultant for Harrison J. Goldin, Trustee for
                Above-Captioned Debtors by Harrison J. Goldin (EOD Date:
                3/8/95. Doc. No: 139) (pm) [EOD 03/08/95] [94-41683]

3/7/95          Letter to Judge Bernstein, dated 3/07/95 Filed by          Creditor
                Salomon Brothers, Inc. Re: Conflict of Interest with CEO of
                Whitestone Capital Group, Inc.          [137-1] Application To
                Employ and Retain Whitestone Capital Group, Inc., NUNC PRO
                TUNC as of 1/12/95, as Capital Markets Expert for Harrison
                J. Goldin, Trustee for Above-Captioned Debtors by Harrison
                J. Goldin, [136-1] Application Increasing Maximum
                Compensation Payable to Kenneth Leventhal & Co. as
                Accountants for Trustee by Harrison J. Goldin (EOD 3/9/95.
                Doc. No: 140) (pm) [EOD 03/09/95] [94-41683]

3/8/95          Objection By United States Trustee Arthur J. Gonzalez          To
                [137-1] Application To Employ and Retain Whitestone Capital
                Group, Inc., NUNC PRO TUNC as of 1/12/95, as Capital
                Markets Expert for Harrison J. Goldin, Trustee for
                Above-Captioned Debtors by Harrison J. Goldin (EOD Date:
                3/8/95. Doc. No: 138) (pm) [EOD 03/08/95] [94-41683]

3/8/95          Motion By Trustee Harrison J. Goldin For OrderGoverning
                Dissemination of Preliminary Report on the Trustee's
                Investigation (Returnable: 10:00 3/16/95 Rm. 627 U.S.
                Customs House ) (Last Day For Objections to Motion: 12:00
                3/14/95 ) (EOD Date: 3/9/95. Doc. No: 141) (pm)
                [EOD 03/09/95] [94-41683]

3/9/95          OSC Signed On: 3/08/95 RE: [141-1] Motion Governing
                Dissemination of Preliminary Report on the Trustee's
                Investigation (Returnable: 10:00 3/16/95 Rm. 627 U.S.
                Customs House ) (Last Day For Objections to Motion: 12:00
                3/14/95 ) by Harrison J. Goldin (EOD Date: 3/9/95. Doc. No:
                142) (pm) [EOD 03/09/95] [94-41683]

3/13/95         Statement by United States Trustee Arthur J. Gonzalez          Re:
                [104-1] Application for Compensation (Fees $405,000.00
                Expenses $70,065.66) by Lord, Day & Lord Barrett Smith (EOD
                Date: 3/13/95. Doc. No: 143) (sl) [EOD 03/13/95]
                [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

3/13/95          Response and Limited Objection By Creditor David J. Askin,
                 Creditor Investors-Askin Capital Mgmt. LP          To [141-1]
                 Motion Governing Dissemination of Preliminary Report on the
                 Trustee's Investigation (Returnable: 10:00 3/16/95 Rm. 627
                 U.S. Customs House ) (Last Day For Objections to Motion:
                 12:00 3/14/95 ) by Harrison J. Goldin (EOD Date: 3/15/95.
                 Doc. No: 148) (pm) [EOD 03/15/95] [94-41683]

3/14/95          Reply By    Trustee Harrison J. Goldin in Support of          [137-1]
                 Application To Employ and Retain Whitestone Capital Group,
                 Inc., NUNC PRO TUNC as of 1/12/95, as Capital Markets
                 Expert for Harrison J. Goldin, Trustee for Above-Captioned
                 Debtors    by Harrison J. Goldin, [136-1] Application
                 Increasing Maximum Compensation Payable to Kenneth
                 Leventhal & Co. as Accountants for Trustee by Harrison J.
                 Goldin, [135-1] Application To Employ and Retain Gifford
                 Fong Associates as Consultant for Harrison J. Goldin,
                 Trustee for Above-Captioned Debtors by Harrison J. Goldin .
                 (EOD Date: 3/15/95. Doc. No: 144) (pm) [EOD 03/15/95]
                 [94-41683]

3/14/95          Hearing Re: [126-1] Application for Supplemental Interim
                 Fee by Lord Day & Lord, Barrett Smith Adjourned For 10:00
                 3/20/95 at Rm. 627 U.S. Customs House     (EOD Date: 3/15/95)
                 (pm) [EOD 03/15/95] [94-41683]

3/14/95          Limited Objection By Creditor Collins CMO Fund, Ltd.          To
                 [141-1] Motion Governing Dissemination of Preliminary
                 Report on the Trustee's Investigation (Returnable: 10:00
                 3/16/95 Rm. 627 U.S. Customs House ) (Last Day For
                 Objections to Motion: 12:00 3/14/95 ) by Harrison J. Goldin
                 (EOD Date: 3/15/95. Doc. No: 145) (pm) [EOD 03/15/95]
                 [94-41683]

3/14/95          Response By Creditor Unofficial Committee of Investors          To
                 [141-1] Motion Governing Dissemination of Preliminary
                 Report on the Trustee's Investigation (Returnable: 10:00
                 3/16/95 Rm. 627 U.S. Customs House ) (Last Day For
                 Objections to Motion: 12:00 3/14/95 ) by Harrison J. Goldin
                 (EOD Date: 3/15/95. Doc. No: 146) (pm) [EOD 03/15/95]
                 [94-41683]

3/14/95          Objection By Creditor Official Committee Of Unsecured
                 Creditor          To [141-1] Motion Governing Dissemination of
                 Preliminary Report on the Trustee's Investigation
                 (Returnable: 10:00 3/16/95 Rm. 627 U.S. Customs House )
                 (Last Day For Objections to Motion: 12:00 3/14/95 ) by
                 Harrison J. Goldin (EOD Date: 3/15/95. Doc. No: 147) (pm)
                 [EOD 03/15/95] [94-41683]

3/14/95          Request by Creditor State Street Bank and Trust Company to
                 be Included Among Parties in Interest Designated to Receive
                 a Copy of Preliminary Report of Trustee's Investigation;
                 RET: 3/16/95 at 10:00AM (EOD Date: 3/15/95. Doc. No: 149)

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                              HOLD$$ LEAD

                              (pm) [EOD 03/15/95] [94-41683]

3/15/95          Notice of Presentment of Proposed Stipulation and Order.
                 Filed By Myron Trepper for Trustee Harrison J. Goldin,
                 Trustee Harrison J. Goldin RE: Certain Funds Held by State
                 Street Bank and Trust Company; Presentment date: 3/22/95 at
                 12:00NOON (EOD Date: 3/16/95. Doc. No: 150) (pm)
                 [EOD 03/16/95] [94-41683]

3/15/95          Affidavit Of Service by Gary Hirsch Of [142-1] Show Cause
                 (Motion) Order Scheduling Hearing on Trustee's Motion for
                 Order Governing Dissemination of Preliminary Report (EOD
                 Date: 3/17/95. Doc. No: 152) (pm) [EOD 03/17/95]
                 [94-41683]

3/16/95          Affidavit Of Service by Todd Murrell Of [147-1] Objection
                 by Official Committee Of Unsecured Creditor (EOD Date:
                 3/16/95. Doc. 151) (pm) [EOD 03/16/95] [94-41683]

3/17/95          Monthly Operating Report For the Month Ended December, 1994
                 (EOD Date: 3/20/95. Doc. No: 153) (ld) [EOD 03/20/95]
                 [94-41683]

3/17/95          Monthly Operating Report For The Month Ended February, 1995
                 (EOD Date: 3/20/95. Doc. No: 155) (ld) [EOD 03/20/95]
                 [94-41683]

3/21/95          First Application By        accountant Price Waterhouse LLP. For
                 Compensation ( Fees: $ 102,000.00,        Expenses: $ 18,824.00)
                 (EOD Date: 3/22/95. Doc. No: 156) (ld) [EOD 03/22/95]
                 [94-41683]

3/21/95          Second Application of Willkie Farr & Gallagher For
                 Compensation ( Fees: $ 681,274.30,        Expenses: $ 60,304.05)
                 . (EOD Date: 3/22/95. Doc. No: 157) (ld) [EOD 03/22/95]
                 [94-41683]

3/21/95          Notice of Settlerment of        Order. Filed By John R. Oller RE:
                 Governing Dissemination of Trustee's Report. Presentment
                 date: 3/23/95 @12:00 (EOD Date: 3/23/95. Doc. No: 161) (ld)
                 [EOD 03/23/95] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                              HOLD$$ LEAD

3/21/95          Notice of Hearing RE: [159-1] Application For Compensation
                 ( Fees: $ 285,690.00,        Expenses: $ 1,810.26) by Goldin
                 Associates, L.P. scheduled For 10:00 4/13/95 at Rm. 627
                 U.S. Customs House, [158-1] Application For Compensation (
                 Fees: $ 699,383.00,        Expenses: $ 13,646.00) by Kenneth
                 Leventhal & Co. scheduled For 10:00 4/13/95 at Rm. 627 U.S.
                 Customs House, [157-1] Application For Compensation ( Fees:
                 $ 681,274.30,        Expenses: $ 60,304.05) by Willkie Farr &
                 Gallagher scheduled For 10:00 4/13/95 at Rm. 627 U.S.
                 Customs House, [156-1] Application For Compensation ( Fees:
                 $ 102,000.00,        Expenses: $ 18,824.00) by Price Waterhouse
                 LLP. scheduled For 10:00 4/13/95 at Rm. 627 U.S. Customs
                 House (EOD Date: 3/23/95. Doc. No: 162) (ld) [EOD 03/23/95]
                 [94-41683]

3/22/95          Second Application of Kenneth Leventhal & Co. For
                 Compensation ( Fees: $ 699,383.00,        Expenses: $ 13,646.00)
                 . (EOD Date: 3/23/95. Doc. No: 158) (ld) [EOD 03/23/95]
                 [94-41683]

3/22/95          Second Application By consultant Goldin Associates, L.P.
                 For Compensation ( Fees: $ 285,690.00,        Expenses: $
                 1,810.26) . (EOD Date: 3/23/95. Doc. No: 159) (ld)
                 [EOD 03/23/95] [94-41683]

3/22/95          Supplemental Statement of the Unofficial Committee of
                 Investors To [131-1] Statement        by Unofficial Committee of
                 Investors . (EOD Date: 3/23/95. Doc. No: 160) (ld)
                 [EOD 03/23/95] [94-41683]

3/23/95          Transcript of Hearing Held on 3/16/95        RE: [137-1]
                 Application To Employ and Retain Whitestone Capital Group,
                 Inc., NUNC PRO TUNC as of 1/12/95, as Capital Markets
                 Expert for Harrison J. Goldin, Trustee for Above-Captioned
                 Debtors (Last Day For Objections to Application: 11:30
                 3/7/95 ) by Harrison J. Goldin (EOD Date: 3/23/95. Doc. No:
                 163) (ld) [EOD 03/23/95] [94-41683]

3/23/95          Affidavit Of Service Of [157-1] Application For
                 Compensation ( Fees: $ 681,274.30,        Expenses: $ 60,304.05)
                 by Willkie Farr & Gallagher (EOD Date: 3/24/95. Doc. No:
                 164) (gc) [EOD 03/24/95] [94-41683]

3/23/95          Affidavit Of Service Of [158-1] Application For
                 Compensation ( Fees: $ 699,383.00,        Expenses: $ 13,646.00)
                 by Kenneth Leventhal & Co. (EOD Date: 3/24/95. Doc. No:
                 165) (gc) [EOD 03/24/95] [94-41683]

3/23/95          Affidavit Of Service Of [159-1] Application For
                 Compensation ( Fees: $ 285,690.00,        Expenses: $ 1,810.26)
                 by Goldin Associates, L.P. (EOD Date: 3/24/95. Doc. No:
                 166) (gc) [EOD 03/24/95] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                                    HOLD$$ LEAD

3/23/95          Affidavit Of Service Of [156-1] Application For
                 Compensation ( Fees: $ 102,000.00,       Expenses: $ 18,824.00)
                 by Price Waterhouse LLP. (EOD Date: 3/24/95. Doc. No: 167)
                     (gc) [EOD 03/24/95] [94-41683]

3/29/95          Order   Signed On: 3/27/95 Granting [137-1] Application To
                 Employ and Retain Whitestone Capital Group, Inc., NUNC PRO
                 TUNC as of 1/12/95, as Capital Markets Expert for Harrison
                 J. Goldin, Trustee for Above-Captioned Debtors (Last Day
                 For Objections to Application: 11:30 3/7/95 ) by Harrison
                 J. Goldin . (EOD Date: 3/29/95. Doc. No: 168) (ld)
                 [EOD 03/29/95] [94-41683]

3/29/95          So Ordered Stipulation       Signed 3/27/95 by Attorney for
                 Trustee and Attorney for State Street Bank and Trust Re:
                 [150-1] Proposed Order Notice of       by Myron Trepper (EOD
                 Date: 3/29/95. Doc. No: 169) (ld) [EOD 03/29/95]
                 [94-41683]

3/29/95          Order   Signed On: 3/27/95 Granting [141-1] Motion Governing
                 Dissemination of Preliminary Report on the Trustee's
                 Investigation       by Harrison J. Goldin . (EOD Date: 3/29/95.
                 Doc. No: 170) (ld) [EOD 03/29/95] [94-41683]

3/31/95          Notice of Presentment of Proposed Order. Filed By Myron
                 Trepper for Trustee Harrison J. Goldin       RE: Certain
                 Securities Held By Bear Stearns, Presentment date: 6/2/95
                 @12:00 (EOD Date: 6/5/95. Doc. No: 184) (ld) [EOD 06/05/95]
                 [94-41683]

4/6/95           Motion By The   Unofficial Committee of Investors
                 Approving a Rule 2004 Examination (Returnable: 10:00
                 4/19/95 Courtroom 621(SMB) ) (EOD Date: 4/10/95. Doc. No:
                 171) (ld) [EOD 04/10/95] [94-41683]

4/12/95          Objection of The Official Committee Of Unsecured Creditor
                 To [159-1] Application For Compensation ( Fees: $
                 285,690.00,    Expenses: $ 1,810.26) by Goldin Associates,
                 L.P., [158-1] Application For Compensation ( Fees: $
                 699,383.00,    Expenses: $ 13,646.00) by Kenneth Leventhal &
                 Co. (EOD Date: 4/12/95. Doc. No: 172) (ld) [EOD 04/12/95]
                 [94-41683]

4/13/95          Response By Partner David J. Askin       To [171-1] Motion
                 Approving a Rule 2004 Examination (Returnable: 10:00
                 4/19/95 Courtroom 621(SMB) ) by Unofficial Committee of
                 Investors (EOD Date: 4/13/95. Doc. No: 173) (ld)
                 [EOD 04/13/95] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                                    HOLD$$ LEAD

4/13/95         Objection By United States Trustee To [159-1] Application
                For Compensation ( Fees: $ 285,690.00, Expenses: $
                1,810.26) by Goldin Associates, L.P., [158-1] Application
                For Compensation ( Fees: $ 699,383.00, Expenses: $
                13,646.00) by Kenneth Leventhal & Co., [157-1] Application
                For Compensation ( Fees: $ 681,274.30, Expenses: $
                60,304.05) by Willkie Farr & Gallagher, [156-1] Application
                For Compensation ( Fees: $ 102,000.00, Expenses: $
                18,824.00) by Price Waterhouse LLP. (EOD Date: 4/13/95.
                Doc. No: 174) (ld) [EOD 04/13/95] [94-41683]

4/14/95         Response By Trustee Harrison J. Goldin      To [171-1] Motion
                Approving a Rule 2004 Examination (Returnable: 10:00
                4/19/95 Courtroom 621(SMB) ) by Unofficial Committee of
                Investors (EOD Date: 4/18/95. Doc. No: 176) (ld)
                [EOD 04/18/95] [94-41683]

4/17/95         Objection By The Official Committee Of Unsecured Creditors
                To [171-1] Motion Approving a Rule 2004 Examination
                (Returnable: 10:00 4/19/95 Courtroom 621(SMB) ) by
                Unofficial Committee of Investors (EOD Date: 4/18/95. Doc.
                No: 177) (ld) [EOD 04/18/95] [94-41683]

4/18/95         Order   Signed On: 4/13/95 Granting [159-1] Application For
                Compensation ( Fees: $ 285,690.00,      Expenses: $ 1,810.26)
                by Goldin Associates, L.P. payment to        Goldin Associates,
                L.P. of $21446750.00 in fees and $1810.26 in expenses
                Granting [158-1] Application For Compensation ( Fees: $
                699,383.00, Expenses: $ 13,646.00) by Kenneth Leventhal &
                Co. payment to      Kenneth Leventhal & Co. of $489568.10 in
                fees and $13646.00 in expenses Granting [157-1] Application
                For Compensation ( Fees: $ 681,274.30,      Expenses: $
                60,304.05) by Willkie Farr & Gallagher payment to       Price
                Waterhouse LLP. of $83176.00 in fees and $18824.00 in
                expenses Granting [156-1] Application For Compensation (
                Fees: $ 102,000.00, Expenses: $ 18,824.00) by Price
                Waterhouse LLP. payment to Willkie Farr & Gallagher of
                $579082.90 in fees and $102191.10 in expenses . (EOD Date:
                4/18/95. Doc. No: 175) (ld) [EOD 04/18/95] [94-41683]

4/18/95         Hold Back Flag Applied, RE: [175-1] Order       by Willkie Farr
                & Gallagher, Price Waterhouse LLP., Kenneth Leventhal &
                Co., Goldin Associates, L.P.      for Compensation. (EOD Date:
                4/18/95.) (ld) [EOD 04/18/95] [94-41683]

4/20/95         Notice of Settlement of Order Governing Dissemination of
                Trustee's Preliminary Report. Filed By Attorney for the
                Uofficial Committee of Investors RE: [171-1] Motion
                Approving a Rule 2004 Examination. Presentment date:
                4/25/95 @ 12:00 (EOD Date: 4/21/95. Doc. No: 178) (gc)
                [EOD 04/21/95] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683            In re: Granite Partners, L.P.                          HOLD$$ LEAD

| | |
|---|---|
| 4/21/95 | Notice of Settlement of Proposed Order. Filed By        RE: [171-1] Motion Approving a Rule 2004 Examination by Unofficial Committee of Investors        Presentment date: 4/25/95 @12:00 (EOD Date: 4/24/95. Doc. No: 179) (ld) [EOD 04/24/95] [94-41683] |
| 4/28/95 | Order Signed On: 4/27/95 Granting [171-1] Motion Approving a Rule 2004 Examination by Unofficial Committee of Investors; "Investors' Committee... directed to treat the Requested Documents designated as 'Confidential' or 'Highly Confidential'..." . (EOD Date: 4/28/95. Doc. No: 180) (pm) [EOD 04/28/95] [94-41683] |
| 5/4/95 | Transcript of Hearing Held on 4/19/95        RE: [171-1] Motion Approving a Rule 2004 Examination (Returnable: 10:00 4/19/95 Courtroom 621(SMB) ) by Unofficial Committee of Investors (EOD Date: 5/8/95. Doc. No: 181) (ld) [EOD 05/08/95] [94-41683] |
| 5/31/95 | Monthly Operating Report For the Month Ended April, 1995. (EOD Date: 6/1/95. Doc. No: 182) (ld) [EOD 06/01/95] [94-41683] |
| 5/31/95 | Monthly Operating Report For The Month Ended March, 1995. (EOD Date: 6/1/95. Doc. No: 183) (ld) [EOD 06/01/95] [94-41683] |
| 6/5/95 | So Ordered Stipulation        Signed 6/2/95   Re: [184-1] Proposed Order Notice of by Myron Trepper, Regarding Certain Securities Now Held By Bear Stearns. (EOD Date: 6/5/95. Doc. No: 185) (ld) [EOD 06/05/95] [94-41683] |
| 6/19/95 | Application By        Trustee Harrison J. Goldin        Authorizing Retention of Ernst & Young LLP, as Successor to Kenneth Leventhal & Company, As Accountants For Trustee Notice of Proposed Order Attached, Presentment Date 6/23/95 @12:00. (EOD Date: 6/20/95. Doc. No: 186) (ld) [EOD 06/20/95] [94-41683] |
| 6/27/95 | Order   Signed On: 6/27/95 Granting [186-1] Application Authorizing Retention of Ernst & Young LLP, as Successor to Kenneth Leventhal & Company, As Accountants For Trustee by Harrison J. Goldin . (EOD Date: 6/27/95. Doc. No: 187) (ld) [EOD 06/27/95] [94-41683] |
| 6/28/95 | Notice of Settlement of Order Authorizing Dissemination of Trustee's Preliminary Draft Report To The Unofficial Investors' Committee. Filed By RE: John R. Oller Presentment date: 7/7/95 @ 12:00 (EOD Date: 7/5/95. Doc. No: 188) (ld) [EOD 07/05/95] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                                    HOLD$$ LEAD

7/11/95          Order    Signed On: 7/7/95 Granting [188-1] Proposed Order
                 Notice    Authorizing Dissemination of Trustee's Preliminary
                 Draft Report to the Unofficial Investors' Committee . (EOD
                 Date: 7/11/95. Doc. No: 189) (ld) [EOD 07/11/95]
                 [94-41683]

8/1/95           Notice of Proposed Amended Order . Filed By John R. Oller
                 for the Trustee RE: Governing Dissemination of Trustee's
                 Preliminary Report [191-1] Objection          by Unofficial
                 Committee of Investors, [190-1] Objection          by David J.
                 Askin    Presentment date: 8/2/95 @12:00 (EOD Date: 8/3/95.
                 Doc. No: 192) (ld) [EOD 08/03/95] [94-41683]

8/2/95           Objection By Partner David J. Askin          To [188-1] Proposed
                 Order Notice of (EOD Date: 8/3/95. Doc. No: 190) (ld)
                 [EOD 08/03/95] [94-41683]

8/2/95           Limited Objection By Creditor Unofficial Committee of
                 Investors To [188-1] Proposed Order Notice of (EOD Date:
                 8/3/95. Doc. No: 191) (ld) [EOD 08/03/95] [94-41683]

8/7/95           Response By Trustee Harrison J. Goldin, In Support of
                 [192-1] Proposed Order Notice of (EOD Date: 8/8/95. Doc.
                 No: 193) (ld) [EOD 08/08/95] [94-41683]

8/8/95           Objection By    Creditor Unigestion International, Ltd,
                 Creditor Hemisphere Global Hedge Fund Limited To [192-1]
                 Proposed Order Notice of (EOD Date: 8/8/95. Doc. No: 194)
                                 (ld) [EOD 08/08/95] [94-41683]

8/9/95           Affidavit Of Service Of        Maureen A. Baksh of [193-1]
                 Response by Harrison J. Goldin (EOD Date: 8/14/95. Doc. No:
                 196) (ld) [EOD 08/14/95] [94-41683]

8/11/95          AMENDED Order Signed On: 8/11/95 RE: [141-1] Motion
                 Governing Dissemination of Preliminary Report on the
                 Trustee's Investigation by Harrison J. Goldin . (EOD Date:
                 8/11/95. Doc. No: 195) (gc) [EOD 08/11/95] [94-41683]

8/17/95          Application By Michael H. Convissar- Partner of Ernst &
                 Young LLP (as Successor to Kenneth Leventhal & Company), as
                 Accountants to the Trustee For (A) Interim Allowance of
                 Compensation for Services Rendered from February 1, 1995
                 through May 31, 1995 Inclusive; and (B) Reimbursement of
                 Expenses Incurred ( Fees: $ 340,098.00, Expenses: $
                 12,804.00) RET: 9/08/95 at 10:00AM (EOD Date: 8/18/95.
                 Doc. No: 197) (pm) [EOD 08/18/95] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

| | |
|---|---|
| 8/17/95 | Application By David Pauker, Senior V.P. of Goldin Associates, L.P.- as Management Consultant and Financial Advisor to the Trustee For (A) Interim Allowance of Compensation for Services Rendered from February 1, 1995 through May 31, 1995, Inclusive; and (B) Reimbursement of Expenses Incurred    ( Fees: $ 229,180.00, Expenses: $ 647.30) RET: 9/08/95 at 10:00AM (EOD Date: 8/18/95. Doc. No: 198) (pm) [EOD 08/18/95] [94-41683] |
| 8/17/95 | Third Application By        Attorney Benito Romano of Willkie Farr & Gallagher- Attorneys for the Trustee for the Debtors For Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from February 1 through May 31, 1995, Inclusive ( Fees: $ 428,946.10, Expenses: $ 69,691.32) RET: 9/08/95 at 10:00AM (EOD Date: 8/18/95. Doc. No: 199) (pm) [EOD 08/18/95] [94-41683] |
| 8/22/95 | Affidavit Of Service Of Joseph Capella JR. of [198-1] Application For (A) Interim Allowance of Compensation for Services Rendered from February 1, 1995 through May 31, 1995, Inclusive; and (B) Reimbursement of Expenses Incurred ( Fees: $ 229,180.00, Expenses: $ 647.30) by Goldin Associates, L.P. (EOD Date: 8/23/95. Doc. No: 200) (ld) [EOD 08/23/95] [94-41683] |
| 8/22/95 | Affidavit Of Service Of Joseph A. Capella, Jr. of [199-1] Application For Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from February 1 through May 31, 1995, Inclusive ( Fees: $ 428,946.10, Expenses: $ 69,691.32) by Willkie Farr & Gallagher (EOD Date: 8/23/95. Doc. No: 201) (ld) [EOD 08/23/95] [94-41683] |
| 8/22/95 | Affidavit Of Service Of Joseph A. Capella, Jr. of [197-1] Application For (A) Interim Allowance of Compensation for Services Rendered from February 1, 1995 through May 31, 1995 Inclusive; and (B) Reimbursement of Expenses Incurred ( Fees: $ 340,098.00, Expenses: $ 12,804.00) by Ernst & Young (EOD Date: 8/23/95. Doc. No: 202) (ld) [EOD 08/23/95] [94-41683] |
| 8/22/95 | Affidavit Of Service Of Joseph A. Capella, Jr., of Notice of Hearing to Consider Applications for Interim Compensation and Reimbursement of Expenses. (EOD Date: 8/23/95. Doc. No: 203) (ld) [EOD 08/23/95] [94-41683] |
| 8/24/95 | Monthly Operating Report For the Month Ended July, 1995. (EOD Date: 8/28/95. Doc. No: 205) (ld) [EOD 08/28/95] [94-41683] |
| 8/24/95 | Monthly Operating Report For the Month Ended June, 1995. (EOD Date: 8/28/95. Doc. No: 206) (ld) [EOD 08/28/95] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                    HOLD$$ LEAD

| | |
|---|---|
| 8/25/95 | Transcript of Hearing Held on 6/21/95    RE: Status Conference. (EOD Date: 8/25/95. Doc. No: 204) (gc) [EOD 08/25/95] [94-41683] |
| 8/28/95 | Application of Trustee Harrison J. Goldin For An Order Increasing Maximum Compensation Payable to Willkie Farr & Gallagher As Attorneys For Trustee (EOD Date: 8/30/95. Doc. No: 208) (ld) [EOD 08/30/95] [94-41683] |
| 8/29/95 | Application of Trustee Harrison J. Goldin    Authorizing Extension of Goldin Associates, L.P.'s Retention as Management Consultant and Financial Advisors to the Trustee For The Debtors Notice of Proposed Order Attached, Presentment Date 9/8/95 @10:00. (EOD Date: 8/30/95. Doc. No: 207) (ld) [EOD 08/30/95] [94-41683] |
| 8/30/95 | Hearing Re: [208-1] Application Increasing Maximum Compensation Payable to Willkie Farr & Gallagher As Attorneys For Trustee by Harrison J. Goldin schedule For 10:00 9/8/95 at Courtroom 621(SMB)    (EOD Date: 8/30/95) (ld) [EOD 08/30/95] [94-41683] |
| 9/6/95 | Objection By United States Trustee Arthur J. Gonzalez    To [199-1] Application For Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from February 1 through May 31, 1995, Inclusive ( Fees: $ 428,946.10, Expenses: $ 69,691.32) by Willkie Farr & Gallagher, [198-1] Application For (A) Interim Allowance of Compensation for Services Rendered from February 1, 1995 through May 31, 1995, Inclusive; and (B) Reimbursement of Expenses Incurred    ( Fees: $ 229,180.00, Expenses: $ 647.30) by Goldin Associates, L.P., [197-1] Application For (A) Interim Allowance of Compensation for Services Rendered from February 1, 1995 through May 31, 1995 Inclusive; and (B) Reimbursement of Expenses Incurred ( Fees: $ 340,098.00, Expenses: $ 12,804.00) by Ernst & Young (EOD Date: 9/6/95. Doc. No: 209) (pm) [EOD 09/06/95] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                        HOLD$$ LEAD

| | |
|---|---|
| 9/6/95 | Objection By the Unofficial Committee of Investors To [207-1] Application Authorizing Extension of Goldin Associates, L.P.'s Retention as Management Consultant and Financial Advisors to the Trustee For The Debtors by Harrison J. Goldin, [208-1] Application Increasing Maximum Compensation Payable to Willkie Farr & Gallagher As Attorneys For Trustee by Harrison J. Goldin, [198-1] Application For (A) Interim Allowance of Compensation for Services Rendered from February 1, 1995 through May 31, 1995, Inclusive; and (B) Reimbursement of Expenses Incurred ( Fees: $ 229,180.00, Expenses: $ 647.30) by Goldin Associates, L.P., [199-1] Application For Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from February 1 through May 31, 1995, Inclusive ( Fees: $ 428,946.10, Expenses: $ 69,691.32) by Willkie Farr & Gallagher, [197-1] Application For (A) Interim Allowance of Compensation for Services Rendered from February 1, 1995 through May 31, 1995 Inclusive; and (B) Reimbursement of Expenses Incurred ( Fees: $ 340,098.00, Expenses: $ 12,804.00) by Ernst & Young (EOD Date: 9/8/95. Doc. No: 211) (gc) [EOD 09/08/95] [94-41683] |
| 9/7/95 | [ DOCUMENT FILED UNDER SEAL ] Objection By Creditor Official Committee Of Unsecured Creditor        To [208-1] Application Increasing Maximum Compensation Payable to Willkie Farr & Gallagher As Attorneys For Trustee by Harrison J. Goldin (EOD Date: 9/7/95. Doc. No: 210) (pm) [EOD 09/07/95] [94-41683] |
| 9/11/95 | Notice of Settlement of Order. Filed By John R. Oller RE: [199-1] Application For Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from February 1 through May 31, 1995, Inclusive ( Fees: $ 428,946.10, Expenses: $ 69,691.32) by Willkie Farr & Gallagher      Presentment date: 9/14/95 @12:00 (EOD Date: 9/12/95. Doc. No: 212) (ld) [EOD 09/12/95] [94-41683] |
| 9/11/95 | Notice of Settlement of Order. Filed By John R. Oller RE: [207-1] Application        Authorizing Extension of Goldin Associates, L.P.'s Retention as Management Consultant and Financial Advisors to the Trustee For The Debtors by Harrison J. Goldin        Presentment date: 9/14/95 (EOD Date: 9/12/95. Doc. No: 213) (ld) [EOD 09/12/95] [94-41683] |
| 9/11/95 | Notice of Settlement of Order. Filed By John R. Oller            RE: [208-1] Application Increasing Maximum Compensation Payable to Willkie Farr & Gallagher As Attorneys For Trustee by Harrison J. Goldin        Presentment date: 9/14/95 (EOD Date: 9/12/95. Doc. No: 214) (ld) [EOD 09/12/95] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                                    HOLD$$ LEAD

| | |
|---|---|
| 9/12/95 | N/M By Unofficial Committee of Investors Approving a Further Rule 2004 Examination of Bear Stearns & Co., Inc., Donaldson Lufkin & Jenrette Securities Corp., Kidder Peabody & Co., Inc. and Price Waterhouse, LLP. (Returnable: 10:00 9/28/95 Rm. 627 U.S. Customs House ) (Last Day For Objections to Motion: 5:00 9/25/95 ) (EOD Date: 9/13/95. Doc. No: 215) (gc) [EOD 09/13/95] [94-41683] |
| 9/14/95 | Affidavit Of Service Of Lorraine White of [211-1] Objection by Unofficial Committee of Investors (EOD Date: 9/18/95. Doc. No: 216) (ld) [EOD 09/18/95] [94-41683] |
| 9/18/95 | Order   Signed On: 9/18/95 Granting [199-1] Application For Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from February 1 through May 31, 1995, Inclusive ( Fees: $ 428,946.10, Expenses: $ 69,691.32) by Willkie Farr & Gallagher payment to          Willkie Farr & Gallagher of $1253649.78 in fees and $222427.48 in expenses Granting [198-1] Application For (A) Interim Allowance of Compensation for Services Rendered from February 1, 1995 through May 31, 1995, Inclusive; and (B) Reimbursement of Expenses Incurred    ( Fees: $ 229,180.00, Expenses: $ 647.30) by Goldin Associates, L.P. payment to Goldin Associates, L.P. of $616882.50 in fees and $3910.18 in expenses Granting [197-1] Application For (A) Interim Allowance of Compensation for Services Rendered from February 1, 1995 through May 31, 1995 Inclusive; and (B) Reimbursement of Expenses Incurred ( Fees: $ 340,098.00, Expenses: $ 12,804.00) by Ernst & Young payment to          Ernst & Young LLP of $1042344.27 in fees and $30928.00 in expenses . (EOD Date: 9/18/95. Doc. No: 217) (ld) [EOD 09/18/95] [94-41683] |
| 9/18/95 | Order   Signed On: 9/18/95 Denying [208-1] Application Increasing Maximum Compensation Payable to Willkie Farr & Gallagher As Attorneys For Trustee by Harrison J. Goldin . (EOD Date: 9/18/95. Doc. No: 218) (ld) [EOD 09/18/95] [94-41683] |
| 9/18/95 | Order   Signed On: 9/18/95 Granting [207-1] Application Authorizing Extension of Goldin Associates, L.P.'s Retention as Management Consultant and Financial Advisors to the Trustee For The Debtors by Harrison J. Goldin . (EOD Date: 9/18/95. Doc. No: 219) (ld) [EOD 09/18/95] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

9/25/95          Memorandum By William McGuinness for other professional
                 Bear, Stearns & Co., Inc.      In Opposition To [215-1] Motion
                 Approving a Further Rule 2004 Examination of Bear Stearns &
                 Co., Inc., Donaldson Lufkin & Jenrette Securities Corp.,
                 Kidder Peabody & Co., Inc. and Price Waterhouse, LLP.
                 (Returnable: 10:00 9/28/95 Rm. 627 U.S. Customs House )
                 (Last Day For Objections to Motion: 5:00 9/25/95 ) by
                 Unofficial Committee of Investors (EOD Date: 9/26/95. Doc.
                 No: 221) (pm) [EOD 09/26/95] [94-41683]

9/25/95          Memorandum of Law of Kidder, Peabody & Co., Inc. in
                 Opposition to [215-1] Motion Approving a Further Rule 2004
                 Examination of Bear Stearns & Co., Inc., Donaldson Lufkin &
                 Jenrette Securities Corp., Kidder Peabody & Co., Inc. and
                 Price Waterhouse, LLP. (Returnable: 10:00 9/28/95 Rm. 627
                 U.S. Customs House ) (Last Day For Objections to Motion:
                 5:00 9/25/95 ) by Unofficial Committee of Investors (EOD
                 Date: 9/27/95. Doc. No: 222) (ld) [EOD 09/27/95]
                 [94-41683]

9/25/95          Objection By Donaldson, Lufkin & Jenrette Securities Corp
                 To [215-1] Motion Approving a Further Rule 2004 Examination
                 of Bear Stearns & Co., Inc., Donaldson Lufkin & Jenrette
                 Securities Corp., Kidder Peabody & Co., Inc. and Price
                 Waterhouse, LLP. (Returnable: 10:00 9/28/95 Rm. 627 U.S.
                 Customs House ) (Last Day For Objections to Motion: 5:00
                 9/25/95 ) by Unofficial Committee of Investors (EOD Date:
                 9/27/95. Doc. No: 223) (ld) [EOD 09/27/95] [94-41683]

9/26/95          Response and Limited Objection By Trustee Harrison J.
                 Goldin To [215-1] Motion Approving a Further Rule 2004
                 Examination of Bear Stearns & Co., Inc., Donaldson Lufkin &
                 Jenrette Securities Corp., Kidder Peabody & Co., Inc. and
                 Price Waterhouse, LLP. (Returnable: 10:00 9/28/95 Rm. 627
                 U.S. Customs House ) (Last Day For Objections to Motion:
                 5:00 9/25/95 ) by Unofficial Committee of Investors (EOD
                 Date: 9/26/95. Doc. No: 220) (pm) [EOD 09/26/95]
                 [94-41683]

9/27/95          Response of The Unofficial Committee of Investors          To
                 [223-1] Objection        by Donaldson, Lufkin & Jenrette
                 Securities, [222-1] Of Law Memorandum in Opposition by
                 Kidder, Peabody & Co., Inc., [221-1] Opposition
                 Brief/Memorandum by William McGuinness (EOD Date: 9/28/95.
                 Doc. No: 224) (ld) [EOD 09/28/95] [94-41683]

9/28/95          Affidavit Of Service Of Sarina Lo Cascio of [224-1]
                 Response by Unofficial Committee of Investors (EOD Date:
                 9/28/95. Doc. No: 225) (ld) [EOD 09/28/95] [94-41683]

10/12/95         Transcript of Hearing Held on 8/11/95      RE: [195-1] Order
                 (EOD Date: 10/16/95. Doc. No: 226) (ld) [EOD 10/16/95]
                 [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                                HOLD$$ LEAD

| | |
|---|---|
| 10/12/95 | Transcript of Hearing Held on 9/28/95    RE: [215-1] Motion Approving a Further Rule 2004 Examination of Bear Stearns & Co., Inc., Donaldson Lufkin & Jenrette Securities Corp., Kidder Peabody & Co., Inc. and Price Waterhouse, LLP. Unofficial Committee of Investors (EOD Date: 10/16/95. Doc. No: 227) (ld) [EOD 10/16/95] [94-41683] |
| 10/12/95 | Transcript of Hearing Held on 9/8/95    RE: [199-1] Application For Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from February 1 through May 31, 1995, Inclusive ( Fees: $ 428,946.10, Expenses: $ 69,691.32) by Willkie Farr & Gallagher, [198-1] Application For (A) Interim Allowance of Compensation for Services Rendered from February 1, 1995 through May 31, 1995, Inclusive; and (B) Reimbursement of Expenses Incurred    ( Fees: $ 229,180.00, Expenses: $ 647.30) by Goldin Associates, L.P., [197-1] Application For (A) Interim Allowance of Compensation for Services Rendered from February 1, 1995 through May 31, 1995 Inclusive; and (B) Reimbursement of Expenses Incurred ( Fees: $ 340,098.00, Expenses: $ 12,804.00) by Ernst & Young (EOD Date: 10/16/95. Doc. No: 228) (ld) [EOD 10/16/95] [94-41683] |
| 10/23/95 | Motion By Trustee Harrison J. Goldin    For An Order Directing Delivery of the Trustee's Prelimniary Draft Reprt to The Honorable Stuart M. Bernstein, Untied States Bankruptcy Judge. (Returnable: 2:00 11/8/95 Courtroom 621(SMB) ) (EOD Date: 10/24/95. Doc. No: 229) (ld) [EOD 10/24/95] [94-41683] |
| 10/25/95 | Renewed Motion of The Unofficial Committee of Investors Authorizing A further Rule 2004 Investigation (Returnable: 2:00 11/8/95 Rm. 627 U.S. Customs House ) (EOD Date: 10/26/95. Doc. No: 230) (ld) [EOD 10/26/95] [94-41683] |
| 10/25/95 | Notice of Settlement of Order. Filed By Thomas J. Moloney for Creditor Kidder, Peabody & Co., Inc. RE: Approving in Part and Denying In Part A Limited Rule 2004 Examination By Certain Investors. Presentment date: 11/1/95 @12:00 (EOD Date: 10/26/95. Doc. No: 231) (ld) [EOD 10/26/95] [94-41683] |
| 10/25/95 | Motion By Creditor Securities and Exchange Commission Request for a Copy of the Trustee's Preliminary Report and the Comments the Trustee Received Regarding the Report (Returnable: 10:00 11/15/95 Rm. 627 U.S. Customs House ) (EOD Date: 10/26/95. Doc. No: 232) (ld) [EOD 10/26/95] [94-41683] |
| 10/26/95 | Application By Whitestone Capital Group, Inc. For Compensation ( Fees: $ 45,649.00, ) . (EOD Date: 10/27/95. Doc. No: 233) (ld) [EOD 10/27/95] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683         In re: Granite Partners, L.P.                    HOLD$$ LEAD

10/26/95         Notice of Hearing RE: [233-1] Application For Compensation
                 ( Fees: $ 45,649.00, ) by Whitestone Capital Group, Inc.
                 Scheduled For 10:00 11/15/95 at Rm. 627 U.S. Customs House
                 (EOD Date: 10/27/95. Doc. No: 234) (ld) [EOD 10/27/95]
                 [94-41683]

11/1/95          Statement by United States Trustee      Re: [233-1] (EOD Date:
                 11/6/95. Doc. No: 235) (ld) [EOD 11/06/95] [94-41683]

11/2/95          Objection of David J. Askin, Askin Capital Management,
                 L.P., and Dashstar Corporation To [229-1] Motion        For An
                 Order Directing Delivery of the Trustee's Prelimniary Draft
                 Reprt to The Honorable Stuart M. Bernstein, United States
                 Bankruptcy Judge.     (EOD Date: 11/7/95. Doc. No: 240) (ld)
                 [EOD 11/07/95] [94-41683]

11/3/95          Memorandum of Law of Kidder, Peabody & Co., Inc. in
                 Opposition to [230-1] Motion Authorizing A further Rule
                 2004 Investigation (Returnable: 2:00 11/8/95 Rm. 627 U.S.
                 Customs House ) by Unofficial Committee of Investors (EOD
                 Date: 11/7/95. Doc. No: 238) (ld) [EOD 11/07/95]
                 [94-41683]

11/3/95          Memorandum of Law of Bear, Stearns & Co. Inc. in Opposition
                 ÿto [230-1] Motion Authorizing A further Rule 2004
                 Investigation     (EOD Date: 11/7/95. Doc. No: 239) (ld)
                 [EOD 11/07/95] [94-41683]

11/6/95          Transcript of Hearing Held on 11/8/95        RE: [229-1] Motion
                 For An Order Directing Delivery of the Trustee's
                 Prelimniary Draft Report to The Honorable Stuart M.
                 Bernstein, United States Bankruptcy Judge. [240-1]
                 Objection     by Dashstar Corporation, Askin Capital
                 Management, L.P., David J. Askin (EOD Date: 11/21/95. Doc.
                 No: 249) (ld) [EOD 11/21/95] [94-41683]

11/7/95          Order    Signed On: 11/2/95 Granting in Part, Denying in Part
                 [230-1] Motion Authorizing A further Rule 2004
                 Investigation      by Unofficial Committee of Investors . (EOD
                 Date: 11/7/95. Doc. No: 236) (ld) [EOD 11/07/95]
                 [94-41683]

11/7/95          Objection of Donaldson, Lufkin & Jenrette Securities               To
                 [230-1] Motion Authorizing A further Rule 2004
                 Investigation by Unofficial Committee of Investors (EOD
                 Date: 11/7/95. Doc. No: 237) (ld) [EOD 11/07/95]
                 [94-41683]

11/13/95         Order Signed On: 11/8/95 Granting [229-1] Motion         For An
                 Order Directing Delivery of the Trustee's Prelimniary Draft
                 Report to The Honorable Stuart M. Bernstein, United States
                 Bankruptcy Judge.     (EOD Date: 11/13/95. Doc. No: 241) (ld)
                 [EOD 11/13/95] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                              HOLD$$ LEAD

11/13/95          Application of Harrison J. Goldin Authorizing Extension of
                  Goldin Associates, L.P.'s Retention as Management
                  Consultant and Financial Advisors to the Trustee For The
                  Debtors Notice of Proposed Order Attached (EOD Date:
                  11/15/95. Doc. No: 242) (ld) [EOD 11/15/95] [94-41683]

11/14/95          Affidavit Of Service Of Joseph A. Capella, Jr. of [233-1]
                  Application For Compensation ( Fees: $ 45,649.00, ) by
                  Whitestone Capital Group, Inc. (EOD Date: 11/16/95. Doc.
                  No: 243) (ld) [EOD 11/16/95] [94-41683]

11/14/95          Affidavit Of Service Of Joseph A. Capella of [233-1]
                  Application For Compensation ( Fees: $ 45,649.00, ) by
                  Whitestone Capital Group, Inc. (EOD Date: 11/16/95. Doc.
                  No: 244) (ld) [EOD 11/16/95] [94-41683]

11/16/95          Order   Signed On: 11/15/95 Granting [233-1] Application For
                  Compensation ( Fees: $ 45,649.00, ) by Whitestone Capital
                  Group, Inc. payment to        Whitestone Capital Group, Inc. of
                  $38210.90 in fees and $6743.10 in expenses . (EOD Date:
                  11/16/95. Doc. No: 245) (ld) [EOD 11/16/95] [94-41683]

11/16/95          Order Signed On: 11/15/95 Granting [232-1] Motion Request
                  for a Copy of the Trustee's Preliminary Report and the
                  Comments the Trustee Received Regarding the Report        . (EOD
                  Date: 11/16/95. Doc. No: 246) (ld) [EOD 11/16/95]
                  [94-41683]

11/16/95          Objection of The Unofficial Committee of Investors              To
                  [242-1] Application Authorizing Extension of Goldin
                  Associates, L.P.'s Retention as Management Consultant and
                  Financial Advisors to the Trustee For The Debtors by
                  Harrison J. Goldin (EOD Date: 11/17/95. Doc. No: 247) (ld)
                  [EOD 11/17/95] [94-41683]

11/17/95          Order   Signed On: 11/17/95 Granting [242-1] Application
                  Authorizing Extension of Goldin Associates, L.P.'s
                  Retention as Management Consultant and Financial Advisors
                  to the Trustee For The Debtors by Harrison J. Goldin . (EOD
                  Date: 11/17/95. Doc. No: 248) (ld) [EOD 11/17/95]
                  [94-41683]

11/17/95          Notice of Settlement of Order. Filed By Edward S.
                  Weisfelner RE: Renewed Motion Approving in Part and Denying
                  in Part A Further Rule 2004 Examination Presentment date:
                  11/22/95 (EOD Date: 11/21/95. Doc. No: 250) (ld)
                  [EOD 11/21/95] [94-41683]

11/17/95          Order Signed On: 11/28/95 Granting in Part, Denying in Part
                  [215-1] Motion Approving a Further Rule 2004 Examination of
                  Bear Stearns & Co., Inc., Donaldson Lufkin & Jenrette
                  Securities Corp., Kidder Peabody & Co., Inc. and Price
                  Waterhouse, LLP. (EOD Date: 11/29/95. Doc. No: 251) (ld)
                  [EOD 11/29/95] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                                    HOLD$$ LEAD

12/4/95          Motion By Creditor The Unofficial Investors' Committee To
                 Reconsider [248-1] Order      or in the Alternative, An Order
                 Extending The Period of Time For FIling Notice of Appeal
                 (Returnable: 10:00 12/15/95 Rm. 627 U.S. Customs House )
                 Notice of Motion Attached. (EOD Date: 12/6/95. Doc. No:
                 252) (ld) [EOD 12/06/95] [94-41683]

12/4/95          Memorandum of Law By The Unofficial Investors' Committee
                 in Support of [252-1] Motion To Reconsider [248-1] Order
                 or in the Alternative, An Order Extending The Period of
                 Time For FIling Notice of Appeal (Returnable: 10:00
                 12/15/95 Rm. 627 U.S. Customs House )     (EOD Date: 12/6/95.
                 Doc. No: 253) (ld) [EOD 12/06/95] [94-41683]

12/12/95         Notice of Withdrawal Filed by Creditor The Unofficial
                 Investors' Committee RE: [252-1] Motion To Reconsider
                 [248-1] Order      or in the Alternative, An Order Extending
                 The Period of Time For Filing Notice of Appeal . (EOD Date:
                 12/14/95. Doc. No: 254) (ld) [EOD 12/14/95] [94-41683]

12/19/95         Notice By The Unofficial Investors' Committee        To Take
                 Deposition Of Mr. William Jefferson Marshall. (EOD Date:
                 12/21/95. Doc. No: 255) (ld) [EOD 12/21/95] [94-41683]

12/21/95         Complaint (95-1646) Harrison J. Goldin        vs. Primavera
                 Failienstiftung Tag Assoc.,Ltd. NOS 434 Injunctive Relief
                 . ( Filing Fee $ 120.00 Receipt # 41933) (EOD Date:
                 12/22/95. Doc. No: 1) (ld) [EOD 12/22/95] [95-1646]

12/22/95         So Ordered Stipulation        Signed 12/21/95, To Substitute
                 Attorney:     Curtis C. Mechling For Old Attorney: Wilbur F.
                 Foster, Jr. (EOD Date: 12/22/95. Doc. No: 256) (ld)
                 [EOD 12/22/95] [94-41683]

12/28/95         Revised Statement Of Operations       from 8/01/95 to 8/31/95
                 (EOD Date: 12/29/95. Doc. No: 257) (pm) [EOD 12/29/95]
                 [94-41683]

12/28/95         Statement Of Operations      from 9/01/95 to 9/30/95 (EOD Date:
                 12/29/95. Doc. No: 258) (pm) [EOD 12/29/95] [94-41683]

12/28/95         Statement Of Operations      from 10/01/95 to 10/31/95 (EOD
                 Date: 12/29/95. Doc. No: 259) (pm) [EOD 12/29/95]
                 [94-41683]

2/13/96          Second Supplemental Statement Pursuant to Rule 2019 by
                 Creditor The Unofficial Investors' Committee Re: (EOD Date:
                 2/14/96. Doc. No: 260) (ld) [EOD 02/14/96] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                              HOLD$$ LEAD

2/27/96          Transcript of Hearing Held on 2/7/96          RE: Mtn by Plaintiff
                 for a preliminary injunction to enforce automatic stay;
                 Objection by Defendants Primavera Familienstiftung, TAG
                 Associciats, Ltd., Mark L. Feedman and Andrew Maloy. (EOD
                 Date: 3/4/96. Doc. No: 263) (ld) [EOD 03/04/96]
                 [94-41683]

2/29/96          Monthly Operating Report For December, 1995. (EOD Date:
                 3/4/96. Doc. No: 261) (ld) [EOD 03/04/96] [94-41683]

2/29/96          Monthly Operating Report for Novemeber, 1995      (EOD Date:
                 3/4/96. Doc. No: 262) (ld) [EOD 03/04/96] [94-41683]

3/19/96          Additional Bond of Trustee and Approval In Amount of $
                 28,000,000.00 With Fidelity and Deposit Company of Maryland
                 As Surety. (EOD Date: 3/19/96. Doc. No: 264) (ld)
                 [EOD 03/19/96] [94-41683]

3/26/96          Third Supplemental Statement by Creditor The Unofficial
                 Investors' Committee Re: Pursuant to Bankruptcy Rule 2019.
                 (EOD Date: 3/27/96. Doc. No: 265) (ld) [EOD 03/27/96]
                 [94-41683]

3/29/96          Application By Harrison J. Goldin          For An Order
                 Dessemination of the Trustee's Final Report Notice of
                 Presentment Attached, Presentment Date 4/11/96. (EOD Date:
                 4/2/96. Doc. No: 266) (ld) [EOD 04/02/96] [94-41683]

4/10/96          Limited Objection By The Unofficial Investors' Committee To
                 [266-1] Application For An Order Dessemination of the
                 Trustee's Final Report by Harrison J. Goldin (EOD Date:
                 4/11/96. Doc. No: 267) (gc) [EOD 04/11/96] [94-41683]

4/10/96          Limited Objection of The Unofficial Investors' Committee To
                 [266-1] Application         For An Order Dessemination of the
                 Trustee's Final Report by Harrison J. Goldin (EOD Date:
                 4/15/96. Doc. No: 271) (ld) [EOD 04/15/96] [94-41683]

4/11/96          Limited Objection and Demand for Hearing of The Official
                 Committee Of Unsecured Creditor      To [266-1] Application
                 For An Order Dessemination of the Trustee's Final Report by
                 Harrison J. Goldin (EOD Date: 4/12/96. Doc. No: 268) (ld)
                 [EOD 04/12/96] [94-41683]

4/11/96          Objection By The Unofficial Investors' Committee To [266-1]
                 Application For An Order Dessemination of the Trustee's
                 Final Report by Harrison J. Goldin (EOD Date: 4/12/96. Doc.
                 No: 269) (ld) [EOD 04/12/96] [94-41683]

4/11/96          Limited Objection of The Askin Capital Management, L.P. To
                 [266-1] Application         For An Order Dessemination of the
                 Trustee's Final Report by Harrison J. Goldin (EOD Date:
                 4/12/96. Doc. No: 270) (ld) [EOD 04/12/96] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

4/17/96          Response By Trustee Harrison J. Goldin        To [270-1]
                 Objection    by Askin Capital Management, L.P., [269-1]
                 Objection    by The Unofficial Investors' Committee, [268-1]
                 Objection    by Official Committee Of Unsecured Creditor,
                 [271-1] Objection by The Unofficial Investors' Committee
                 [267-1] Objection by The Unofficial Investors' Committee
                 (EOD Date: 4/18/96. Doc. No: 272) (ld) [EOD 04/18/96]
                 [94-41683]

4/18/96          Monthly Operating Report For the Month Ended February,
                 1996. (EOD Date: 4/19/96. Doc.      No: 273) (ld) [EOD 04/19/96]
                 [94-41683]

4/18/96          Monthly Operating Report for the Month Ended January, 1996
                 (EOD Date: 4/19/96. Doc. No: 274) (ld) [EOD 04/19/96]
                 [94-41683]

4/18/96          Order Signed On: 4/18/96 Granting [266-1] Application          For
                 An Order Dessemination of the Trustee's Final Report by
                 Harrison J. Goldin . (EOD Date: 4/22/96. Doc. No: 275) (ld)
                 [EOD 04/22/96] [94-41683]

4/19/96          Trustee's Final Report.      (EOD Date: 4/22/96. Doc. No: 276)
                 (ld) [EOD 04/22/96] [94-41683]

4/19/96          Appendix   Volume I Exhibits 1 through 23 RE: [276-1] Asset
                 Report (EOD Date: 4/22/96. Doc. No: 277) (ld) [EOD 04/22/96]
                 [94-41683]

4/19/96          Appendix   Volume II Exhibits 24 through 29 RE: [276-1]
                 Asset Report (EOD Date: 4/22/96. Doc. No: 278) (ld)
                 [EOD 04/22/96] [94-41683]

4/19/96          Appendix Volume III Exhibits 30 through 47 RE: [276-1]
                 Asset Report (EOD Date: 4/22/96. Doc. No: 279) (ld)
                 [EOD 04/22/96] [94-41683]

4/19/96          Appendix Volume IV Exhibits 48 through 58 RE: [276-1] Asset
                 Report (EOD Date: 4/22/96. Doc. No: 280) (ld) [EOD 04/22/96]
                 [94-41683]

4/19/96          Notice of Entry of Service of Rose Corbett of Trustee
                 Harrison J. Goldin [276-1] Final Report . (EOD Date:
                 4/22/96. Doc. No: 281) (ld) [EOD 04/22/96] [94-41683]

5/6/96           Transcript of Hearing Held on 4/18/96        RE: [266-1]
                 Application     For An Order Dessemination of the Trustee's
                 Final Report by Harrison J. Goldin (EOD Date: 5/8/96. Doc.
                 No: 282) (gc) [EOD 05/08/96] [94-41683]

5/23/96          Statement Of Operations for Month Ended March, 1996. (EOD
                 Date: 5/28/96. Doc. No: 283) (gc) [EOD 05/28/96]
                 [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                                    HOLD$$ LEAD

5/31/96          Disposition of Adversary (95-1646) Dismissing [1-1]
                 Complaint NOS 434 Injunctive Relief (EOD Date: 5/31/96) (gc)
                 [EOD 05/31/96] [95-1646]

5/31/96          Adversary Case (95-1646) Closed. (94-41683) This Adversary
                 Proceeding Docket is Closed Subject to the Filing of a
                 Notice of Appeal within Ten (10) Days of the Entry of the
                 Order Terminating This Adversary Proceeding.(EOD Date:
                 5/31/96) (gc) [EOD 05/31/96] [95-1646]

6/4/96           Motion By Debtor Granite Partners, L.P. Authorizing nunc
                 pro tunc extension of Goldin Associates, L.L.C.'s retention
                 as Management Consultant and Financial Advisors to the
                 Trustee for the Debtors. (Returnable: 10:00 6/20/96
                 Courtroom 621 (SMB) ) (Last Day For Objections to Motion:
                 5:00 6/17/96 ) (EOD Date: 6/5/96. Doc. No: 284) (gc)
                 [EOD 06/05/96] [94-41683]

6/4/96           Application By Trustee Harrison J. Goldin For Interim
                 Compensation ( Fees: $ 900,882.00) for services rendered
                 from 5/27/94 through 4/30/96. (EOD Date: 6/5/96. Doc. No:
                 285) (gc) [EOD 06/05/96] [94-41683]

6/4/96           Application By Accountant Ernst & Young LLP (as Successor
                 to Kenneth Leventhal & Company) For Compensation ( Fees: $
                 502,122.00, Expenses: $ 7,008.00) for services rendered
                 from 6/1/95 through 4/30/96, and Increasing Maximum
                 Compensation Relating to Investigative Services. (EOD
                 Date: 6/5/96. Doc. No: 286) (gc) [EOD 06/05/96]
                 [94-41683]

6/4/96           Application By Trustee's Attorney Willkie Farr & Gallagher
                 For Compensation ( Fees: $ 1,300,176.19, Expenses: $
                 120,671.43) for services rendered from 6/1/95 through
                 4/30/96, and Increasing Maximum Compensation Relating to
                 Investigative Services.        (EOD Date: 6/5/96. Doc. No: 287)
                        (gc) [EOD 06/05/96] [94-41683]

6/4/96           Application By Trustee's Consultant Gifford Fong Associates
                 For Compensation ( Fees: $ 379,312.00, Expenses: $ 370.74)
                 for services rendered from 4/1/95 through 4/30/96, and
                 Increasing Maximum Compensation. (EOD Date: 6/5/96. Doc.
                 No: 288) (gc) [EOD 06/05/96] [94-41683]

6/4/96           Application By Trustee's Consultant Goldin Associates, L.P.
                 For Compensation ( Fees: $ 611,888.50, Expenses: $
                 1,137.40) for services rendered from 6/1/96 through
                 4/30/96. (EOD Date: 6/5/96. Doc. No: 289) (gc)
                 [EOD 06/05/96] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                        HOLD$$ LEAD

6/4/96          Application By Whitestone Capital Group, Inc. For
                Compensation ( Fees: $ 98,138.00, ) for services rendered
                from 6/1/95 through 4/30/96, and Increasing Maximum
                Compensation Relating to Investigative Services. (EOD
                Date: 6/5/96. Doc. No: 290) (gc) [EOD 06/05/96]
                [94-41683]

6/6/96          Notice of Hearing RE: [285-1] Application For Interim
                Compensation ( Fees: $ 900,882.00) for services rendered
                from 5/27/94 through 4/30/96 by Harrison J. Goldin Sceduled
                For 10:00 6/20/96 at Courtroom 621 (SMB), [289-1]
                Application For Compensation ( Fees: $ 611,888.50,
                Expenses: $ 1,137.40) for services rendered from 6/1/96
                through 4/30/96. by Goldin Associates, L.P. Scheduled For
                10:00 6/20/96 at Courtroom 621 (SMB), [287-1] Application
                For Compensation ( Fees: $ 1,300,176.19, Expenses: $
                120,671.43) for services rendered from 6/1/95 through
                4/30/96 by Willkie Farr & Gallagher Scheduled For 10:00
                6/20/96 at Courtroom 621 (SMB), [286-1] Application For
                Compensation ( Fees: $ 502,122.00, Expenses: $ 7,008.00)
                for services rendered from 6/1/95 through 4/30/96 by Ernst
                & Young LLP Scheduled For 10:00 6/20/96 at Courtroom 621
                (SMB), [288-1] Application For Compensation ( Fees: $
                379,312.00, Expenses: $ 370.74) for services rendered from
                4/1/95 through 4/30/96 by Gifford Fong Associates Scheduled
                For 10:00 6/20/96 at Courtroom 621 (SMB), [290-1]
                Application For Compensation ( Fees: $ 98,138.00, ) for
                services rendered from 6/1/95 through 4/30/96 by Whitestone
                Capital Group, Inc.        For 10:00 6/20/96 at Courtroom 621
                (SMB) (EOD Date: 6/12/96. Doc. No: 291) (gc) [EOD 06/12/96]
                [94-41683]

6/17/96         Objection By the Official Committee Of Unsecured Creditors
                To [285-1] Application For Interim Compensation Fees: $
                900,882.00) for services rendered from 5/27/94 through
                4/30/96 by Harrison J. Goldin, [287-2] Application
                Increasing Maximum Compensation Relating to Investigative
                Services.    by Willkie Farr & Gallagher, [286-2] Application
                Increasing Maximum Compensation Relating to Investigative
                Services. by Ernst & Young LLP, [290-2] Application
                Increasing Maximum Compensation Relating to Investigative
                Services. by Whitestone Capital Group, Inc., [288-2]
                Application Increasing Maximum Compensation. by Gifford
                Fong Associates (EOD Date: 6/18/96. Doc. No: 292) (gc)
                [EOD 06/18/96] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                                    HOLD$$ LEAD

6/17/96          Omnibus Objection By The Unofficial Investors' Committee To
                 [285-1] Application For Interim Compensation ( Fees: $
                 900,882.00) for services rendered from 5/27/94 through
                 4/30/96 by Harrison J. Goldin, [289-1] Application For
                 Compensation ( Fees: $ 611,888.50, Expenses: $ 1,137.40)
                 for services rendered from 6/1/96 through 4/30/96. by
                 Goldin Associates, L.P., [287-1] Application For
                 Compensation ( Fees: $ 1,300,176.19, Expenses: $
                 120,671.43) for services rendered from 6/1/95 through
                 4/30/96 by Willkie Farr & Gallagher, [287-2] Application
                 Increasing Maximum Compensation Relating to Investigative
                 Services.    by Willkie Farr & Gallagher, [286-1] Application
                 For Compensation ( Fees: $ 502,122.00, Expenses: $
                 7,008.00) for services rendered from 6/1/95 through 4/30/96
                 by Ernst & Young LLP, [286-2] Application Increasing
                 Maximum Compensation Relating to Investigative Services. by
                 Ernst & Young LLP, [290-1] Application For Compensation (
                 Fees: $ 98,138.00, ) for services rendered from 6/1/95
                 through 4/30/96 by Whitestone Capital Group, Inc., [290-2]
                 Application Increasing Maximum Compensation Relating to
                 Investigative Services. by Whitestone Capital Group, Inc.,
                 [288-1] Application For Compensation ( Fees: $ 379,312.00,
                 Expenses: $ 370.74) for services rendered from 4/1/95
                 through 4/30/96 by Gifford Fong Associates, [288-2]
                 Application Increasing Maximum Compensation. by Gifford
                 Fong Associates, [284-1] Motion Authorizing nunc pro tunc
                 extension of Goldin Associates, L.L.C.'s retention as
                 Management Consultant and Financial Advisors to the Trustee
                 for the Debtors. (Returnable: 10:00 6/20/96 Courtroom 621
                 (SMB) ) (Last Day For Objections to Motion: 5:00 6/17/96 )
                 by Granite Partners, L.P. (EOD Date: 6/18/96. Doc. No: 293)
                                 (gc) [EOD 06/18/96] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                                    HOLD$$ LEAD

6/18/96              Affidavit Of Service Of [287-1] Application For
                    Compensation ( Fees: $ 1,300,176.19, Expenses: $
                    120,671.43) for services rendered from 6/1/95 through
                    4/30/96 by Willkie Farr & Gallagher, [287-2] Application
                    Increasing Maximum Compensation Relating to Investigative
                    Services.     by Willkie Farr & Gallagher, [286-1] Application
                    For Compensation ( Fees: $ 502,122.00, Expenses: $
                    7,008.00) for services rendered from 6/1/95 through 4/30/96
                    by Ernst & Young LLP, [286-2] Application Increasing
                    Maximum Compensation Relating to Investigative Services. by
                    Ernst & Young LLP, [289-1] Application For Compensation (
                    Fees: $ 611,888.50, Expenses: $ 1,137.40) for services
                    rendered from 6/1/96 through 4/30/96. by Goldin Associates,
                    L.P., [285-1] Application For Interim Compensation ( Fees:
                    $ 900,882.00) for services rendered from 5/27/94 through
                    4/30/96 by Harrison J. Goldin, [288-1] Application For
                    Compensation ( Fees: $ 379,312.00, Expenses: $ 370.74) for
                    services rendered from 4/1/95 through 4/30/96 by Gifford
                    Fong Associates, [288-2] Application Increasing Maximum
                    Compensation. by Gifford Fong Associates, [290-1]
                    Application For Compensation ( Fees: $ 98,138.00, ) for
                    services rendered from 6/1/95 through 4/30/96 by Whitestone
                    Capital Group, Inc., [290-2] Application Increasing Maximum
                    Compensation Relating to Investigative Services. by
                    Whitestone Capital Group, Inc. (EOD Date: 6/21/96. Doc. No:
                    294) (gc) [EOD 06/21/96] [94-41683]

6/19/96              Objection By United States Trustee To [285-1] Application
                    For Interim Compensation ( Fees: $ 900,882.00) for services
                    rendered from 5/27/94 through 4/30/96 by Harrison J.
                    Goldin, [286-1] Application For Compensation ( Fees: $
                    502,122.00, Expenses: $ 7,008.00) for services rendered
                    from 6/1/95 through 4/30/96 by Ernst & Young LLP, [286-2]
                    Application Increasing Maximum Compensation Relating to
                    Investigative Services. by Ernst & Young LLP, [287-1]
                    Application For Compensation ( Fees: $ 1,300,176.19,
                    Expenses: $ 120,671.43) for services rendered from 6/1/95
                    through 4/30/96 by Willkie Farr & Gallagher, [287-2]
                    Application Increasing Maximum Compensation Relating to
                    Investigative Services.      by Willkie Farr & Gallagher,
                    [288-1] Application For Compensation ( Fees: $ 379,312.00,
                    Expenses: $ 370.74) for services rendered from 4/1/95
                    through 4/30/96 by Gifford Fong Associates, [288-2]
                    Application Increasing Maximum Compensation. by Gifford
                    Fong Associates, [289-1] Application For Compensation (
                    Fees: $ 611,888.50, Expenses: $ 1,137.40) for services
                    rendered from 6/1/96 through 4/30/96. by Goldin Associates,
                    L.P., [290-1] Application For Compensation ( Fees: $
                    98,138.00, ) for services rendered from 6/1/95 through
                    4/30/96 by Whitestone Capital Group, Inc., [290-2]
                    Application Increasing Maximum Compensation Relating to
                    Investigative Services. by Whitestone Capital Group, Inc.
                    (EOD Date: 6/21/96. Doc. No: 295) (gc) [EOD 06/21/96]
                    [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                                    HOLD$$ LEAD

| | |
|---|---|
| 6/20/96 | Response By Trustee Harrison J. Goldin        To [292-1] Objection by Official Committee Of Unsecured Creditor, [293-1] Objection        by The Unofficial Investors' Committee, [295-1] Objection        by United States Trustee (EOD Date: 6/21/96. Doc. No: 296) (gc) [EOD 06/21/96] [94-41683] |
| 6/27/96 | Notice of Presentment of Settlement of Order on Applications for Fourth Interim Allowance of Compensation and Reimbursement of expenses, By Myron Trepper for Trustee Harrison J. Goldin. RE: [288-1] Application For Compensation ( Fees: $ 379,312.00, Expenses: $ 370.74) for services rendered from 4/1/95 through 4/30/96 by Gifford Fong Associates, [290-1] Application For Compensation ( Fees: $ 98,138.00, ) for services rendered from 6/1/95 through 4/30/96 by Whitestone Capital Group, Inc., [286-1] Application For Compensation ( Fees: $ 502,122.00, Expenses: $ 7,008.00) for services rendered from 6/1/95 through 4/30/96 by Ernst & Young LLP, [287-1] Application For Compensation ( Fees: $ Expenses: $ 120,671.43) for services rendered from 6/1/95 through 4/30/96 by Willkie Farr & Gallagher, [289-1] Application For Compensation ( Fees: $ 611,888.50, $ 1,137.40) for services rendered from 6/1/96 through 4/30/96. by Goldin Associates, L.P., [285-1] Application Interim Compensation ( Fees: $ 900,882.00) for services rendered from 5/27/94 through 4/30/96 by Harrison J. Goldin. PRESENTMENT DATE: July 2, 1996, 12:00 p.m., at Room 627. (EOD Date: 7/2/96. Doc. No: 297) (cac) [EOD 07/02/96] [94-41683] |
| 7/2/96 | Order Signed On: 7/2/96 Granting in Part, Denying in Part, without prejudice, [285-1] Application For Interim Compensation ( Fees: $ 900,882.00) for services rendered from 5/27/94 through 4/30/96 by Harrison J. Goldin; [289-1] Application For Compensation ( Fees: $ 611,888.50, Expenses: $ 1,137.40) for services rendered 6/1/96 through 4/30/96 by Goldin Associates, L.P. ; [286-1] Application For Compensation ( Fees: $ 502,122.00, Expenses: $ 7,008.00) services rendered from 6/1/95 through 4/30/96 by Ernst & Young LLP; [287-1] Application For Compensation ( Fees: $ 1,300,176.19, Expenses: $ 120,671.43) for services rendered from 6/1/95 through 4/30/96 by Willkie Farr & Gallagher; [290-1] Application For Compensation Fees: $ 98,138.00, ) for services rendered from 6/1/95 through 4/30/96 by Whitestone Capital Group, Inc.; [288-1] Application For Compensation ( Fees: $ 379,312.00, Expenses: $ 370.74) for services rendered from 4/1/95 through 4/30/96 by Gifford Fong Associates . (EOD Date: 7/3/96. Doc. No: 298) (cac) [EOD 07/03/96] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                                    HOLD$$ LEAD

| | |
|---|---|
| 7/2/96 | Notice of Presentment of an Order. Filed By Willkie Farr & Gallagher for Trustee Harrison J. Goldin RE: [284-1] Motion Authorizing nunc pro tunc extension of Goldin Associates, L.L.C.'s retention as Management Consultant and Financial Advisors to the Trustee for the Debtors. Presentment date: July 9, 1996, 2:00 p.m., at Room 627 (SMB). [Last Day for Objections: July 8, 1996, no later than 4:30 p.m.](EOD Date: 7/5/96. Doc. No: 299) (cac) [EOD 07/05/96] [94-41683] |
| 7/2/96 | Letter to Judge Stuart M. Bernstein, Filed by Thomas J. Moloney for Creditor Kidder, Peabody & Co., Inc., in response to a letter sent to the Judge by Mr. Weisfelner. (EOD Date: 7/19/96. Doc. No: 307) (cac) [EOD 07/19/96] [94-41683] |
| 7/8/96 | Letter by Thomas J. Maloney on behalf of the Official Committee Of Unsecured Creditors in Response to [284-1] Motion Authorizing nunc pro tunc extension of Goldin Associates, L.L.C.'s retention as Management Consultant and Financial Advisors to the Trustee for the Debtors by Granite Partners, L.P. (EOD Date: 7/19/96. Doc. No: 305) (cac) [EOD 07/19/96] [94-41683] |
| 7/9/96 | Response By Willkie Farr & Gallagher on behalf of Trustee Harrison J. Goldin To [305-1] Response by Official Committee Of Unsecured Creditors. (EOD Date: 7/19/96. Doc. No: 306) (cac) [EOD 07/19/96] [94-41683] |
| 7/10/96 | Transcript of Hearing Held on June 20, 1996        RE: [289-1] Application For Compensation ( Fees: $ 611,888.50, Expenses: $ 1,137.40) for services rendered from 6/1/96 through 4/30/96 by Goldin Associates, L.P., [285-1] Application For Interim Compensation ( Fees: $ 900,882.00) for services rendered from 5/27/94 through 4/30/96 by Harrison J. Goldin, [287-2] Application Increasing Maximum Compensation Relating to Investigative Services by Willkie Farr & Gallagher, [286-2] Application Increasing Maximum Compensation Relating to Investigative Services by Ernst & Young LLP, [288-1] Application For Compensation ( Fees: $ 379,312.00, Expenses: $ 370.74) for services rendered from 4/1/95 through 4/30/96 by Gifford Fong Associates, [284-1] Motion Authorizing nunc pro tunc extension of Goldin Associates, L.L.C.'s retention as Management Consultant and Financial Advisors to the Trustee for the Debtors by Granite Partners, L.P., [290-2] Application Increasing Maximum Compensation Relating to Investigative Services by Whitestone Capital Group, Inc. (EOD Date: 7/11/96. Doc. No: 300) (cac) [EOD 07/11/96] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                              HOLD$$ LEAD

| | |
|---|---|
| 7/10/96 | Transcript of Hearing Held on July 19, 1994    RE: [86-1] Application Retention Of Goldin Associates, L.P. As Management Consultant And Financial Advisor To The Trustee For The Debtors Nunc Pro Tunc As Of June 6, 1994; [85-1] Application To Employ And Retain Kenneth Leventhal & Company As Accountants To Harrison J. Goldin, Trustee For Debtors; [87-1] Application To Employ And Retain Willkie & Gallagher As Attorneys To Harrison J. Goldin, Trustee For The Debtors, Nunc Pro Tunc As Of June 14, 1994. (EOD Date: 7/11/96. Doc. No: 301) (cac) [EOD 07/11/96] [94-41683] |
| 7/10/96 | Order Signed On: 7/10/96 Granting [284-1] Motion Authorizing nunc pro tunc extension of Goldin Associates, L.L.C.'s retention as Management Consultant and Financial Advisors to the Trustee for the Debtors by Granite Partners, L.P.; Ordered that Goldin Associates shall be retained by the Trustee nunc pro tunc as of April 1, 1996. (EOD Date: 7/12/96. Doc. No: 302) (cac) [EOD 07/12/96] [94-41683] |
| 7/15/96 | Statement Of Operations for the month ended May, 1996. (EOD Date: 7/17/96. Doc. No: 303) (cac) [EOD 07/17/96] [94-41683] |
| 7/15/96 | Statement Of Operations for the month ended April, 1996. (EOD Date: 7/17/96. Doc. No: 304) (cac) [EOD 07/17/96] [94-41683] |
| 7/26/96 | Objection of The Unofficial Investors' Committee To Proofs of Claim Filed By Kidder, Peabody & Co., Inc. (EOD Date: 7/30/96. Doc. No: 308) (ld) [EOD 07/30/96] [94-41683] |
| 8/12/96 | Objection of The Unofficial Investors' Committee To Proofs of CLaim FIled by Donaldson, Lufkin & Jenrette Securities Corporation. (EOD Date: 8/14/96. Doc. No: 309) (ld) [EOD 08/14/96] [94-41683] |
| 8/26/96 | Response By Trustee Harrison J. Goldin      To [308-1] Objection by The Unofficial Investors' Committee (EOD Date: 8/27/96. Doc. No: 310) (ld) [EOD 08/27/96] [94-41683] |
| 8/26/96 | Response By Kidder, Peabody & Co., Inc.      To [308-1] Objection    by The Unofficial Investors' Committee (EOD Date: 8/27/96. Doc. No: 311) (ld) [EOD 08/27/96] [94-41683] |
| 8/27/96 | Complaint (96-8975) ABF Capital Management      vs. Kidder Peabody & Co. Incorporated . NOS 457 Subordinate Claim/Interest . ( Filing Fee $ 120.00 Receipt # 52144) (EOD Date: 8/29/96. Doc. No: 1) (ld) [EOD 08/29/96] [96-8975] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683         In re: Granite Partners, L.P.                              HOLD$$ LEAD

| | | |
|---|---|---|
| 8/28/96 | Motion By Creditor Unofficial Committee of Investors      For<br>an Order Imposing Necessary Limits on the Trustee's<br>Activities or, in the Alternative, Removing the Trustee<br>(Returnable: 10:00 9/24/96 Courtroom 621 (SMB) ) (EOD<br>Date: 8/29/96. Doc. No: 312) (ld) [EOD 08/29/96]<br>[94-41683] | |
| 8/28/96 | Memorandum of Law By in Support of [312-1] Motion        For an<br>Order Imposing Necessary Limits on the Trustee's Activities<br>or, in the Alternative, Removing the Trustee (Returnable:<br>10:00 9/24/96 Courtroom 621 (SMB) ) by Unofficial Committee<br>of Investors (EOD Date: 8/29/96. Doc. No: 313) (ld)<br>[EOD 08/29/96] [94-41683] | |
| 8/28/96 | Response In Support of [308-1] Objection by The Unofficial<br>Investors' Committee (EOD Date: 8/30/96. Doc. No: 314) (ld)<br>[EOD 08/30/96] [94-41683] | |
| 8/30/96 | Supplemental Affidavit of Trustee Harrison J. Goldin In<br>Support of his appointment as chapter 11 trustee for the<br>debtor. (EOD Date: 9/3/96. Doc. No: 315) (ld) [EOD 09/03/96]<br>[94-41683] | |
| 8/30/96 | Supplemental Affidavit of David I. Pauker in support of<br>Goldin Associates, L.L.C.'s Retention as Management<br>Consultant and Financial Advisors to the trustee for the<br>debtors (EOD Date: 9/3/96 Doc. No: 316) (ld) [EOD 09/03/96]<br>[94-41683] | |
| 9/4/96 | Motion By Trustee Harrison J. Goldin For an Order<br>Disallowingand Expunging Claims # 14, 15, 17, 18, 19, 23,<br>24, 28, 29, 30, 31 and 32 against Granite Corporation<br>(Claims Motion No. 1). (Returnable: 2:00 10/17/96 Courtroom<br>621 (SMB) ) Notice of Motion Attached. (EOD Date: 9/5/96.<br>Doc. No: 317) (ld) [EOD 09/05/96] [94-41683] | |
| 9/4/96 | Motion By Trustee Harrison J. Goldin For an Order<br>Disallowing Claims and Expunging Claims # 3,12,13,20,21,<br>22,34,36,37,38,39, 40,41, 42,43,44,45,46,47, and 48 Against<br>Granite Partners, L.P. (Claims Motion No. 1 (Returnable:<br>2:00 10/17/96 Courtroom 621 (SMB) ) Notice of Motion<br>Attached (EOD Date: 9/5/96. Doc. No: 318) (ld)<br>[EOD 09/05/96] [94-41683] | |
| 9/4/96 | Motion By Trustee Harrison J. Goldin For an Order<br>Disallowing Claims and Expunging Claims # 10,11,12,13,18,<br>21,23,24,25,26,27, 28, 29, 30 and 31 Against Quartz Hedge<br>Fund (Claims Motion No. 1) (Returnable: 2:00 10/17/96<br>Courtroom 621 (SMB) ) Notice of Motion Attached (EOD<br>9/5/96. Doc. No: 319) (ld) [EOD 09/05/96] [94-41683] | |
| 9/10/96 | Notice By    Creditor Unofficial Committee of Investors       To<br>Take Deposition Of Mr.. Harrison J. Goldin, Esq.. (EOD Date:<br>9/11/96. Doc. No: 320) (ld) [EOD 09/11/96] [94-41683] | |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                              HOLD$$ LEAD

| | |
|---|---|
| 9/11/96 | Letter Filed by      Attorney Benito Romano of Willkie Farr & Gallagher in 94-41683      Re: [276-1] Asset Report (EOD Date: 9/16/96. Doc. No: 323) (ld) [EOD 09/16/96] [94-41683] |
| 9/12/96 | Complaint (96-9034) Harrison J. Goldin, Trustee        vs. Bear Stearns & Co. Incorporated . NOS 454 Recover Money/Property . ( Filing Fee $ 120.00 Receipt # 52819) (EOD Date: 9/17/96. Doc. No: 1) (ld) [EOD 09/17/96] [96-9034] |
| 9/13/96 | Monthly Operating Report For the month ended June, 1996. (EOD Date: 9/16/96. Doc. No: 321) (ld) [EOD 09/16/96] [94-41683] |
| 9/13/96 | Monthly Operating Report for the Month Ended July, 1996. (EOD Date: 9/16/96. Doc. No: 322) (ld) [EOD 09/16/96] [94-41683] |
| 9/16/96 | Motion of Trustee Harrison J. Goldin For an Order Disallowing Claims # 8 Against Quartz Hedge Fund (Claims Motion No.2) (Returnable: 2:00 10/17/96 Courtroom 621 (SMB) ) (EOD Date: 9/17/96. Doc. No: 324) (ld) [EOD 09/17/96] [94-41683] |
| 9/23/96 | Motion of Donaldson, Lufkin & Jenrette Securities To Strike The Objection of the Unoffiical Investors' Committee for Lack of Standing. (Returnable: 2:00 10/17/96 Courtroom 621 (SMB) ) (EOD Date: 9/24/96. Doc. No: 325) (ld) [EOD 09/24/96] [94-41683] |
| 10/1/96 | Statement Of Operations     from   to August 1996 (EOD Date: 10/2/96. Doc. No: 326) (ld) [EOD 10/02/96] [94-41683] |
| 10/2/96 | Application of Reggie Singh and Carlos Cancel To Appear Pro Hac Vice (EOD Date: 10/3/96. Doc. No: 327) (ld) [EOD 10/03/96] [94-41683] |
| 10/9/96 | Transcript of Hearing Held on 8/29/1996       RE: [308-1] Objection     by The Unofficial Investors' Committee (EOD Date: 10/10/96. Doc. No: 328) (ld) [EOD 10/10/96] [94-41683] |
| 10/10/96 | Memorandum By Trustee Harrison J. Goldin In Opposition To [312-1] Motion     For an Order Imposing Necessary Limits on the Trustee's Activities or, in the Alternative, Removing the Trustee (Returnable: 10:00 10.17.96 Room 621 (SMB) ) by Unofficial Committee of Investors (EOD Date: 10/11/96. Doc. No: 329) (ld) [EOD 10/11/96] [94-41683] |
| 10/11/96 | Objection of Roma Malkani To [318-1] Motion For an Order Disallowing Claims     by Harrison J. Goldin (EOD Date: 10/15/96. Doc. No: 330) (ld) [EOD 10/15/96] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

| | |
|---|---|
| 10/15/96 | Initial Response of The Unofficial Investors' Committee To [325-1] Motion To Strike The Objection of the Unoffiical Investors' Committee for Lack of Standing. (Returnable: 10/17/96 Courtroom 621 (SMB) ) by Donaldson, Lufkin & Jenrette Securities (EOD Date: 10/16/96. Doc. No: 331) (ld) [EOD 10/16/96] [94-41683] |
| 10/15/96 | Letter Filed by Diana P. Parker for Hemisphere Global Hedge Fund Limited with attached affidavit of service of Diane Futrell Re: (1) the Complaint for equitable subordination (2) the Objection of the Unofficial Investors' Committee to Proofs of Claim filed by Kidder, Peabody & Co., Incorporated. (EOD Date: 10/16/96. Doc. No: 332) (ld) [EOD 10/16/96] [94-41683] |
| 10/16/96 | Reply of Donaldson, Lufkin & Jenrette Securities in Further Support To [325-1] Motion To Strike The Objection of the Investors' Committee for Lack of Standing. (Returnable: 10/17/96 Courtroom 621 (SMB) ) (EOD Date: 10/18/96. Doc. No: 333) (ld) [EOD 10/18/96] [94-41683] |
| 10/17/96 | Application of Trustee Harrison J. Goldin          Authorizing the Trustee, to FIle a Plan WIthout a Corrsponding Disclosure Statement Notice of Presentment Attached, Presentment Date:    10/25/96 @12:00. (EOD Date: 10/18/96. Doc. No: 334) (ld) [EOD 10/18/96] [94-41683] |
| 10/23/96 | Notice of Settlement of Proposed Order. Filed By John R. Oller RE: Granting in Part and Denying in Part the Motion of Unofficial Investors' Committee for an Order Imposing Necessary Limits on the Trustee or, in the alternative, removing the trustee; and denying the trustee's motion to dismiss claims objections and adversary proceeding for Equitable subordination filed by the unofficial investors' committee; and adjourning the motion by the unofficial investors' committee to intervene in the trustee's adversary proceeding against Bear, Stearns & Co., Inc. and Bear, Stearns Capital Markets, Inc. Presentment date: 10/31/95 @12:00 (EOD Date: 10/28/96. Doc. No: 335) (ld) [EOD 10/28/96] [94-41683] |
| 10/25/96 | Letter Filed by Thomas Moloney Re: [335-1] Proposed Order Notice    (EOD Date: 11/4/96. Doc. No: 338) (ld) [EOD 11/04/96] [94-41683] |
| 10/29/96 | Monthly Operating Report for the Month Ended September 30, 1996. (EOD Date: 10/30/96. Doc. No: 336) (ld) [EOD 10/30/96] [94-41683] |
| 10/30/96 | Letter Filed by Edward S. Weisfelner Re: [338-1] Letter (EOD Date: 11/4/96. Doc. No: 339) (ld) [EOD 11/04/96] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                                    HOLD$$ LEAD

10/31/96        Letter Filed by Thomas J. Maloney Re: [339-1] Letter (EOD
                Date: 11/4/96. Doc. No: 340) (ld) [EOD 11/04/96]
                [94-41683]

11/1/96         Order Signed On: 11/1/96 Granting in Part, Denying in Part
                [312-1] Motion     For an Order Imposing Necessary Limits on
                the Trustee's Activities or, in the Alternative, Removing
                the Trustee . (EOD Date: 11/1/96. Doc. No: 337) (ld)
                [EOD 11/01/96] [94-41683]

11/8/96         Application of Michael J. Levin To Substitute Attorney
                and To Withdraw Michael J. Levin, Esq. As Attorney of
                Record for claimants Primavera Familienstiftung and Huber
                Looser (EOD Date: 11/12/96. Doc. No: 341) (ld)
                [EOD 11/12/96] [94-41683]

11/13/96        Transcript of Hearing Held on 10/17/96        RE: [308-1]
                Objection     by The Unofficial Investors' Committee (EOD
                Date: 11/13/96. Doc. No: 342) (ld) [EOD 11/13/96]
                [94-41683]

11/14/96        Motion By Emily A. Maranjian Hemisphere To Amend Proof of
                Claim Filed by Hemisphere Global Hedge Fund, Ltd.
                (Returnable: 10:00 12/3/96 Courtroom 621 (SMB) ) (EOD
                Date: 11/15/96. Doc. No: 343) (ld) [EOD 11/15/96]
                [94-41683]

11/14/96        Memorandum of Law By Hemisphere Global Hedge Fund Limited
                in Support of [343-1] Motion To Amend Proof of Claim Filed
                by Hemisphere Global Hedge Fund, Ltd. and in Opposition to
                the Trustee's Motion or Order Disallowing and Expunging
                Claim No. 10 Against Quartz Hedge Fund (Claims Motion No.
                1). (Returnable: 10:00 12/3/96 Courtroom 621 (SMB) ) by
                Emily A. Hemisphere, Maranjian (EOD Date: 11/15/96. Doc.
                No: 344) (ld) [EOD 11/15/96] [94-41683]

11/15/96        Response By Prudential Securities, Incorporated To [324-1]
                Motion For an Order Disallowing Claims # 8 Against Quartz
                Hedge Fund (Claims Motion No.2) (EOD Date: 11/18/96. Doc.
                No: 345) (ld) [EOD 11/18/96] [94-41683]

11/19/96        Monthly Operating Report For the Month Ended October 31,
                1996. (EOD Date: 11/20/96. Doc. No: 346) (ld) [EOD 11/20/96]
                [94-41683]

11/19/96        Complaint (96-9252) ABF Capital Management, et al.        vs.
                Kidder Peabody & Co. Incorporated . NOS 457 Subordinate
                Claim/Interest . ( Filing Fee $ 120.00 Receipt # 55771)
                (EOD Date: 11/20/96. Doc. No: 1) (ld) [EOD 11/20/96]
                [96-9252]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                              HOLD$$ LEAD

| | |
|---|---|
| 11/20/96 | Order Signed On: 11/20/96 Granting [341-2] Application To Withdraw Michael J. Levin, Esq. As Attorney of Record for claimants Primavera Familienstiftung and Huber Looser Granting [341-1] Application To Substitute Gold Bennett & Cera LLP and Berstein Litowitz Berger & Grosmann LLP . (EOD Date: 11/21/96. Doc. No: 347) (ld) [EOD 11/21/96] [94-41683] |
| 12/10/96 | Disposition of Adversary (96-9034) Withdrawing [1-1] (Complaint NOS 454 Recover Money/Property ) (EOD Date: 12/10/96) (ld) [EOD 12/10/96] [96-9034] |
| 12/10/96 | Adversary Case (96-9034) Closed. (94-41683) This Adversary Proceeding Docket is Closed Subject to the Filing of a Notice of Appeal within Ten (10) Days of the Entry of the Order Terminating This Adversary Proceeding.(EOD Date: 12/10/96) (ld) [EOD 12/10/96] [96-9034] |
| 12/16/96 | Motion By Trustee Harrison J. Goldin To Expunge        and To Disallow, and/or to Subordinate and Classify Investor Claims (Returnable: 10:00 1/31/97 Courtroom 621 (SMB) ) (EOD Date: 12/16/96. Doc. No: 348) (ld) [EOD 12/16/96] [94-41683] |
| 12/16/96 | Memorandum of Law By in Support of [348-2] Motion To Disallow, and/or to Subordinate and Classify Investor Claims (Returnable: 10:00 1/31/97 Courtroom 621 (SMB) ) [348-1] Motion To Expunge by Harrison J. Goldin (EOD Date: 12/16/96. Doc. No: 349) (ld) [EOD 12/16/96] [94-41683] |
| 12/16/96 | Motion of Kidder, Peabody & Co., Inc. To Classify Claims of Investors as subordinate and to Expunge Claims to the extent they assert creditor claims as opposed to equity interests. (Returnable: 10:00 1/31/97 Courtroom 621 (SMB) ) (EOD Date: 12/18/96. Doc. No: 351) (ld) [EOD 12/18/96] [94-41683] |
| 12/16/96 | Memorandum of Law in Support of [351-1] Motion To Classify Claims of Investors as subordinate and to Expunge Claims to the extent they assert creditor claims as opposed to equity interests. (Returnable: 10:00 1/31/97 Courtroom 621 (SMB) ) by Kidder, Peabody & Co., Inc. (EOD Date: 12/18/96. Doc. No: 352) (ld) [EOD 12/18/96] [94-41683] |
| 12/17/96 | Motion Donaldson, Lufkin & Jenrette Securities Corporation To Expunge  and  Disallow or subordinate and classify investor claims      (Returnable: 10:00 1/31/97 Courtroom 621 (SMB) ) (EOD Date: 12/18/96. Doc. No: 350) (ld) [EOD 12/18/96] [94-41683] |
| 12/18/96 | Chapter 11 Plan Of Reorganization Filed By Trustee Harrison J. Goldin (EOD Date: 12/19/96. Doc. No: 353) (ld) [EOD 12/19/96] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                              HOLD$$ LEAD

| | |
|---|---|
| 12/18/96 | Disclosure Statement By Trustee Harrison J. Goldin          . (EOD Date: 12/19/96. Doc. No: 354) (ld) [EOD 12/19/96] [94-41683] |
| 12/18/96 | Order Signed On: 12/18/96 RE: Order to Set Hearing RE: [354-1] Disclosure Statement        by Harrison J. Goldin scheduled For 10:00 1/22/97 at Courtroom 621 (SMB) (EOD Date: 12/19/96. Doc. No: 355) (ld) [EOD 12/19/96] [94-41683] |
| 12/20/96 | Trustee's First Amended [353-1] Chapter 11 Plan (EOD Date: 12/23/96 Doc. No: 356) (ld) [EOD 12/23/96] [94-41683] |
| 12/20/96 | Disclosure Statement for the Trustee' First Amended Joint Plan of Liquidation for the debtors. (EOD Date: 12/23/96. Doc. No: 357) (ld) [EOD 12/23/96] [94-41683] |
| 1/2/97 | Affidavit Of Service Of Laura Campbell of [355-1] Set Hearing Order (EOD Date: 1/6/97. Doc. No: 358) (ld) [EOD 01/06/97] [94-41683] |
| 1/8/97 | Transcript of Hearing Held on 11/22/96        RE: Status Conference. (EOD Date: 1/10/97. Doc. No: 359) (ld) [EOD 01/10/97] [94-41683] |
| 1/8/97 | Transcript of Hearing Held on 12.18.96        RE: Status Conference (EOD Date: 1/10/97. Doc. No: 360) (ld) [EOD 01/10/97] [94-41683] |
| 1/8/97 | Transcript of Hearing Held on 11/19/96        RE: [319-1] Motion For an Order Disallowing Claims        by Harrison J. Goldin (EOD Date: 1/10/97. Doc. No: 361) (ld) [EOD 01/10/97] [94-41683] |
| 1/9/97 | Monthly Operating Report For the Month Ended October 31, 1996. (EOD Date: 1/10/97. Doc. No: 362) (ld) [EOD 01/10/97] [94-41683] |
| 1/9/97 | Monthly Operating Report For the Month Ended November 30, 1996 (EOD Date: 1/10/97. Doc. No: 363) (ld) [EOD 01/10/97] [94-41683] |
| 1/9/97 | Application By Douglas H. Meal for Creditor Whitehead Institute For Biomedical Research To Appear Pro Hac Vice (EOD Date: 1/14/97. Doc. No: 366) (ld) [EOD 01/14/97] [94-41683] |
| 1/9/97 | Notice of Hearing RE: [366-1] Application To Appear Pro Hac Vice by Douglas H. Meal scheduled For 12:00 1/24/97 at Courtroom 621 (SMB) (EOD Date: 1/14/97. Doc. No: 367) (ld) [EOD 01/14/97] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                                    HOLD$$ LEAD

1/9/97          Affidavit by Steven T. Hoort In Support RE: [366-1]
                Application To Appear Pro Hac Vice by Douglas H. Meal (EOD
                Date: 1/14/97. Doc. No: 368) (ld) [EOD 01/14/97]
                [94-41683]

1/9/97          Affidavit Of Service Of Steven T. Hoort of [366-1]
                Application To Appear Pro Hac Vice by Douglas H. Meal,
                [367-1] Notice of Hearing, [368-1] Affidavit by Steven T.
                Hoort (EOD Date: 1/14/97. Doc. No: 369) (ld) [EOD 01/14/97]
                [94-41683]

1/10/97         Motion By Trustee Harrison J. Goldin For an Order
                Establishing Voting Procedures,        Approving Forms of
                Ballots and Appointing Bankruptcy Services, Inc. as
                Balloting Agent (Returnable: 10:00 1/22/97 Courtroom 621
                (SMB) ) Notice of Motion Attached. (EOD Date: 1/13/97.
                Doc. No: 364) (ld) [EOD 01/13/97] [94-41683]

1/13/97         Notice of Amendment of Service List. Filed by: David A.
                Pellegrino (EOD Date: 1/13/97. Doc. No: 365) (ld)
                [EOD 01/13/97] [94-41683]

1/14/97         Affidavit Of Service Of Steven Wilamowsky of [364-1] Motion
                Approving Forms of Ballots and Appointing Bankruptcy
                Services, Inc. as Balloting Agent (Returnable: 10:00
                1/22/97 Courtroom 621 (SMB) ) by Harrison J. Goldin (EOD
                Date: 1/15/97. Doc. No: 370) (ld) [EOD 01/15/97]
                [94-41683]

1/15/97         Objection By Whitehead Institute For Biomedical Research To
                [357-1] Disclosure Statement        by Arthur J. Gonzalez (EOD
                Date: 1/15/97. Doc. No: 371) (ld) [EOD 01/15/97]
                [94-41683]

1/15/97         Affidavit Of Service Of Steven T. Hoort of [371-1]
                Objection by Whitehead Institute For Biomedical Resea (EOD
                Date: 1/15/97. Doc. No: 372) (ld) [EOD 01/15/97]
                [94-41683]

1/15/97         Statement by The    Official Committee Of Unsecured Creditors
                  Re: [356-1], [357-1] (EOD Date: 1/16/97. Doc. No: 373) (ld)
                [EOD 01/16/97] [94-41683]

1/15/97         Statement and Objection By Kidder, Peabody & Co., Inc. To
                [357-1] Disclosure Statement by Arthur J. Gonzalez, [356-1]
                Amended Plan (EOD Date: 1/16/97. Doc. No: 374) (ld)
                [EOD 01/16/97] [94-41683]

1/16/97         Motion By Trustee Harrison J. Goldin Setting Finanl Dates
                For (A) Filing Proofs of Claims for Administrative Expenses
                and (B) The Filing of Compensation Estimates. (Returnable:
                10:00 1/22/97 Courtroom 621 (SMB) ) (EOD Date: 1/21/97.
                Doc. No: 375) (ld) [EOD 01/21/97] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                              HOLD$$ LEAD

| | |
|---|---|
| 1/16/97 | Objection of Primavera Failienstifung and Hubert Looser To [356-1] Amended Plan, [357-1] Disclosure Statement          by Arthur J. Gonzalez (EOD Date: 1/22/97. Doc. No: 382) (ld) [EOD 01/22/97] [94-41683] |
| 1/16/97 | Statement and Objection By Kidder, Peabody & Co., Inc. To [364-1] Motion Approving Forms of Ballots and Appointing Bankruptcy Services, Inc. as Balloting Agent (Returnable: 10:00 1/22/97 Courtroom 621 (SMB) ) by Harrison J. Goldin (EOD Date: 1/22/97. Doc. No: 383) (ld) [EOD 01/22/97] [94-41683] |
| 1/16/97 | Application By Myron Trepper for Trustee Harrison J. Goldin, To Employ Charles Adams, Ritchie & Duckworth as Special Counsel Regarding Cayman Islands Law      (EOD Date: 1/22/97. Doc. No: 384) (ld) [EOD 01/22/97] [94-41683] |
| 1/17/97 | Notice of Hearing RE: [375-1] Motion Setting Final Dates For (A) Filing Proofs of Claims for Administrative Expenses and (B) The Filing of Compensation Estimates. (Returnable: 10:00 1/22/97 Courtroom 621 (SMB) ) by Harrison J. Goldin (EOD Date: 1/21/97. Doc. No: 376) (ld) [EOD 01/21/97] [94-41683] |
| 1/17/97 | Application By      Trustee Harrison J. Goldin To Retain Charles Adams, Ritchie & Duckworth as Special COunsel Regarding Cayman Islands Law Notice of Presentment Attached, Presentment Date 1/23/97 @12:00. (EOD Date: 1/21/97. Doc. No: 377) (ld) [EOD 01/21/97] [94-41683] |
| 1/17/97 | Memorandum By The Unofficial Investors' Committee In Opposition To [348-1] Motion To Expunge by Harrison J. Goldin (EOD Date: 1/21/97. Doc. No: 378) (ld) [EOD 01/21/97] [94-41683] |
| 1/17/97 | Monthly Operating Report For the Month Ended December 31, 1996. (EOD Date: 1/21/97. Doc. No: 379) (ld) [EOD 01/21/97] [94-41683] |
| 1/17/97 | Opposition by Lionel N. Sterling Re: [350] Motion Disallow or subordinate and classify investor claims , To Expunge by Kidder, Peabody & Co. Inc., and Donaldson, Lufkin & Jenrette Securities Corp., and [348] Motion To Disallow, and/or to Subordinate and Classify Investor Claims , To Expunge by Harrison J. Goldin (EOD Date: 1/21/97. Doc. No: 380) (ld) [EOD 01/21/97] [94-41683] |
| 1/17/97 | Opposition by John G. Polk Re: [350-1] Motion To Expunge by Donaldson, Lufkin & Jenrette, [351-1] Motion To Classify Claims of Investors as subordinate and to Expunge Claims to the extent they assert creditor claims as opposed to equity interests by by Kidder, Peabody & Co., Inc., [348-1] Motion To Expunge by Harrison J. Goldin (EOD Date: 1/21/97. Doc. No: 381) (ld) [EOD 01/21/97] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683            In re: Granite Partners, L.P.                                    HOLD$$ LEAD

1/17/97            Application By Douglas H. Meal for Whitehead Institute For
                   Biomedical Research To Appear Pro Hac Vice Notice of
                   Presentment Attached, Presentment Date 1/22/97 @12:00.
                   Date: 1/22/97. Doc. No: 385) (ld) [EOD 01/22/97]
                   [94-41683]

1/17/97            Affidavit of Alyson B. Gal In Support RE: [385-1]
                   Application To Appear Pro Hac Vice by Douglas H. Meal (EOD
                   Date: 1/22/97. Doc. No: 386) (ld) [EOD 01/22/97]
                   [94-41683]

1/17/97            Notice of Hearing RE: [385-1] Application To Appear Pro Hac
                   Vice by Douglas H. Meal scheduled For 12:00 1/22/97 at
                   Courtroom 621 (SMB) (EOD Date: 1/22/97. Doc. No: 387) (ld)
                   [EOD 01/22/97] [94-41683]

1/17/97            Opposition and Objection by Whitehead Institute For
                   Biomedical Research Re: [350-1] Motion To Expunge        by
                   Donaldson, Lufkin & Jenrette, [351-1] Motion To Classify
                   Claims of Investors as subordinate and to Expunge Claims to
                   the extent they assert creditor claims as opposed to equity
                   interests. (Returnable: 10:00 1/31/97 Courtroom 621 (SMB) )
                   by Kidder, Peabody & Co., Inc. (EOD Date: 1/22/97. Doc. No:
                   388) (ld) [EOD 01/22/97] [94-41683]

1/17/97            Affidavit Of Service Of Alyson B. Gal of [385-1]
                   Application To Appear Pro A Hac Vice by Douglas H. Meal
                   (EOD Date: 1/22/97. Doc. No: 389) (ld) [EOD 01/22/97]
                   [94-41683]

1/17/97            Affidavit Of Service Of Laura Campbell of [355-1] Set
                   Hearing Order (EOD Date: 1/22/97. Doc. No: 390) (ld)
                   [EOD 01/22/97] [94-41683]

1/17/97            Memorandum By Primavera Failienstifung and Hubert Looser In
                   Opposition To [350-1] Motion To Expunge by Donaldson,
                   Lufkin & Jenrette, [351-1] Motion To Classify Claims of
                   Investors as subordinate and to Expunge Claims to the
                   extent they assert creditor claims as opposed to equity
                   interests. (Returnable: 10:00 1/31/97 Courtroom 621 (SMB) )
                   by Kidder, Peabody & Co., Inc. (EOD Date: 1/22/97. Doc. No:
                   397) (ld) [EOD 01/22/97] [94-41683]

1/21/97            Memorandum of Law and Response By Trustee Harrison J.
                   Goldin in Support of [357-1] Disclosure Statement (EOD
                   Date: 1/22/97. Doc. No: 391) (ld) [EOD 01/22/97]
                   [94-41683]

1/21/97            Second Amended [353-1] Chapter 11 Plan    by Harrison J.
                   Goldin (EOD Date: 1/22/97 Doc. No: 392) (ld) [EOD 01/22/97]
                   [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683         In re: Granite Partners, L.P.                          HOLD$$ LEAD

| | | |
|---|---|---|
| 1/21/97 | Disclosure Statement for the Second Amended Joint Plan of Liquidation By Trustee Harrison J. Goldin . (EOD Date: 1/22/97. Doc. No: 393) (ld) [EOD 01/22/97] [94-41683] | |
| 1/21/97 | Response of The Unofficial Investors' Committee          To [383-1] Objection     by Kidder, Peabody & Co., Inc. (EOD Date: 1/23/97. Doc. No: 402) (ld) [EOD 01/23/97] [94-41683] | |
| 1/22/97 | Amended List of Equity Security Holders for Granite Corporation (EOD Date: 1/22/97. Doc. No: 394) (ld) [EOD 01/22/97] [94-41683] | |
| 1/22/97 | Amended List of Equity Security Holders for Granite Partners, L.P.     (EOD Date: 1/22/97. Doc. No: 395) (ld) [EOD 01/22/97] [94-41683] | |
| 1/22/97 | Amended List of Equity Security Holders for Quartz Hedge Fund (EOD Date: 1/22/97. Doc. No: 396) (ld) [EOD 01/22/97] [94-41683] | |
| 1/22/97 | Affidavit Of Service Of Lenore Y Reeves of [375-1] Motion Setting Final Dates For (A) Filing Proofs of Claims for Administrative Expenses and (B) The Filing of Compensation Estimates. (EOD Date: 1/23/97. Doc. No: 398) (ld) [EOD 01/23/97] [94-41683] | |
| 1/22/97 | Affidavit Of Service Of Lenore Y. Reeves of [377-1] Application To Retain Charles Adams, Ritchie & Duckworth as Special Counsel Regarding Cayman Islands Law (EOD Date: 1/23/97. Doc. No: 399) (ld) [EOD 01/23/97] [94-41683] | |
| 1/22/97 | Application By Trustee Harrison J. Goldin          Authorizing Trustee to Reject all Executory Contracts. (EOD Date: 1/23/97. Doc. No: 400) (ld) [EOD 01/23/97] [94-41683] | |
| 1/22/97 | Order Signed On: 1/22/97 RE: Order to Set Hearing RE: [400-1] Application Authorizing Trustee to Reject all Executory Contracts. Scheduled For 10:00 2/6/97 at Courtroom 621 (SMB) (EOD Date: 1/23/97. No: 401) (ld) [EOD 01/23/97] [94-41683] | |
| 1/23/97 | Order Signed On: 1/23/97 Granting [377-1] Application To Retain Charles Adams, Ritchie & Duckworth as Special COunsel Regarding Cayman Islands Law. (EOD Date: 1/24/97. Doc. No: 403) (ld) [EOD 01/24/97] [94-41683] | |
| 1/23/97 | Order Signed On: 1/23/97, Granting Motion of Alyson B. Gal To Appear Pro Hac Vice . (EOD Date: 1/24/97. Doc. No: 404) (ld) [EOD 01/24/97] [94-41683] | |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

| | |
|---|---|
| 1/23/97 | Order Signed On: 1/23/97, (3) Setting Final Dates for (A) Filing Proofs of Claims For Administrative Expense Claim; Set for 2/14/97 on or before 5:00 and (B) The Filing of Compensation Estimates; on or before 2/18/97 . (EOD Date: 1/27/97. Doc. No: 405) (ld) [EOD 01/27/97] [94-41683] |
| 1/24/97 | Amended Order Signed On: 1/24/97 Vacating [405-2] Order, and Setting Final Dates for (Filing Proofs of Claims for Adminnistative Expenses and (B) The Filing of Compensation Estimates. (EOD Date: 1/27/97. Doc. No: 406) (ld) [EOD 01/27/97] [94-41683] |
| 1/27/97 | Memorandum of Law By Trustee Harrison J. Goldin in Further Support of [348-1] Motion to Expunge and Disallow, and/or to Subordinate and Classify Investor Claims (EOD Date: 1/28/97. Doc. No: 407) (ld) [EOD 01/28/97] [94-41683] |
| 1/27/97 | Memorandum of Law By Kidder, Peabody & Co., Inc. in Further Support of [351-1] Motion To Classify Claims of Investors as subordinate and to Expunge Claims to the extent they assert creditor claims as opposed to equity interests. (Returnable: 10:00 1/31/97 Courtroom 621 (SMB)) (EOD Date: 1/28/97. Doc. No: 408) (ld) [EOD 01/28/97] [94-41683] |
| 1/27/97 | Affidavit Of Service Of Kathy Gerber of [401-1] Set Hearing Order (EOD Date: 1/28/97. Doc. No: 409) (ld) [EOD 01/28/97] [94-41683] |
| 1/27/97 | Order Signed On: 1/27/97 Granting [364-1] Motion Approving Forms of Ballots and Appointing Bankruptcy Services, Inc. as Balloting Agent . (EOD Date: 1/28/97. Doc. No: 410) (ld) [EOD 01/28/97] [94-41683] |
| 1/27/97 | Order Signed On: 1/27/97 RE: Order Approving Disclosure Statement.    ;Confirmation Hearing Scheduled 10:00 3/3/97 at Courtroom 621 (SMB) ;Last Day for Objections To Confirmation: 5:00 2/24/97 (EOD Date: 1/28/97. Doc. No: 411) (ld) [EOD 01/28/97] [94-41683] |
| 1/27/97 | Order Signed On: 1/27/97, Granting Steven T. Hoort To Appear Pro Hac Vice for Whitehead Institute For Biomedical Research . (EOD Date: 1/28/97. Doc. No: 412) (ld) [EOD 01/28/97] [94-41683] |
| 1/28/97 | Memorandum of Law By Donaldson, Lufkin & Jenrette in Further Support of [350-1] Motion To Expunge and Disallow or Subordinate and Classify Investor Claims. (EOD Date: 1/29/97. Doc. No: 413) (ld) [EOD 01/29/97] [94-41683] |
| 1/28/97 | Disclosure Statement By Trustee Harrison J. Goldin for Third Amended Joint Plan of Liquidation for the Debtors, Dated 27, 1997. (EOD Date: 1/29/97. Doc. No: 414) (ld) [EOD 01/29/97] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683         In re: Granite Partners, L.P.                    HOLD$$ LEAD

| | |
|---|---|
| 1/28/97 | Trustee's Third Amended Joint [353-1] Chapter 11 Plan         by<br>Harrison J. Goldin. (EOD Date: 3/3/97 Doc. No: 460) (pj)<br>[EOD 03/03/97] [94-41683] |
| 1/29/97 | Affidavit Of Service Of Nathanel Meyers of [405-2] Order<br>(EOD Date: 1/30/97. Doc. No: 415) (ld) [EOD 01/30/97]<br>[94-41683] |
| 2/3/97 | Affidavit Of Service Of Kathy Gerber of [414-1] Disclosure<br>Statement by Harrison J. Goldin, [411-1] Approving<br>Disclosure Order (EOD Date: 2/3/97. Doc. No: 416) (ld)<br>[EOD 02/03/97] [94-41683] |
| 2/6/97 | Order Signed On: 2/6/97 Granting [400-1] Application<br>Authorizing Trustee to Reject all Executory Contracts by<br>Harrison J. Goldin. (EOD Date: 2/7/97. Doc. No: 417) (kf)<br>[EOD 02/07/97] [94-41683] |
| 2/7/97 | Motion By Trustee Harrison J. Goldin         Approving Settlement<br>Agreement with the 1980 Whitehead Charitable Trust, The<br>Estate of Edwin C. Whitehead, The Whitehead Charitable<br>Foundation, John G. Polk, The Whitehead Institute for<br>Biomedical Research and Lionel N. Sterling (Returnable:<br>10:00 2/28/97 Courtroom 621 (SMB) ) Notice of Motion<br>Attached. (EOD Date: 2/10/97. Doc. No: 418) (ld)<br>[EOD 02/10/97] [94-41683] |
| 2/7/97 | Affidavit Of Service Of Nathanael Meyers of [405-1] Order<br>(3) Setting Final Dates for (A) Filing Proofs of Claims For<br>Administrative Expense Claim; Set for 2/14/97 on or before<br>5:00 and (B) Filing of Compensation Estimates; on or before<br>2/18/97 (EOD Date: 2/10/97. Doc. No: 419) (ld)<br>[EOD 02/10/97] [94-41683] |
| 2/13/97 | Statement by The Unofficial Investors' Committee Naming its<br>Nominees to the Litigation Advisory Board (EOD Date:<br>2/13/97. Doc. No: 420) (ld) [EOD 02/13/97] [94-41683] |
| 2/13/97 | Final List of Equity Amounts Respecting the Trustee's Third<br>Amended Joint Plan of Liquidation for the Debtors, Dated<br>January 27, 1997. (EOD Date: 2/14/97. Doc. No: 421) (ld)<br>[EOD 02/14/97] [94-41683] |
| 2/13/97 | Trustee Harrison J. Goldin (EOD Date: 2/14/97. Doc. No:<br>422) (ld) [EOD 02/14/97] [94-41683] |
| 2/14/97 | Statement of the Trustee Re: The Litigation Advisory Board<br>ByLaws. (EOD Date: 2/18/97. Doc. No: 423) (ld)<br>[EOD 02/18/97] [94-41683] |
| 2/14/97 | Motion By Trustee Harrison J. Goldin         For Order<br>Determining Reserves for Disputed Claims Against the<br>Debtors (Returnable: 10:00 3/3/97 Courtroom 621 (SMB) )<br>(EOD Date: 2/18/97. Doc. No: 424) (ld) [EOD 02/18/97] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                                    HOLD$$ LEAD

                    [94-41683]

2/14/97         Estimate of Maximum Amount of Compensation to be sought by
                    Charles Adams, Ritchie & Duckworth in Connection with the
                    Debtors' Chapter 11 cases through the effective date of the
                    Trustee's Third Amended Joint Plan of Liquidation for the
                    Debtors (EOD Date: 2/18/97. Doc. No: 425) (ld)
                    [EOD 02/18/97] [94-41683]

2/14/97         Certification of Publication of Margaret Yergeau of the
                    Wall Street Journal RE: [405-2] Order (EOD Date: 2/18/97.
                    Doc. No: 426) (ld) [EOD 02/18/97] [94-41683]

2/14/97         Certification of Publication of Margaret Yergeau for the
                    Wall Street Journal RE: [405-2] Order (EOD Date: 2/18/97.
                    Doc. No: 427) (ld) [EOD 02/18/97] [94-41683]

2/18/97         Compensation Estimate of Lord Day & Lord, Barrett Smith
                    (EOD Date: 2/18/97. Doc. No: 428) (ld) [EOD 02/18/97]
                    [94-41683]

2/18/97         Estimate of Maximum Amount of Compensation to be Sought by
                    Gifford Fong Associates (EOD Date: 2/18/97. Doc. No: 429)
                    (ld) [EOD 02/18/97] [94-41683]

2/18/97         Compensation Estimate of Berlack, Israels & Liberman LLP
                    (EOD Date: 2/20/97. Doc. No: 430) (ld) [EOD 02/20/97]
                    [94-41683]

2/18/97         Compensation Estimate of Gold Bennett & Cera LLP and
                    Bernstein Litowitz Berger & Grossmann (EOD Date: 2/20/97.
                    Doc. No: 431) (ld) [EOD 02/20/97] [94-41683]

2/18/97         Estimate of Maximum Amount of Compensation to be Sought in
                    Connection with the debtors' chapter 11 cases through the
                    effective date of the trustee's third amended joint plan of
                    liquidation for the debtors by Ernst & Young (EOD Date:
                    2/20/97. Doc. No: 432) (ld) [EOD 02/20/97] [94-41683]

2/18/97         Fee Estimate of Kidder, Peabody & Co., Inc. (EOD Date:
                    2/20/97. Doc. No: 433) (ld) [EOD 02/20/97] [94-41683]

2/18/97         Estimate of maximum amount of compensation to be sought by
                    Willkie Farr & Gallagher in connection with the debtors'
                    chapter 11 cases through the effective date of the
                    trustee's third amended joint plan of liquidation for the
                    debtors. (EOD Date: 2/20/97. Doc. No: 434) (ld)
                    [EOD 02/20/97] [94-41683]

2/18/97         Estimate of Maximum Amount of Compensation to be sought by
                    Goldin Associates, L.L.C. in connection withthe debtors'
                    chapter 11 cases through the effective date of the
                    trustee's third amended joint plan of liquidation for the
                    debtors. (EOD Date: 2/20/97. Doc. No: 435) (ld)

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                    HOLD$$ LEAD

|  |  |
|--|--|
| | [EOD 02/20/97] [94-41683] |
| 2/18/97 | Estimate of maximum amount of compensation to be sought by Whitestone Capital Group, Inc. in connection with the debtors' chapter 11 cases through the effective date of the trustee's third amended joint plan of liquidation for the debtors. (EOD Date: 2/20/97. Doc. No: 436) (ld) [EOD 02/20/97] [94-41683] |
| 2/18/97 | Estimate of maximum amount of compensation to be sought by the Chapter 11 Trustee in connection with the debtors' chapter 11 cases through the effective date of the trustee's third amended joint plan of liquidation for the debtors. (EOD Date: 2/20/97. Doc. No: 437) (ld) [EOD 02/20/97] [94-41683] |
| 2/19/97 | Notice by John Oller Of Agreement with Askin Parties Hearing Date:    3/3/97 @10:00. (EOD Date: 2/20/97. Doc. No: 438) (ld) [EOD 02/20/97] [94-41683] |
| 2/19/97 | Transcript of Hearing Held on      RE: [414-1] Disclosure Statement   by Harrison J. Goldin (EOD Date: 2/21/97. Doc. No: 439) (ld) [EOD 02/21/97] [94-41683] |
| 2/20/97 | Affidavit Of Service of Elisabeth L. Pokrassa of [434-1] Document by Willkie Farr & Gallagher (EOD Date: 2/21/97. Doc. No: 440) (ld) [EOD 02/21/97] [94-41683] |
| 2/24/97 | Objection of Primavera Failienstifung and Hubert Looser, To Confirmation of [392-1] Amended Plan (EOD Date: 2/25/97. Doc. No: 441) (ld) [EOD 02/25/97] [94-41683] |
| 2/24/97 | Objection of Lionel Sterling and John G. Polk To [392-1] Amended Plan (EOD Date: 2/25/97. Doc. No: 442) (ld) [EOD 02/25/97] [94-41683] |
| 2/24/97 | Contingent Objection By Donaldson, Lufkin & Jenrette Securities To [392-1] Amended Plan (EOD Date: 2/25/97. Doc. No: 443) (ld) [EOD 02/25/97] [94-41683] |
| 2/24/97 | Affidavit Of Service Of Elisabeth L. Pokrassa of [438-1] Notice of Of Agreement with Askin Parties (EOD Date: 2/25/97. Doc. No: 444) (ld) [EOD 02/25/97] [94-41683] |
| 2/24/97 | Notice of Proposed Stipulation and Order. Filed By Myron Trepper RE: Kidder Peabody & Company, Inc.'s Vote on the Trustee's Third Amended Joint Plan of Liquidation for the debtors, Dated January 27, 1997 Presentment date: 2/27/97 (EOD Date: 2/25/97. Doc. No: 445) (ld) [EOD 02/25/97] [94-41683] |
| 2/24/97 | Conditional Objection of Kidder, Peabody & Co., Inc. To the confirmation of [392-1] Amended Plan (EOD Date: 2/26/97. Doc. No: 446) (ld) [EOD 02/26/97] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683            In re: Granite Partners, L.P.                                    HOLD$$ LEAD

2/24/97         Request by Bear, Stearns & Co., Inc., et al. for
                clarification of, or in the alternative, objection to
                confirmation of the third amended joint plan of
                liquidation. (EOD Date: 2/26/97. Doc. No: 447) (ld)
                [EOD 02/26/97] [94-41683]

2/24/97         Limited and Conditional Objection of David J. Askin, Askin
                Capital Management L.P. and Dashstar Corporation, L.P. To
                [392-1] Amended Plan (EOD Date: 2/26/97. Doc. No: 448) (ld)
                [EOD 02/26/97] [94-41683]

2/26/97         Limited Objection By David J. Askin, Askin Capital
                Management, L.P. and Dashstar Corporation      To [424-1]
                Motion For Order Determining Reserves for Disputed Claims
                Against the Debtors (Returnable: 10:00 3/3/97 Courtroom 621
                (SMB) ) by Harrison J. Goldin (EOD Date: 2/27/97. Doc. No:
                449) (ld) [EOD 02/27/97] [94-41683]

2/26/97         Limited Objection By The Unofficial Committee of Investors
                To [424-1] Motion For Order Determining Reserves for
                Disputed Claims Against the Debtors (Returnable: 10:00
                3/3/97 Courtroom 621 (SMB) ) (EOD Date: 2/27/97. Doc. No:
                450) (ld) [EOD 02/27/97] [94-41683]

2/26/97         Opposition of Primavera Failienstifung and Hubert Looser
                Re: [424-1] Motion For Order Determining Reserves for
                Disputed Claims Against the (Returnable: 10:00 3/3/97
                Courtroom 621 (SMB) ) by Harrison J. Goldin (EOD Date:
                2/28/97. Doc. No: 451) (ld) [EOD 02/28/97] [94-41683]

2/26/97         Affidavit Of Service Of [448-1] Objection       by Askin Capital
                Management, L.P. (EOD Date: 3/4/97. Doc. No: 465) (pj)
                [EOD 03/04/97] [94-41683]

2/27/97         Certification of Publication in tthe Wall Street Journal
                RE: [411-1] Approving Disclosure Order (EOD Date: 2/28/97.
                Doc. No: 452) (ld) [EOD 02/28/97] [94-41683]

2/27/97         Form of Partners Note (EOD Date: 2/28/97. Doc. No: 453) (ld)
                [EOD 02/28/97] [94-41683]

2/27/97         Form of Quartz Note (EOD Date: 2/28/97. Doc. No: 454) (ld)
                [EOD 02/28/97] [94-41683]

2/27/97         Affidavit Of Service Of Emery McCombs of [447-1] Request by
                Bear, Stearns & Co., Inc. (EOD Date: 2/28/97. Doc. No: 455)
                        (ld) [EOD 02/28/97] [94-41683]

2/27/97         Response By Kidder, Peabody & Co., Inc.      To [441-1]
                Objection Hubert Looser and Primavera Failienstifung Tag
                Assoc.,Ltd (EOD Date: 2/28/97. Doc. No: 457) (ld)
                [EOD 02/28/97] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

2/27/97          Motion By Trustee Harrison J. Goldin for an Order
                 approving modifications to the Trustee's Third Amended
                 Joint Plan of Liquidation. (Returnable: 10:00 3/3/97
                 Courtroom 621 (SMB) ) (EOD Date: 3/4/97. Doc. No: 466) (pj)
                 [EOD 03/04/97] [94-41683]

2/27/97          Motion By Creditor Unofficial Committee of Investors for
                 Order authorizing its members to amend and file proofs of
                 claim. (Returnable: 12:00 3/4/97 Courtroom 621 (SMB) )
                 (EOD Date: 3/4/97. Doc. No: 468) (pj) [EOD 03/04/97]
                 [94-41683]

2/28/97          Order Signed On: 2/28/97 Granting [418-1] Motion          Approving
                 Settlement Agreement with the 1980 Whitehead Charitable
                 Trust, The Estate of Edwin C. Whitehead, The Whitehead
                 Charitable Foundation, John G. Polk, The Whitehead
                 Institute for Biomedical Research and Lionel N. Sterling .
                 (EOD Date: 2/28/97. Doc. No: 456) (ld) [EOD 02/28/97]
                 [94-41683]

2/28/97          So Ordered Stipulation Signed 2/28/97, between debtor and
                 Kidder Peabody & Company, Inc.'s vote on the trustee's
                 Third Amended Joint Plan of Liquidation for the debtors,
                 dated January 27, 1997. (EOD Date: 2/28/97. Doc. No: 458)
                         (ld) [EOD 02/28/97] [94-41683]

2/28/97          Response By Partner David J. Askin, Askin Capital
                 Management, L.P. and Dashstar Corporation To [441-1]
                 Objection of Hubert Looser and Primavera Failienstiftung Tag
                 Assoc.,Ltd (EOD Date: 2/28/97. Doc. No: 459) (ld)
                 [EOD 02/28/97] [94-41683]

2/28/97          Joint Memorandum of Law By Myron Trepper for Trustee
                 Harrison J. Goldin, and Edward S. Weisfelner, attorney for
                 the Unofficial Investors' Committee in Support of [460-1]
                 Amended Plan (EOD Date: 3/3/97. Doc. No: 461) (pj)
                 [EOD 03/03/97] [94-41683]

2/28/97          Declaration by Interested Party Laura Campbell of BSI
                 certifying acceptances and rejections of Trustee's Third
                 Amended Joint Plan of Liquidation. (EOD Date: 3/3/97. Doc.
                 No: 462) (pj) [EOD 03/03/97] [94-41683]

2/28/97          Response By Creditor Lionel N. Sterling          and John G. Polk
                 To a) Conditional Objection of Kidder, Peabody & Co. b)
                 objection of Bear, Stearns & Co. Inc. c) limited and
                 conditional objection of David J. Askin, Askin Capital
                 Management and Dashstar corp. to trustee's third amended
                 joint plan of liquidation. (EOD Date: 3/3/97. Doc. No: 463)
                         (pj) [EOD 03/03/97] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                              HOLD$$ LEAD

2/28/97        Letter to Chambers Filed by        Michael Kelly of Willkie Farr
               & Gallagher Re: enclosure of form of Order Confirming
               Trustee's Third Amended Joint Plan of Liquidation.(EOD
               Date: 3/4/97. Doc. No: 472) (pj) [EOD 03/04/97]
               [94-41683]

3/3/97         Affidavit Of Service Of [461-1] Of Law Memorandum        by Myron
               Trepper (EOD Date: 3/4/97. Doc. No: 464) (pj) [EOD 03/04/97]
               [94-41683]

3/3/97         Order Signed On: 3/3/97 Confirming [460-1] Trustee's Third
               Amended Joint Plan . (EOD Date: 3/4/97. Doc. No: 467) (pj)
               [EOD 03/04/97] [94-41683]

3/3/97         Order Signed On: 3/3/97 Granting [466-1] Motion for an
               Order approving modifications to the Trustee's Third
               Amended Joint Plan of Liquidation and determining reserves
               for disputed claims against the debtors by Harrison J.
               Goldin . (EOD Date: 3/4/97. Doc. No: 469) (pj)
               [EOD 03/04/97] [94-41683]

3/3/97         Order Signed On: 3/3/97 granting Judgment in accordance
               with bankruptcy rule 9021 and confirming Plan. (EOD Date:
               3/4/97. Doc. No: 470) (pj) [EOD 03/04/97] [94-41683]

3/3/97         Objection By Creditor Kidder, Peabody & Co., Inc.              To
               [468-1] Motion for Order authorizing its members to amend
               and file proofs of claim. (Returnable: 12:00 3/4/97
               Courtroom 621 (SMB) ) by Unofficial Committee of Investors
               (EOD Date: 3/4/97. Doc. No: 471) (pj) [EOD 03/04/97]
               [94-41683]

3/4/97         Objection By Trustee Harrison J. Goldin          To [468-1] Motion
               for Order authorizing its members to amend and file proofs
               of claim. (Returnable: 12:00 3/4/97 Courtroom 621 (SMB) )
               by Unofficial Committee of Investors (EOD Date: 3/5/97.
               Doc. No: 473) (pj) [EOD 03/05/97] [94-41683]

3/4/97         Brief/Memorandum By  Creditor Donaldson, Lufkin & Jenrette
               Securities In Opposition To [468-1] Motion for Order
               authorizing its members to amend and file proofs of claim.
               (Returnable: 12:00 3/4/97 Courtroom 621 (SMB) ) by
               Unofficial Committee of Investors (EOD Date: 3/5/97. Doc.
               No: 474) (pj) [EOD 03/05/97] [94-41683]

3/4/97         Affidavit by Adrian Pope of law firm Maples & Calder RE:
               Balloting on Trustee's Third Amended Joint Plan of
               Reorganiztion. (EOD Date: 3/5/97. Doc. No: 475) (pj)
               [EOD 03/05/97] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                              HOLD$$ LEAD

3/6/97          Letter Filed by Robert J. Stark for Creditor The Unofficial
                Investors' Committee to Judge Bernstein requesting that
                hearing on following motion be suspended from docket:
                [468-1] Motion for Order authorizing its members to amend
                and file proofs of claim. (Returnable: 12:00 3/4/97
                Courtroom 621 (SMB) ) by Unofficial Committee of Investors
                (EOD Date: 3/12/97. Doc. No: 478) (pj) [EOD 03/12/97]
                [94-41683]

3/7/97          Post Confirmation Order and Notice Signed on: 3/7/97. Post
                Confirmation Report Due on 4/21/97 (EOD Date: 3/7/97. Doc.
                No: 476) (pj) [EOD 03/07/97] [94-41683]

3/10/97         Backstop Letter Filed by        Interested Party General Electric
                Capital Services, Inc. and addressed to Judge Bernstein.
                (EOD Date: 3/11/97. Doc. No: 477) (pj) [EOD 03/11/97]
                [94-41683]

3/12/97         Motion By Trustee Harrison J. Goldin for debtors for order
                establishing fee application procedures (Returnable: 12:00
                3/21/97 Courtroom 621 (SMB)) (EOD Date: 3/13/97. Doc.No:
                479) (pj) [EOD 03/13/97] [94-41683]

3/12/97         Motion By Trustee Harrison J. Goldin for Order to Disallow
                and expunge Claim # 1 [of the New York State Department of
                Taxation and Finance] (Returnable: 10:00 4/15/97 Courtroom
                621 (SMB) ) (EOD Date: 3/13/97. Doc. No: 480) (pj)
                [EOD 03/13/97] [94-41683]

3/12/97         Motion By Creditor The Unofficial Investors' Committee for
                Order To Disallow and expunge the $100,000 interest in
                Partners of Elizabeth Comerford (Returnable: 10:00 4/15/97
                Courtroom 621 (SMB) ) (EOD Date: 3/13/97. Doc. No: 481) (pj)
                [EOD 03/13/97] [94-41683]

3/13/97         Order Directing Payment of Special Charges        Amount Due: $
                10.75 (EOD Date: 3/13/97. Doc. No: 482) (pj) [EOD 03/13/97]
                [94-41683]

3/17/97         Order Directing Payment of Special Charges        Amount Due: $ 6
                in case no. 94-41684, Granite Corporation. (EOD Date:
                3/17/97. Doc. No: 483) (pj) [EOD 03/17/97] [94-41683]

3/17/97         Order Directing Payment of Special Charges        Amount Due: $
                5.50 in case no. 94-41685, Quartz Hedge Fund. (EOD Date:
                3/17/97. Doc. No: 484) (pj) [EOD 03/17/97] [94-41683]

3/18/97         Transcript of Hearing Held on 2/28/97        RE: [418-1] Motion
                Approving Settlement Agreement with the 1980 Whitehead
                Charitable Trust, The Estate of Edwin C. Whitehead, The
                Whitehead Charitable Foundation, John G. Polk, The
                Whitehead Institute for Biomedical Research and Lionel N.
                Sterling (Returnable: 10:00 2/28/97 Courtroom 621 (SMB) )
                by Harrison J. Goldin (EOD Date: 3/19/97. Doc. No: 485) (pj)

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

[EOD 03/19/97] [94-41683]

3/18/97          Transcript of Hearing Held on 2/11/97          RE: Motion by
                 Kidder, Peabody & Co., Inc. for an Order dismissing the
                 Unofficial Investors Committee's Complaint for the
                 equitable subordination. (EOD Date: 3/20/97. Doc. No: 486)
                          (pj) [EOD 03/20/97] [94-41683]

3/19/97          Letter Filed by Interested Party Willkie Farr & Gallagher
                 Re: [479-1] Motion for order establishing fee application
                 procedures advising that Primavera Familienstiftung wishes
                 to have its name added to list of entities to be served
                 with complete copies of each applicant's final fee
                 application by Harrison J. Goldin (EOD Date: 3/24/97. Doc.
                 No: 487) (pj) [EOD 03/24/97] [94-41683]

3/21/97          Response By Attorney Lord Day & Lord, Barrett Smith          To
                 [479-1] Motion by Harrison J. Goldin for order establishing
                 fee application procedures. Firm states it does not oppose
                 motion of Trustee or procedures proposed for filing of
                 final fee applications. (EOD Date: 3/24/97. Doc. No: 488)
                          (pj) [EOD 03/24/97] [94-41683]

3/21/97          Order Signed On: 3/21/97 Granting [479-1] Motion for order
                 establishing fee application procedures by Harrison J.
                 Goldin . (EOD Date: 3/24/97. Doc. No: 489) (pj)
                 [EOD 03/24/97] [94-41683]

3/25/97          Notice of Entry of Service By Laura Campbell Of [467-1]
                 Order . (EOD Date: 3/26/97. Doc. No: 490) (pj)
                 [EOD 03/26/97] [94-41683]

3/26/97          Special Fees Paid. ( Special Fee $ 11.50 Receipt # 61199)
                 Re: [484-1] To Pay Charges Order (EOD Date: 3/27/97. Doc.
                 No: 491) (pj) [EOD 03/27/97] [94-41683]

4/10/97          Supplemental Brief By Creditor The Unofficial Investors'
                 Committee Concerning Bankruptcy Code Section 510 (b) (EOD
                 Date: 4/11/97 Doc. No: 492) (pj) [EOD 04/11/97]
                 [94-41683]

4/10/97          Transcript of Hearing Held on 3/3/97          RE: Motion by Trustee
                 for an Order expunging Claim          No. 8 against Quartz Hedge
                 Fund; Confirmation Hrg.; etc.(EOD Date: 4/11/97. Doc. No:
                 493) (pj) [EOD 04/11/97] [94-41683]

4/11/97          Opposition by Creditor New York State Dept. of Taxation &
                 Finance Re: [480-1] Motion for Order to Disallow and
                 expunge Claim # 1 [of the New York State Department of
                 Taxation and Finance] (Returnable: 10:00 4/15/97 Courtroom
                 621 (SMB) ) by Harrison J. Goldin (EOD Date: 4/14/97. Doc.
                 No: 494) (pj) [EOD 04/14/97] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                    HOLD$$ LEAD

4/16/97         Letter Filed by John Oller of Willkie Farr & Gallagher to
                Judge Bernstein in response to Court's request of 3/26/97
                asking for further briefing concerning limited question on
                motion seeking to subordinate investor claims. Re: (EOD
                Date: 4/17/97. Doc. No: 495) (pj) [EOD 04/17/97]
                [94-41683]

4/16/97         Supplemental Memorandum of Law By Creditor Kidder, Peabody
                & Co., Inc. in Support of [351-1] Motion To Classify Claims
                of as subordinate and to Expunge Claims to the extent they
                assert creditor claims as opposed to equity interests.
                (Returnable: 10:00 1/31/97 Courtroom 621 (SMB) ) by Kidder,
                Peabody & Co., Inc. (EOD Date: 4/17/97. Doc. No: 496) (pj)
                [EOD 04/17/97] [94-41683]

4/18/97         Reply By Creditor Donaldson, Lufkin & Jenrette Securities
                To [492-1] Supplemental Brief by The Unofficial Investors'
                Committee and in further support of DLJ's motion to expunge
                or disallow the claims of certain equity holders. (EOD
                Date: 4/18/97. Doc. No: 497) (pj) [EOD 04/18/97]
                [94-41683]

4/21/97         Final Application By        Lord Day & Lord, Barrett Smith,
                general counsel for debtors and debtors in possession, For
                Compensation ( Fees: $ 600,000, Expenses: $ 70,000) with
                two accompanying exhibits A & B (EOD Date: 4/23/97. Doc.
                No: 498) (pj) [EOD 04/23/97] [94-41683]

4/21/97         Exhibit A, Volume 1: Time Entries, RE: [498-1] Application
                For Compensation ( Fees: $ 600,000, Expenses: $ 70,000)
                with two accompanying exhibits A & B by Lord Day & Lord,
                Barrett Smith (EOD Date: 4/23/97. Doc. No: 499) (pj)
                [EOD 04/23/97] [94-41683]

4/21/97         Exhibit B Volume Two: Expense Reimbursements RE: [498-1]
                Application For Compensation ( Fees: $ 600,000, Expenses: $
                70,000) with two accompanying exhibits A & B by Lord Day &
                Lord, Barrett Smith (EOD Date: 4/23/97. Doc. No: 500) (pj)
                [EOD 04/23/97] [94-41683]

4/21/97         Application By Kidder, Peabody & Co., Inc. For
                Compensation ( Fees: $ 420,711.66,      Expenses: $ 15,252.50)
                pursuant to 11 USC Section 503 (b)(3)(D) (EOD Date:
                4/23/97. Doc. No: 501) (pj) [EOD 04/23/97] [94-41683]

4/21/97         Application By Attorney Gold Bennett & Cera LLP, Attorney
                Bernstein Litowitz Berger & Grossmann For Compensation (
                Fees: $ 101,522.25,      Expenses: $ 6,580.32) (EOD Date:
                4/23/97. Doc. No: 502) (pj) [EOD 04/23/97] [94-41683]

4/21/97         Application By Special Counsel for debtors Charles Adams,
                Ritchie & Duckworth For Compensation ( Fees: $ 32,287.50,
                Expenses: $ 817.12) (EOD Date: 4/23/97. Doc. No: 503) (pj)
                [EOD 04/23/97] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

4/21/97          Application By Berlack,Israels & Liberman LLP, attorneys
                 for The Unofficial Investors Committee, For Compensation (
                 Fees: $ 1,498,497.00, Expenses: $ 188,859.78) (EOD Date:
                 4/23/97. Doc. No: 504) (pj) [EOD 04/23/97] [94-41683]

4/21/97          Application By Trustee Harrison J. Goldin For Compensation
                 ( Fees: $ 1,176,507, ) (EOD Date: 4/23/97. Doc. No: 505) (pj)
                 [EOD 04/23/97] [94-41683]

4/21/97          Application By      Management Consultant and Financial Advisor
                 Goldin Associates, L.P. For Compensation ( Fees: $
                 1,823,345.00, Expenses: $ (EOD Date: 4/23/97. Doc. No: 506)
                             (pj) [EOD 04/23/97] [94-41683]

4/21/97          Application By Willkie Farr & Gallagher, as attorneys for
                 Ch. 11 Trustee, For Compensation ( Fees: $ 2,638,353.66,
                 Expenses: $ 152,586.40) (EOD Date: 4/23/97. Doc. No: 507)
                             (pj) [EOD 04/23/97] [94-41683]

4/21/97          Application By accountant to Trustee, Ernst & Young LLP
                 For Compensation ( Fees: $ 865,912, Expenses: $ 5,407)
                 (EOD Date: 4/23/97. Doc. No: 508) (pj) [EOD 04/23/97]
                 [94-41683]

4/21/97          Application By Whitestone Capital Group, Inc. as Capital
                 Markets expert to the Trustee For Compensation ( Fees: $
                 58,526.32, Expenses: $ ) (EOD Date: 4/23/97. Doc. No: 509)
                             (pj) [EOD 04/23/97] [94-41683]

4/21/97          Application By specialty consultant to Trustee, Gifford
                 Fong Associates For Compensation ( Fees: $ 403,721,
                 Expenses: $ 989.62) (EOD Date: 4/23/97. Doc. No: 510) (pj)
                 [EOD 04/23/97] [94-41683]

4/25/97          Affidavit Of Service Of [505] Application For Compensation
                 by Harrison J. Goldin, [506] Application For Compensation
                 by Goldin Associates, L.P., [510] Application For
                 Compensation by Gifford Fong Associates, [508] Application
                 For Compensation by Ernst & Young LLP, [509] Application
                 For Compensation by Whitestone Capital Group, Inc., [501]
                 Application For Compensation by Kidder, Peabody & Co.,
                 Inc., [503] Application For Compensation by Charles Adams,
                 Ritchie & Duckworth (EOD Date: 4/28/97. Doc. No: 511) (tm)
                 [EOD 04/28/97] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                    HOLD$$ LEAD

| | |
|---|---|
| 4/25/97 | Notice of Hearing RE: [502] Application For Compensation by Bernstein Litowitz Berger & Grossmann, Gold Bennett & Cera LLP, [503] Application For Compensation by Charles Adams, Ritchie & Duckworth, [504] Application For Compensation by Berlack,Israels & Liberman LLP, [505-1] Application For Compensation by Harrison J. Goldin, [506] Application For Compensation by Goldin Associates, L.P., [507] Application Compensation by Willkie Farr & Gallagher, [508] Application For Compensation by Ernst & Young LLP, [509] Application For Compensation by Whitestone Capital Group, Inc., [510] Application For Compensation by Gifford Fong Associates, [501] Application For Compensation by Kidder, Peabody & Co., Inc.SCHEDULED FOR 5/14/97 @10:00A.M. In Courtroom 621 (SMB) (EOD Date: 4/28/97. Doc. No: 512) (tm) [EOD 04/28/97] [94-41683] |
| 4/28/97 | Application By Special Counsel Charles Adams, Ritchie & Duckworth For FINAL Compensation ( Fees: $ 32,287.50, Expenses: $ 817.12) (EOD Date: 5/29/97. Doc. No: 545) (dmcf) [EOD 05/29/97] [94-41683] |
| 4/29/97 | Affidavit Of Service Of Elisabeth L. Pokrassa of [512-1] Notice of Hearing. (EOD Date: 4/30/97. Doc. No: 513) (dmcf) [EOD 04/30/97] [94-41683] |
| 5/1/97 | Monthly Operating Report for the month ended January 31, 1997 (EOD Date: 5/2/97. Doc. No: 514) (ld) [EOD 05/02/97] [94-41683] |
| 5/1/97 | Monthly Operating Report For The Month Ended February 28, 1997. (EOD Date: 5/2/97. Doc. No: 515) (ld) [EOD 05/02/97] [94-41683] |
| 5/1/97 | Final Monthly Operating Report from 3/1/97 to 3/13/97 (EOD Date: 5/2/97. Doc. No: 516) (ld) [EOD 05/02/97] [94-41683] |
| 5/2/97 | Plan Administrator's Bond And Approval In Amount of $ 25,000,000.00 With Fidelity And Deposit Company Of Maryland As Surety. (EOD Date: 5/6/97. Doc. No: 518) (tm) [EOD 05/06/97] [94-41683] |
| 5/5/97 | Objection By Partner David J. Askin, Creditor Askin Capital Management, L.P., Creditor Dashstar Corporation Re:To [502] Application For Compensation ( Fees: $ 101,522.25, Expenses: $ 6,580.32) by Bernstein Litowitz Berger & Grossmann, Gold Bennett & Cera LLP (EOD Date: 5/6/97. Doc. No: 517) (tm) [EOD 05/06/97] [94-41683] |
| 5/7/97 | Motion By The Unofficial Investors' Committee To Appoint a Fee Examiner or Other Judicial Officer To Investigate Matters Potentially Impacting On The Allowance of Certain Fee Requests (Returnable: 10:00 5/28/97 Courtroom 621 (SMB) ) (EOD Date: 5/12/97. Doc. No: 519) (dmcf) [EOD 05/12/97] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683         In re: Granite Partners, L.P.                              HOLD$$ LEAD

[94-41683]

5/7/97          Objection By The Unofficial Investors' Committee To [502-1]
                Application For Compensation ( Fees: $ 101,522.25,
                Expenses: $ 6,580.32) By Bernstein Litowitz Berger &
                Grossmann and Gold Bennett & Cera LLP. (EOD Date: 5/12/97.
                Doc. No: 520) (dmcf) [EOD 05/12/97] [94-41683]

5/7/97          Statement The Unofficial Investors' Committee RE: [498-1].
                (EOD Date: 5/12/97. Doc. No: 521) (dmcf) [EOD 05/12/97]
                [94-41683]

5/7/97          Objection By The Unofficial Investors' Committee To [501-1]
                Application For Compensation ( Fees: $ 420,711.66,
                Expenses: $ 15,252.50) By Kidder, Peabody & Co., Inc. and
                CROSS-Motion For Imposition of Sanctions. (EOD Date:
                5/12/97. Doc. No: 522) (dmcf) [EOD 05/12/97]
                [94-41683]

5/7/97          LIMITED Objection By Creditor Kidder, Peabody & Co., Inc.
                To [504-1] Application For Compensation ( Fees: $
                1,498,497.00, Expenses: $ 188,859.78) By Berlack, Israels &
                Liberman LLP For The Unofficial Investors' Committee,
                [502-1] Application For Compensation ( Fees: $ 101,522.25,
                Expenses: $ 6,580.32) By Bernstein Litowitz Berger &
                Grossmann and Gold Bennett & Cera LLP, [498-1] Application
                For Compensation ( Fees: $ 600,000.00 Expenses: $
                70,000.00)      By Lord Day & Lord, Barrett Smith. (EOD Date:
                5/12/97. Doc. No: 523) (dmcf) [EOD 05/12/97]
                [94-41683]

5/7/97          Objection By Montpellier Resources Limited, Nandalor
                Investment Partnership and Flamingo Investments Limited To
                [501-1] Application For Compensation ( Fees: $ 420,711.66,
                Expenses: $ 15,252.50) By Kidder, Peabody & Co., Inc. and
                [502-1] Application For Compensation ( Fees: $ 101,522.25,
                Expenses: $ 6,580.32) By Bernstein Litowitz Berger &
                Grossmann and Gold Bennett & Cera LLP. (EOD Date: 5/12/97.
                Doc. No: 524) (dmcf) [EOD 05/12/97] [94-41683]

5/7/97          Objection By Creditor Donaldson, Lufkin & Jenrette
                Securities To [502-1] Application For Compensation ( Fees:
                $ 101,522.25,      Expenses: $ 6,580.32) By Bernstein Litowitz
                Berger & Grossmann and Gold Bennett & Cera LLP. (EOD Date:
                5/12/97. Doc. No: 525) (dmcf) [EOD 05/12/97]
                [94-41683]

5/7/97          Objection By Creditor Donaldson, Lufkin & Jenrette
                Securities      To [504-1] Application For Compensation ( Fees:
                $ 1,498,497.00, Expenses: $ 188,859.78) By Berlack, Israels
                & Liberman LLP For The Unofficial Investors' Committee.
                (EOD Date: 5/12/97. Doc. No: 526) (dmcf) [EOD 05/12/97]
                [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                    HOLD$$ LEAD

| | |
|---|---|
| 5/8/97 | Objection By United States Trustee To [503-1] Application For Compensation ( Fees: $ 32,287.50, Expenses: $ 817.12) By Charles Adams, Ritchie & Duckworth, [508-1] Application For Compensation ( Fees: $ 865,912.00 Expenses: $ 5,407.00) By Ernst & Young LLP, [510-1] Application For Compensation ( Fees: $ 403,721.00 Expenses: $ 989.62) By Gifford Fong Associates, [502-1] Application For Compensation ( Fees: $ 101,522.25,    Expenses: $ 6,580.32) By Bernstein Litowitz Berger & Grossmann and Gold Bennett & Cera LLP, [506-1] Application For Compensation ( Fees: $ 1,823,345.00, Expenses: $ 6,487.00)    By Goldin Associates, L.P., [505-1] Application For Compensation ( Fees: $ 1,176,507 ) By Harrison J. Goldin, [501-1] Application For Compensation ( Fees: $ 420,711.66, Expenses: $ 15,252.50) By Kidder, Peabody & Co., Inc., [498-1] Application For Compensation ( Fees: $ 600,000.00 Expenses: $ 70,000.00)        By Lord, Day & Lord, Barrett Smith, [504-1] Application For Compensation ( Fees: $ 1,498,497.00, Expenses: $ 188,859.78) By Berlack, Israels & Liberman LLP For The Unofficial Investors' Committee, [509-1] Application For Compensation ( Fees: $ 58,526.32 ) By Whitestone Capital Group, Inc. and [507-1] Application For Compensation ( Fees: $ 2,638,353.66, Expenses: $ 152,586.40) By Willkie Farr & Gallagher. (EOD Date: 5/12/97. Doc. No: 527) (dmcf) [EOD 05/12/97] [94-41683] |
| 5/8/97 | Notice By Myron Trepper of Willkie Farr & Gallagher To Withdraw As Attorney of Record For Goldin Associates, L.L.C. (EOD Date: 5/12/97. Doc. No: 528) (dmcf) [EOD 05/12/97] [94-41683] |
| 5/12/97 | Affidavit By Trustee Harrison J. Goldin RE: [507-1] Application For Compensation ( Fees: $ 2,638,353.66, Expenses: $ 152,586.40) By Willkie Farr & Gallagher and [510-1] Application For Compensation ( Fees: $ 403,721, Expenses: $ 989.62) By Gifford Fong Associates. (EOD Date: 5/13/97. Doc. No: 529) (dmcf) [EOD 05/13/97] [94-41683] |
| 5/12/97 | Affidavit By Attorney David Brandeis Tachau In Support of [504-1] Application For Compensation ( Fees: $ 1,498,497.00, Expenses: $ 188,859.78) By Berlack, Israels & Liberman LLP For The Unofficial Investors' Committee. (EOD Date: 5/13/97. Doc. No: 530) (dmcf) [EOD 05/13/97] [94-41683] |
| 5/12/97 | Affidavit By Attorney Edward S. Weisfelner In Support of [504-1] Application For Compensation ( Fees: $ 1,498,497.00, Expenses: $ 188,859.78) By Berlack,Israels & Liberman LLP For The Unofficial Investors' Committee. (EOD Date: 5/13/97. Doc. No: 531) (dmcf) [EOD 05/13/97] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                    HOLD$$ LEAD

| | |
|---|---|
| 5/12/97 | REPLY By The Unofficial Investors' Committee To [523-1] LIMITED Objection By Kidder, Peabody & Co., Inc., [526-1] Objection By Donaldson, Lufkin & Jenrette Securities and [527-1] Objection By United States Trustee. (EOD Date: 5/13/97. Doc. No: 532) (dmcf) [EOD 05/13/97] [94-41683] |
| 5/13/97 | REPLY By Creditor Kidder, Peabody & Co., Inc.        To [522-1] Objection By The Unofficial Investors' Committee. (EOD Date: 5/14/97. Doc. No: 533) (dmcf) [EOD 05/14/97] [94-41683] |
| 5/13/97 | Response By Trustee Harrison J. Goldin and Goldin Associates, L.P.        To [527-1] Objection By United States Trustee. (EOD Date: 5/14/97. Doc. No: 534) (dmcf) [EOD 05/14/97] [94-41683] |
| 5/13/97 | Statement By Trustee Harrison J. Goldin In Support of [504-1]. (EOD Date: 5/14/97. Doc. No: 536) (dmcf) [EOD 05/14/97] [94-41683] |
| 5/13/97 | REPLY By Lord Day & Lord, Barrett Smith In Support of [498-1] Application For Compensation ( Fees: $ 600,000, Expenses: $ 70,000) By Lord Day & Lord, Barrett Smith. (EOD Date: 5/14/97. Doc. No: 537) (dmcf) [EOD 05/14/97] [94-41683] |
| 5/13/97 | Affidavit Of Service Of Maureen A. Baksh of [529-1] Affidavit By Harrison J. Goldin. (EOD Date: 5/14/97. Doc. No: 538) (dmcf) [EOD 05/14/97] [94-41683] |
| 5/14/97 | SO-ORDERED Memorandum Decision and Order Signed On 5/14/97 RE: Subordinating Investors' Claims. (EOD Date: 5/14/97. Doc. No: 535) (dmcf) [EOD 05/14/97] [94-41683] |
| 5/14/97 | Affidavit Of Service Of Laurene M. Mullarkey of Notice of Appearance. (EOD Date: 5/16/97. Doc. No: 539) (dmcf) [EOD 05/16/97] [94-41683] |
| 5/21/97 | Letter Filed By Trustee Harrison J. Goldin To Judge Bernstein Dated 5/21/97 RE: [519-1] Motion To Appoint a Fee Examiner or Other Judicial Officer To Investigate Matters Potentially Impacting On The Allowance of Certain Fee Requests By The Unofficial Investors' Committee and [544-1] Affidavit By Harrison J. Goldin. (EOD Date: 6/16/97. Doc. No: 562) (dmcf) [EOD 06/16/97] [94-41683] |
| 5/21/97 | Notice of Objection By Kidder, Peabody & Co., Inc. To The Retention of Berlack Israels & Liberman as Counsel To The Litigation Advisory Board RE: [493-1]. (APPLICATION NOT ON FILE) (EOD Date: 6/20/97. Doc. No: 571) (dmcf) [EOD 06/20/97] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                                    HOLD$$ LEAD

| | |
|---|---|
| 5/23/97 | Notice Of Appeal By The Unofficial Investors' Committee RE: [535-1] SO-ORDERED Memorandum Decison; Appellant Designation Due: 6/2/97. (EOD Date: 5/23/97. Doc. No: 540) (dmcf) [EOD 05/23/97] [94-41683] |
| 5/23/97 | Appeal Filing Fee Paid in Full RE: [540-1] Notice of Appeal By The Unofficial Investors' Committee ( Appeal Fee $ 105.00 Receipt # 63822) (EOD Date: 5/23/97. Doc. No: 0) (dmcf) [EOD 05/23/97] [94-41683] |
| 5/23/97 | Statement of Election To Have Appeal Heard By District Court RE: [540-1] By Creditor The Unofficial Investors' Committee. (EOD Date: 5/23/97. Doc. No: 541) (dmcf) [EOD 05/23/97] [94-41683] |
| 5/27/97 | AMENDED Order Signed On: 5/27/97 Granting [508-1] Application For Compensation ( Fees: $ 865,912, Expenses: $ 5,407) By Ernst & Young LLP Payment To Ernst & Young LLP of $865,912.00 in Fees and $5,407.00 in Expenses; [509-1] Application For Compensation ( Fees: $ 58,526.32, Expenses: $ ) By Whitestone Capital Group, Inc. Payment To Whitestone Capital Group, Inc. of $57,511.22 in Fees; [506-1] Application For Compensation ( Fees: $ 1,823,345.00, Expenses: $ 0) By Goldin Associates, L.P. Payment To Goldin Associates, L.P. of $706,462.00 in Fees and $1,439.50 in Expenses and [505-1] Application For Compensation ( Fees: $ 1,176,507 ) By Harrison J. Goldin Payment To Harrison J. Goldin of $661,066.00 in Fees. (EOD Date: 5/28/97. Doc. No: 542) (dmcf) [EOD 05/28/97] [94-41683] |
| 5/28/97 | SUPPLEMENTAL Memorandum of Law By Solomon B. Cera In Support of [502-1] Application For Compensation ( Fees: $ 101,522.25,    Expenses: $ 6,580.32) By Bernstein Litowitz Berger & Grossmann and Gold Bennett & Cera LLP. (EOD Date: 5/29/97. Doc. No: 543) (dmcf) [EOD 05/29/97] [94-41683] |
| 5/28/97 | Affidavit By Trustee Harrison J. Goldin In Support of [504-1] Application For Compensation ( Fees: $ 1,498,497.00, Expenses: $ 188,859.78) By The Unofficial Investors' Committee. (EOD Date: 5/29/97. Doc. No: 544) (dmcf) [EOD 05/29/97] [94-41683] |
| 5/28/97 | Affidavit By Laurence J. Kaiser        In Support of [498-1] FINAL Application For Compensation ( Fees: $ 600,000.00 Expenses: $ 70,000.00) By Lord Day & Lord and Barrett Smith. (EOD Date: 5/29/97. Doc. No: 546) (dmcf) [EOD 05/29/97] [94-41683] |
| 5/28/97 | SUPPLEMENTAL [531-1] Affidavit By Attorney Edward S. Weisfelner. (EOD Date: 5/29/97 Doc. No: 547) (dmcf) [EOD 05/29/97] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                                HOLD$$ LEAD

5/28/97          SUPPLEMENTAL Memorandum By Thomas J. Moloney For Creditor
                 Kidder, Peabody & Co., Inc.        In Support Of [501-1]
                 Application For Compensation ( Fees: $ 420,711.66,
                 Expenses: $ 15,252.50) By Kidder, Peabody & Co., Inc. and
                 In Support of [523-1] Objection By Kidder, Peabody & Co.,
                 Inc.    (EOD Date: 6/2/97. Doc. No: 548) (dmcf) [EOD 06/02/97]
                 [94-41683]

5/29/97          Notice By Edward S. Weisfelner For The Official Investors'
                 Committee of Selection of Fee Examiner Candidate RE:
                 [519-1]. (EOD Date: 6/2/97. Doc. No: 549) (dmcf)
                 [EOD 06/02/97] [94-41683]

5/29/97          SUPPLEMENTAL Objection By Creditor Donaldson, Lufkin &
                 Jenrette Securities RE: [525-1] Objection and [526-1]
                 Objection. (EOD Date: 6/2/97 Doc. No: 550) (dmcf)
                 [EOD 06/02/97] [94-41683]

5/30/97          AMENDED and Restated [549-1] Notice of Selection of Fee
                 Examiner Candidate RE: [519-1] By Edward S. Weisfelner For
                 The Unofficial Investors' Committee. (EOD Date: 6/2/97.
                 Doc. No: 552) (dmcf) [EOD 06/02/97] [94-41683]

6/2/97           Letter Filed By Eric M. Kay To Edward S. Weisfelner, Esq.
                 of Berlack, Israels & Liberman LLP Dated 5/29/97 RE:
                 [549-1] Notice of Selection of Fee Examiner Candidate RE:
                 [519-1] By Edward S. Weisfelner. (EOD Date: 6/2/97. Doc.
                 No: 551) (dmcf) [EOD 06/02/97] [94-41683]

6/2/97           Appellant's Designation By The Unofficial Investors'
                 Committee Of Contents For Inclusion In Record On [540-1]
                 Notice of Appeal; Appellee's Designation Due: 6/12/97 and
                 Transmission Due: 7/2/97. (EOD Date: 6/3/97. Doc. No: 553)
                       (dmcf) [EOD 06/03/97] [94-41683]

6/2/97           Notice of Presentment of Proposed Order. Filed By Edward S.
                 Weisfelner RE: [519-1] Motion To Appoint a Fee Examiner or
                 Other Judicial Officer To Investigate Matters Potentially
                 Impacting On The Allowance of Certain Fee Requests By The
                 Unofficial Investors' Committee PRESENTMENT DATE: 6/5/97.
                 (EOD Date: 6/16/97. Doc. No: 563) (dmcf) [EOD 06/16/97]
                 [94-41683]

6/3/97           SUPPLEMENTAL By Laura Campbell RE: [409-1] Affidavit of
                 Service. (EOD Date: 6/4/97 Doc. No: 554) (dmcf)
                 [EOD 06/04/97] [94-41683]

6/3/97           SUPPLEMENTAL Affidavit Of Service Of Laura Campbell of
                 [414-1] Disclosure Statement By Harrison J. Goldin, [411-1]
                 Order Approving Disclosure Statement and [410-1] Order.
                 (EOD Date: 6/4/97. Doc. No: 555) (dmcf) [EOD 06/04/97]
                 [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                                    HOLD$$ LEAD

6/4/97          Statement by Creditor Kidder, Peabody & Co., Inc. Re:
                Evidentiary Hearing on pending applications for
                compensation RE:   Unofficial Investors' Committee, Kidder,
                Peabody & Co., Inc., Gold Bennett & Cera and Bernstein
                Litowitz Berger & Grossman LLP, and Lord Day & Lord,
                Barrett Smith and Charles Adams, Ritchie & Duckworth.          (EOD
                Date: 6/6/97. Doc. No: 556) (lc) [EOD 06/06/97]
                [94-41683]

6/4/97          Conditional Application By The Unofficial Investors'
                Committee For evidentiary hearing and response to
                supplemental materials submitted by Kidder Peabody & Co.
                Incorporated and Donaldson Lufkin & Jenrette Securities
                Corporation (EOD Date: 6/9/97. Doc. No: 557) (kf)
                [EOD 06/09/97] [94-41683]

6/4/97          Notice By Laurence J. Kaiser of Submission without
                Evidentiary Hearing In Support of the [498-1] FINAL
                Application of Lord, Day & Lord, Barrett Smith As Counsel
                To The Debtors For Compensation and Reimbursement of
                Expenses. (EOD Date: 6/16/97. Doc. No: 564) (dmcf)
                [EOD 06/16/97] [94-41683]

6/4/97          Letter Filed By Thomas J. Moloney To Judge Bernstein Dated
                6/4/97 RE: [519-1] Motion To Appoint a Fee Examiner or
                Other Judicial Officer To Investigate Matters Potentially
                Impacting On The Allowance of Certain Fee Requests By The
                Unofficial Investors' Committee. (EOD Date: 6/16/97. Doc.
                No: 565) (dmcf) [EOD 06/16/97] [94-41683]

6/5/97          Letter Filed By Edward S. Weisfelner To Judge Bernstein
                Dated 6/5/97 RE: [519-1] Motion To Appoint a Fee Examiner
                or Other Judicial Officer To Investigate Matters
                Potentially Impacting On The Allowance of Certain Fee
                Requests By The Unofficial Investors' Committee. (EOD Date:
                6/16/97. Doc. No: 566) (dmcf) [EOD 06/16/97]
                [94-41683]

6/9/97          Notice of Nomination By David J. Askin, Dashstar
                Corporation and Askin Capital Management, L.P. of Charles
                A. Stillman, Esq. RE: [519-1] Motion To Appoint a Fee
                Examiner or Other Judicial Officer To Investigate Matters
                Potentially Impacting On The Allowance of Certain Fee
                Requests By The Unofficial Investors' Committee. (EOD Date:
                6/17/97. Doc. No: 567) (dmcf) [EOD 06/17/97]
                [94-41683]

6/9/97          Nomination of Fee Examiner Candidate By Thomas J. Moloney
                For Creditor Kidder, Peabody & Co., Inc.          RE: [519-1]
                Motion To Appoint a Fee Examiner or Other Judicial Officer
                To Investigate Matters Potentially Impacting On The
                Allowance of Certain Fee Requests By The Unofficial
                Investors' Committee. (EOD Date: 6/17/97. Doc. No: 568)
                          (dmcf) [EOD 06/17/97] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                              HOLD$$ LEAD

6/9/97          Letter Filed By Thomas J. Moloney of Cleary, Gottlieb,
                Steen & Hamilton To Judge Bernstein RE: [493-1] Transcript,
                and [571-1] Objection By Kidder, Peabody & Co., Inc. (EOD
                Date: 6/20/97. Doc. No: 572) (dmcf) [EOD 06/20/97]
                [94-41683]

6/10/97         Order Signed On: 6/10/97 Granting [519-1] Motion To Appoint
                a Fee Examiner or Other Judicial Officer To Investigate
                Matters Potentially Impacting On The Allowance of Certain
                Fee Requests by The Unofficial Investors' Committee;
                Richard Toder, Esq. is appointed Fee Examiner in these
                Chapter 11 cases. (EOD Date: 6/10/97. Doc. No: 558) (kf)
                [EOD 06/10/97] [94-41683]

6/10/97         Decision/Opinion Signed On 6/10/97 RE: [545-1] Application
                For FINAL Compensation ( Fees: $ 32,287.50, Expenses: $
                817.12) by Charles Adams, Ritchie & Duckworth; granting
                fees of $30,000 and expenses of $817.12. (EOD Date:
                6/10/97. Doc. No: 559) (pj) [EOD 06/10/97] [94-41683]

6/11/97         Notice of Presentment of Proposed Stipulation Order. Filed
                By Steven E. Greenbaum RE: Stipulation and Order Fixing
                Allowed Amount of the Claim Filed by New York State
                Department of Taxation and Finance. Presentment date:
                6/19/97 @12:00 (EOD Date: 6/12/97. Doc. No: 560) (ld)
                [EOD 06/12/97] [94-41683]

6/11/97         Letter Filed By Thomas J. Moloney For Creditor Kidder,
                Peabody & Co., Inc. To Judge Bernstein Dated 6/11/97 In
                Response To [566-1] Letter By Edward S. Weisfelner. (EOD
                Date: 6/20/97. Doc. No: 573) (dmcf) [EOD 06/20/97]
                [94-41683]

6/12/97         Appellee's Designation By Kidder, Peabody & Co., Inc. Of
                Contents For Inclusion In Record On Appeal Re: [540-1]
                Notice of Appeal      by The Unofficial Investors' Committee ;
                (EOD Date: 6/13/97. Doc. No: 561) (ld) [EOD 06/13/97]
                [94-41683]

6/16/97         Application with Notice of Proposed Order By Richard S.
                Toder To Employ Zalkin, Rodin & Goodman LLP as Counsel
                (Last Day For Objections To Application: 11:00 6/20/97 )
                PRESENTMENT DATE: 6/20/97 @ 12:00 NOON (EOD Date: 6/17/97.
                Doc. No: 569) (dmcf) [EOD 06/17/97] [94-41683]

6/16/97         VERIFIED Statement By Richard S. Toder RE: [569-1] (EOD
                Date: 6/17/97. Doc. No: 570) (dmcf) [EOD 06/17/97]
                [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

6/16/97          Letter Filed By Thomas J. Moloney For Creditor Kidder,
                 Peabody & Co., Inc. To Judge Bernstein Dated 6/16/97          RE:
                 Opinion of Judge Sweet In a U.S. District Court Civil Case
                 and [571-1] Objection By Kidder, Peabody & Co., Inc. (EOD
                 Date: 6/20/97. Doc. No: 574) (dmcf) [EOD 06/20/97]
                 [94-41683]

6/23/97          Order Signed On: 6/23/97 Granting [569-1] Application To
                 Employ Zalkin, Rodin & Goodman LLP as Counsel . (EOD Date:
                 6/26/97. Doc. No: 576) (ld) [EOD 06/26/97] [94-41683]

6/24/97          Transcript of Hearing Held on 5/28/97          RE: [519-1] Motion
                 To Appoint a Fee Examiner or Other Judicial Officer To
                 Investigate Matters Potentially Impacting On The Allowance
                 of Certain Fee Requests By The Unofficial Investors'
                 Committee. (EOD Date: 6/24/97. Doc. No: 575) (dmcf)
                 [EOD 06/24/97] [94-41683]

6/24/97          Transcript of Hearing Held on 5/14/97 RE: FINAL Fee
                 Applications - Unoff. Investors Committee; Kiddler, Peabody;
                  Willkie Farr & Gallagher; Whitestone; Gifford Fong
                 Associates; Harrison J. Goldin; E&Y; Charles Adam; Ritchie
                 & Duckworth; Goldin Associates; Gold Bennett & Cera and
                 Bernstein Litowitz, Et. Al.; Objections By Various Parties.
                 (EOD Date: 6/26/97. Doc. No: 577) (dmcf) [EOD 06/26/97]
                 [94-41683]

6/25/97          Letter Filed By Robin A. Henry of Cleary, Gottlieb, Steen &
                 Hamilton To Judge Bernstein Dated 6/25/97 RE: [571-1]
                 Objection By Kidder, Peabody & Co., Inc. and SECOND
                 Pre-Trial Conference In Connection with the Request of the
                 UIC For An Evidentiary Hearing. (EOD Date: 6/26/97. Doc.
                 No: 578) (dmcf) [EOD 06/26/97] [94-41683]

6/25/97          Letter Filed By Thomas J. Moloney of Cleary, Gottlieb,
                 Steen & Hamilton To Judge Bernstein Dated 6/25/97 RE:
                 [571-1] Objection By Kidder, Peabody & Co., Inc. and SECOND
                 Pre-Trial Conference In Connection with The Request of the
                 UIC For An Evidentiary Hearing. (EOD Date: 6/26/97. Doc.
                 No: 579) (dmcf) [EOD 06/26/97] [94-41683]

6/25/97          So Ordered Stipulation Signed 6/25/97 Between The Plan
                 Administrator, The Litigation Advisory Board and New York
                 State Department of Taxation and Finance FIXING Allowed
                 Amount of the Claim Filed By New York State Department of
                 Taxation and Finance RE: [480-1].          (EOD Date: 6/26/97.
                 Doc. No: 580) (dmcf) [EOD 06/26/97] [94-41683]

7/1/97           Application with Notice of Proposed Order By Kidder,
                 Peabody & Co., Inc., The Unofficial Investors' Committee
                 and The Litigation Advisory Board To Approve Settlement
                 Agreement (Last Day For Objections To Application: 11:30
                 7/24/97 ) PRESENTMENT DATE: 7/24/97 @ 12:00 NOON. (EOD
                 Date: 7/3/97. Doc. No: 581) (dmcf) [EOD 07/03/97]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                              HOLD$$ LEAD

                  [94-41683]

7/25/97           Order Signed On: 7/25/97 Granting [581-1] Application To
                  Approve Settlement Agreement By The Unofficial Investors'
                  Committee and Kidder, Peabody & Co., Inc.        (EOD Date:
                  7/28/97. Doc. No: 582) (dmcf) [EOD 07/28/97]
                  [94-41683]

7/31/97           Letter Filed By Edward S. Weisfelner of Berlack, Israels &
                  Liberman LLP To Judge Bernstein Dated 7/29/97 RE:
                  Withdrawing Request For An Evidentiary Hearing. (EOD Date:
                  8/5/97. Doc. No: 583) (dmcf) [EOD 08/05/97] [94-41683]

8/5/97            Letter By Eric M. Kay To Edward S. Weisfelner, Esq. of
                  Berlack, Israels & Liberman LLP Dated 7/25/97 RE:
                  Evidentiary Hearing and [583-1] Letter By Edward S.
                  Weisfelner. (EOD Date: 8/5/97. Doc. No: 584) (dmcf)
                  [EOD 08/05/97] [94-41683]

8/15/97           SUPPLEMENTAL Affidavit By Richard S. Toder      RE: [558-1]
                  Order. (EOD Date: 8/18/97. Doc. No: 585) (dmcf)
                  [EOD 08/18/97] [94-41683]

8/15/97           Letter Filed By Thomas J. Moloney of Cleary, Gottlieb,
                  Steen & Hamilton For Creditor Kidder, Peabody & Co., Inc.
                  To Judge Bernstein Dated 8/15/97      RE: [587-1] Notice of
                  Proposed Order. (EOD Date: 9/2/97. Doc. No: 589) (dmcf)
                  [EOD 09/02/97] [94-41683]

8/18/97           Notice of Settlement of Proposed Order. Filed By Edward S.
                  Weisfelner RE: [348-2] Motion To Expunge and Disallow
                  and/or To Subordinate and Classify Investor Claims By
                  Harrison J. Goldin. PRESENTMENT DATE: 8/18/97 @ 12:00 NOON.
                  (EOD Date: 8/22/97. Doc. No: 587) (dmcf) [EOD 08/22/97]
                  [94-41683]

8/18/97           Letter Filed By Robert J. Stark of Berlack, Israels &
                  Liberman LLP For The Unofficial Investors' Committee and
                  the Litigation Advisory Board To Judge Bernstein Dated
                  8/18/97 In Response To [589-1] Letter By Thomas J. Moloney.
                  (EOD Date: 9/2/97. Doc. No: 590) (dmcf) [EOD 09/02/97]
                  [94-41683]

8/20/97           MEMORANDUM Decision Signed On 8/20/97 RE: Pending
                  Objections To Investor Claims. (EOD Date: 8/20/97. Doc. No:
                  586) (dmcf) [EOD 08/20/97] [94-41683]

8/20/97           Order Signed On: 8/20/97 WITHDRAWING [348-2] Motion To and
                  Expunge Disallow and/or To Subordinate and Classify
                  Investor Claims By Harrison J. Goldin. (EOD Date: 8/22/97.
                  Doc. No: 588) (dmcf) [EOD 08/22/97] [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                          HOLD$$ LEAD

| | |
|---|---|
| 8/20/97 | Letter Filed By Thomas J. Moloney of Cleary, Gottlieb, Steen & Hamilton For Creditor Kidder, Peabody & Co., Inc. To Judge Bernstein Dated 8/20/97 In Response To [590-1] Letter By Robert J. Stark. (EOD Date: 9/2/97. Doc. No: 591) (dmcf) [EOD 09/02/97] [94-41683] |
| 9/2/97 | So Ordered Stipulation Signed 9/2/97 Between The Unofficial Investors' Committee, Kidder Peabody & Co., Inc. and Donaldson, Lufkin & Jenrette Securities Corporation DISMISSING [540-1] Notice of Appeal By The Unofficial Investors' Committee with Prejudice. (EOD Date: 9/4/97. Doc. No: 592) (dmcf) [EOD 09/04/97] [94-41683] |
| 9/5/97 | MEMORANDUM Decision Signed On: 9/5/97 RE: [498-1] FINAL Application For Compensation By Lord Day & Lord and Barrett Smith. (EOD Date: 9/5/97. Doc. No: 593) (dmcf) [EOD 09/05/97] [94-41683] |
| 9/9/97 | Order Signed On: 9/9/97 Granting [545-1] Application For FINAL Compensation ( Fees: $ 32,287.50, Expenses: $ 817.12) By Charles Adams, Ritchie & Duckworth Payment To Charles Adams, Ritchie & Duckworth of $30,000.00 in Fees and $817.12 in Expenses. (EOD Date: 9/10/97. Doc. No: 594) (dmcf) [EOD 09/10/97] [94-41683] |
| 9/19/97 | Notice of Presentment of Proposed Order. Filed By Laurence J. Kaiser RE: [498-1] Application For Compensation ( Fees: $ 600,000.00 Expenses: $ 70,000.00)     By Lord Day & Lord and Barrett Smith. PRESENTMENT DATE: 9/26/97 @ 12:00 NOON. (EOD Date: 9/22/97. Doc. No: 595) (dmcf) [EOD 09/22/97] [94-41683] |
| 9/25/97 | Statement Of Operations For The Period From March 13, 1997 Through June 30, 1997. (EOD Date: 9/26/97. Doc. No: 596) (dmcf) [EOD 09/26/97] [94-41683] |
| 10/6/97 | Memorandum Decision Regarding Substantial Contribution Applications filed by three law fims.        For the reasons stated in the memorandum decision, the law firm of Berlack, Israels & Liberman is entitld to an award.        The other requests are denied. Signed On 10/6/97 (EOD Date: 10/6/97. Doc. No: 597) (kf) [EOD 10/06/97] [94-41683] |
| 10/7/97 | Report of Fee Examiner Richard S. Toder Concerning Final Fee Applications of Harrison J. Goldin, Willkie, Farr & Gallagher and Gifford Fond Associates. (EOD Date: 10/10/97. Doc. No: 598) (dmcf) [EOD 10/10/97] [94-41683] |
| 10/14/97 | Letter By Harold A. Olsen To Persons on Annexed List Dated 10/8/97 RE: Conference on October 16, 1997 @ 11:00 AM To Further Consider Proceedings In Connection with The Fee Examiner's Report and Pending Fee Applications. (EOD Date: 10/15/97. Doc. No: 599) (dmcf) [EOD 10/15/97] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

| | |
|---|---|
| 10/15/97 | Order Signed On: 10/15/97 Granting [498-1] Application For FINAL Compensation ( Fees: $ 600,000, Expenses: $ 70,000) By Lord Day & Lord, Barrett Smith Payment To Lord Day & Lord, Barrett Smith of $530,000.00 in Fees and $70,000.00 in Expenses. (EOD Date: 10/17/97. Doc. No: 600) (dmcf) [EOD 10/17/97] [94-41683] |
| 10/29/97 | MEMORANDUM ENDORSEMENT Signed On: 10/29/97 Granting Extension of Time For The Litigation Advisory Board To Respond To Gifford Fong Associates' Application For Compensation On or Before 11/10/97. (EOD Date: 10/30/97. Doc. No: 601) (dmcf) [EOD 10/30/97] [94-41683] |
| 10/29/97 | Application By Zalkin, Rodin & Goodman LLP For FIRST AND FINAL Compensation ( Fees: $ 257,079.11 ) For The Period From June 10, 1997 Through October 27, 1997     (EOD Date: 11/3/97. Doc. No: 602) (dmcf) [EOD 11/03/97] [94-41683] |
| 10/29/97 | Application By Richard S. Toder To Modify Fee Cap of [602-1] Application For Compensation (EOD Date: 11/3/97. Doc. No: 603) (dmcf) [EOD 11/03/97] [94-41683] |
| 10/29/97 | NOTICE OF HEARING RE: [602-1] Application For FIRST AND FINAL Compensation ( Fees: $ 257,079.11 ) For The Period From June 10, 1997 Through October 27, 1997 By Zalkin, Rodin & Goodman LLP and [603-1] Application To Modify Fee Cap of [602-1] Application For Compensation By Richard S. Toder.     SCHD For 2:00 11/24/97 at Courtroom 621 (SMB) (EOD Date: 11/3/97. Doc. No: 604) (dmcf) [EOD 11/03/97] [94-41683] |
| 10/29/97 | Affidavit Of Service Of Jay Teitelbaum of [604-1] Notice of Hearing, [602-1] Application For FIRST AND FINAL Compensation ( Fees: $ 257,079.11 ) For The Period From June 10, 1997 Through October 27, 1997 By Zalkin, Rodin & Goodman LLP and [603-1] Application To Modify Fee Cap of [602-1] Application For Compensation By Richard S. Toder. (EOD Date: 11/3/97. Doc. No: 605) (dmcf) [EOD 11/03/97] [94-41683] |
| 10/30/97 | Statement Of Operations From June 30, 1997 To September 30, 1997. (EOD Date: 11/3/97. Doc. No: 606) (dmcf) [EOD 11/03/97] [94-41683] |
| 10/30/97 | Elizabeth Comerford's Disallowance and Waiver of Any and All Claims Against Granite Partners, L.P. and Relinquishment of Any Entitlement To Distribution Under The Joint Plan of Liquidation. (EOD Date: 11/3/97. Doc. No: 607) (dmcf) [EOD 11/03/97] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                          HOLD$$ LEAD

| | |
|---|---|
| 10/31/97 | Response By The Unofficial Investors' Committee To [607-1] Elizabeth Comerford's Disallowance and Waiver and WITHDRAWING as Moot [481-1] Motion To Disallow and Expunge The $100,000 Interest in Partners of Elizabeth Comerford. (EOD Date: 11/3/97. Doc. No: 608) (dmcf) [EOD 11/03/97] [94-41683] |
| 10/31/97 | Objection By The Unofficial Investors' Committee To [507-1] Application For Compensation ( Fees: $ 2,638,353.66, Expenses: $ 152,586.40) By Willkie Farr & Gallagher and [510-1] Application For Compensation ( Fees: $ 403,721, Expenses: $ 989.62) By Gifford Fong Associates. Date: 11/3/97. Doc. No: 609) (dmcf) [EOD 11/03/97] [94-41683] |
| 10/31/97 | Notice of Settlement of Proposed Order. Filed By Steven E. Greenbaum For The Litigation Advisory Board RE: [502-1] Application For Compensation ( Fees: $ 101,522.25, Expenses: $ 6,580.32) By Bernstein Litowitz Berger & Grossmann and Gold Bennett & Cera LLP. (EOD Date: 11/6/97. Doc. No: 612) (dmcf) [EOD 11/06/97] [94-41683] |
| 11/3/97 | Objection By United States Trustee To [507-1] Application For Compensation ( Fees: $ 2,638,353.66, Expenses: $ 152,586.40) By Willkie Farr & Gallagher, [510-1] Application For Compensation ( Fees: $ 403,721.00, Expenses: $ 989.62) By Gifford Fong Associates and [505-1] Application For Compensation ( Fees: $ 1,176,507 ) By Harrison J. Goldin. (EOD Date: 11/5/97. Doc. No: 610) (dmcf) [EOD 11/05/97] [94-41683] |
| 11/5/97 | Order Signed On: 11/5/97 DENYING [502-1] Application For Compensation ( Fees: $ 101,522.25,      Expenses: $ 6,580.32) By Bernstein Litowitz Berger & Grossmann LLP and Gold Bennett & Cera LLP with Prejudice. (EOD Date: 11/5/97. Doc. No: 611) (dmcf) [EOD 11/05/97] [94-41683] |
| 11/13/97 | Response By Trustee Harrison J. Goldin To [610-1] Objection By United States Trustee. (EOD Date: 11/14/97. Doc. No: 613) (dmcf) [EOD 11/14/97] [94-41683] |
| 11/13/97 | Response By Willkie Farr & Gallagher To [609-1] Objection By The Unofficial Investors' Committee and [610-1] Objection By United States Trustee. (EOD Date: 11/14/97. Doc. No: 614) (dmcf) [EOD 11/14/97] [94-41683] |
| 11/13/97 | Reply By Gifford Fong Associates To [609-1] Objection By The Unofficial Investors' Committee and [610-1] Objection By United States Trustee. (EOD Date: 11/14/97. Doc. No: 615) (dmcf) [EOD 11/14/97] [94-41683] |

Proceedings include events between 1/1/94 and 7/29/98.
94-41683        In re: Granite Partners, L.P.                        HOLD$$ LEAD

11/13/97        SUPPLEMENTAL Application with Notice of Proposed Order By
                The Unofficial Investors' Committee For Compensation (
                Fees: $ 338,848.00,      Expenses: $ 54,895.87) PRESENTMENT
                DATE: 11/20/97 @ 12:00 NOON (EOD Date: 11/14/97. Doc. No:
                616) (dmcf) [EOD 11/14/97] [94-41683]

11/18/97        Objection By The Unofficial Investors' Committee To [603-1]
                Application To Modify Fee Cap of [602-1] Application For
                Compensation By Richard S. Toder and [602-1] Application
                For FIRST AND FINAL Compensation ( Fees: $ 257,079.11 ) For
                The Period From June 10, 1997 Through October 27, 1997 By
                Zalkin, Rodin & Goodman LLP. (EOD Date: 11/19/97. Doc. No:
                617) (dmcf) [EOD 11/19/97] [94-41683]

11/20/97        Order Signed On: 11/20/97 Granting [616-1] SUPPLEMENTAL
                Application For Compensation ( Fees: $ 338,848.00,
                Expenses: $ 54,895.87) By The Unofficial Investors'
                Committee Payment To The Unofficial Investors' Committee of
                $338,848.00 in Fees and $54,895.87 in Expenses. (EOD Date:
                11/20/97. Doc. No: 618) (dmcf) [EOD 11/20/97]
                [94-41683]

11/24/97        Application with Notice of Proposed Order By The Litigation
                Advisory Board of Granite Partners, L.P., Granite
                Corporation and Quartz Hedge Fund To Approve The Purchase
                of Insurance By The LAB (Last Day For Objections To
                Application: 11:30 12/1/97 ) PRESENTMENT DATE: 12/1/97 @
                12:00 NOON (EOD Date: 11/25/97. Doc. No: 619) (dmcf)
                [EOD 11/25/97] [94-41683]

11/24/97        Order Signed On: 11/24/97 Granting [602-1] Application For
                FIRST and FINAL Compensation ( Fees: $ 257,079.11 ) For The
                Period From June 10, 1997 Through October 27, 1997 By
                Zalkin, Rodin & Goodman LLP Payment To Zalkin, Rodin &
                Goodman LLP of $248,728.00 in Fees and $8,351.11 in
                Expenses and [603-1] Application To Modify Fee Cap of
                [602-1] Application For Compensation By Richard S. Toder.
                (EOD Date: 11/25/97. Doc. No: 620) (dmcf) [EOD 11/25/97]
                [94-41683]

12/2/97         Response and Objection By The Litigation Advisory Board To
                [507-1] Application For Compensation ( Fees: $
                2,638,353.66, Expenses: $ 152,586.40) By Willkie Farr &
                Gallagher. (EOD Date: 12/23/97. Doc. No: 623) (dmcf)
                [EOD 12/23/97] [94-41683]

12/3/97         Order Signed On: 12/3/97 Granting [619-1] Application To
                Approve The Purchase of Insurance By The LAB By Quartz
                Hedge Fund and Granite Corporation. (EOD Date: 12/4/97.
                Doc. No: 621) (dmcf) [EOD 12/04/97] [94-41683]

12/8/97         SUPPLEMENTAL [614-1] Response By Willkie Farr & Gallagher.
                (EOD Date: 12/10/97 Doc. No: 622) (dmcf) [EOD 12/10/97]
                [94-41683]

Proceedings include events between 1/1/94 and 7/29/98.
94-41683          In re: Granite Partners, L.P.                                    HOLD$$ LEAD

1/15/98          Transcript of Hearing Held on 11/24/97        RE: Fee Application
                 By Richard S. Toder and Zalkin, Rodin & Goodman LLP; Final
                 Fee Application By Willkie Farr & Gallagher; Gifford Fong
                 Associates; Harrison J. Goldin; Objection By The Unofficial
                 Investors' Committee; UST and Litigation Advisory Board and
                 Conference RE: Examiner's Report. (EOD Date: 1/16/98. Doc.
                 No: 624) (dmcf) [EOD 01/16/98] [94-41683]

2/3/98           Letter Filed By Harold A. Olsen To Benito Romano, Esq. of
                 Willkie Farr & Gallagher Dated 2/2/98 RE: [622-1]
                 Supplemental Response By Willkie Farr & Gallagher. (EOD
                 Date: 2/4/98. Doc. No: 625) (dmcf) [EOD 02/04/98]
                 [94-41683]

2/9/98           Letter Filed by Benito Romano, Esquire of the firm Willkie
                 Farr & Gallagher to the Court.        Re: Fee collections (EOD
                 Date: 2/11/98. Doc. No: 626) (kf) [EOD 02/11/98]
                 [94-41683]

2/10/98          Letter Filed by Eric Seiler, Esquire of the firm Friedman
                 Kaplan & Seiler LLP to the Court.        Re: Letter to the Court
                 from Willkie Farr & Gallagher (Document # 626) (EOD Date:
                 2/11/98. Doc. No: 627) (kf) [EOD 02/11/98] [94-41683]

2/18/98          Statement Of Operations For The Year Ended December 31,
                 1997. (EOD Date: 2/19/98. Doc. No: 628) (dmcf)
                 [EOD 02/19/98] [94-41683]

3/9/98           MEMORANDUM Decision Signed On: 3/9/98 RE: Applications For
                 Compensation and Reimbursement of Expenses. (EOD Date:
                 3/9/98. Doc. No: 629) (dmcf) [EOD 03/09/98] [94-41683]

3/12/98          Order Signed On: 3/12/98 Granting [506-1] Application For
                 Compensation ( Fees: $ 1,823,345.00, Expenses: $ (EOD Date:
                 4/23/97. Doc. No: 506) By Goldin Associates, L.P. Payment
                 To Harrison J. Goldin of $1,061,507.00 in Fees; [507-1]
                 Application For Compensation ( Fees: $ 2,638,353.66,
                 Expenses: $ 152,586.40) By Willkie Farr & Gallagher Payment
                 To Willkie Farr & Gallagher of $1,930,200.79 in Fees and
                 $273,320.88 in Expenses and [510-1] Application For
                 Compensation ( Fees: $ 403,721.00 Expenses: $ 989.62) By
                 Gifford Fong Associates Payment To Gifford Fong Associates
                 of $106,737.00 in Fees and $618.88 in Expenses. (EOD Date:
                 3/12/98. Doc. No: 630) (dmcf) [EOD 03/12/98]
                 [94-41683]

5/1/98           Unaudited Financial Statement Of Operations From December
                 31, 1997 To March 31, 1998. (EOD Date: 5/4/98. Doc. No:
                 631) (dmcf) [EOD 05/04/98] [94-41683]